# Exhibit 1



Press Release                                                                                     6.16.14


## Willowood USA Receives EPA Registration

## For Willowood Azoxy 2SC and Willowood AzoxyProp Xtra


Contact: Joe Middione – Chief Operating Officer
Office: 559-434-0812  Cell: 559-288-5674
Email: joem@willowoodusa.com


**June 16, 2014. Roseburg, OR** – Willowood USA announced today that Federal EPA has approved it's technical and end use registrations for Willowood Azoxy 2SC and Willowood AzoxyProp Xtra.

Willowood Azoxy 2SC and AzoxyProp Xtra are two widely used broad spectrum, preventative fungicides with systemic and curative properties recommended for the control of many important plant diseases on a wide variety of crops. Both products may be applied as foliar sprays in alternating spray programs or in tank mixes with other registered crop protection products. With already approved end use registrations, State registrations for Willowood Azoxy 2SC are already in place in key use areas and State registrations for Willowood Azoxy Xtra are soon to follow.

 "We have been anticipating these registrations for some time now" stated Casey Daniel, Willowood USA National Account Manager.  "These approvals are a huge accomplishment for our organization and for our customers.  These registrations represent another milestone in the continued growth of our company.  We are excited about our production plans and anticipate having product available for sale in the coming weeks".

Willowood USA continues to set the pace as one of the fastest growing generic crop protection companies in US agriculture.  Willowood USA is a U.S. based manufacturer of post patent crop protection herbicides, fungicides, insecticides, plant growth regulators and spray additive products for the agriculture and vegetation management industries.   For more information on the complete line of Willowood USA products, go to **www.willowoodusa.com**.


-End-