# Exhibit 2

**Product Brand Name:** **WILLOWOOD AZOXY 2SC**
**EPA Registration Number:** **87290-44**
**Company Name (Registrant):** WILLOWOOD LLC

      **Expiration Date:**          12/31/2014
      **Registration Status:**      APPROVED - NEW
      **Company Name on Label:**      WILLOWOOD LLC
      **Company EPA ID Number:**      87290
      **NC Product ID Number:**      20141106
      **Restricted Use (RUP)?**  N
      **Special Local Need (SLN)?**  N
      **Section 25(b) Product?**  N
      **Fertilizer Combination?**  N
      **Endangered/Threatened Species Information?**  N
      **Worker Protection Standard (WPS) Requirements?**  Y
      **Groundwater/Surface Water Contamination Concerns?**  Y
      **Method of Application?**  GroundChemigationOther (view all options)
      **Restricted Entry Interval (REI)?**  - (view all options)
      **Formulation:**  Flowable Concentrate
      **Pesticide Type:**  Fungicide
      Click here to show Active Ingredients in this Product.

      Click here to show the Pests Controlled by this Product.

      Click here to show the Sites to which this Product may be Applied.


      Click here to view the EPA Stamped Labels for the selected product (external link to EPA.gov website).

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

## ALWAYS READ AND FOLLOW THE PESTICIDE LABEL DIRECTIONS

**Database Last Updated:** 2/16/2015

Home   KellySolutions.com   Search By:  Company Name   Company EPA Reg. No.   Product Name   Product EPA Reg. No.   Active Ingredient   Pest   Site   Pesticide Type   Formulation   Multi-Criteria   RUP   SLN   25(b)   Fertilizer-Combination   Endangered Species   WPS Requirements   Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

**Company Name (Registrant):** WILLOWOOD LLC
**Company EPA ID No.:** 87290

    **Address Line 1:** 1600 NW GARDEN VALLEY BLV
    **Address Line 2:**
    **City, State, Zip:** ROSEBURG,  OR  97471

---

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

Home   KellySolutions.com   Search By:   Company Name   Company EPA Reg. No.   Product Name   Product EPA Reg. No.   Active Ingredient   Pest   Site   Pesticide Type   Formulation   Multi-Criteria   RUP   SLN   25(b)   Fertilizer-Combination   Endangered Species   WPS Requirements   Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

| Application Methods |
|---|
| Grounds |
| Aerial |
| Chemigation |
| ULV/LV |
| Other |

Copyright © 2002 Kelly Registration Systems

| Re-Entry Intervals |
|---|
| Less than 24 hours |
| 24 Hours |
| Greater than 24 hours, but less than 48 hours |
| 48 Hours |
| Greater than 48 hours |
| Other |
| None |

**Copyright © 2002 Kelly Registration Systems**

## Active Ingredients in WILLOWOOD AZOXY 2SC     [ 87290-44 ]

| Chemical Name | Percentage of A. I. |
|---|---|
| Azoxystrobin | 22.9 |

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Copyright © 2002 Kelly Registration Systems**

## Pests controlled by WILLOWOOD AZOXY 2SC [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Pest Name |
| --- |
| Aerial Blight (rhizoctonia) |
| Alternaria Blight |
| Alternaria Fruit Spot |
| Alternaria Leaf And Fruit Spot |
| Alternaria Spp. |
| Anthracnose |
| Anthracnose (colletotricum) |
| Anthracnose (elsinoe) |
| Anthracnose (glomerella) |
| Anthracnose Of Cotton (glomerella Gossypii) |
| Ascochyta |
| Ascochyta Blight |
| Aspergillus Crown Rot |
| Barley Stripe Mosaic |
| Basal Stalk Rot (rhizoctonia) |
| Belly Rot Of Fruit (rhizoctonia) |
| Black Mold (alternaria Citri) |
| Black Rot Of Grapes (guignardia Bidwellii) |
| Black Scurf (rhizoctonia) |
| Black Sheath Rot (gaeumannomyces) |
| Black Sigatoka (cercospora) |
| Black Spot |
| Black Spot (alternaria) |
| Blackleg (phoma Lingam) |
| Blight |
| Blossom Blight |

| |
|---|
| Blue Mold (peronospora Tabacina) |
| Boll Rot |
| Botryosphaeria |
| Botrytis |
| Botrytis Bunch Rot |
| Botrytis Leaf Blight |
| Branch Canker (botryosphaeria) |
| Brown Bordered Leaf & Sheath Spot (rhizoctonia Oryzae) |
| Brown Leaf Spot |
| Brown Rot Blossom/twig Blight (monilinia Fructicola/m. Laxa) |
| Brown Spot (helminthosporum) |
| Buckeye Rot (phytophthora Parasitica) |
| Canker (myrothecium) |
| Cercospora Leaf & Fruit Spot |
| Cercospora Spot |
| Citrus Scab (elsinoe Fawcetti) |
| Cladosporium |
| Colletotrichum |
| Corynespora Blight |
| Cotton Rust (puccinia) |
| Cranberry Hard Rot (cottonball) (monilinia Oxycocci) |
| Cylindrocladium Rot |
| Damping-off (pythium) |
| Damping-off (rhizoctonia) |

| -- | -- | > | >| | [1/4] |
|---|---|---|---|---|

**Total Number of Pests:** 161

If you find erroneous data, please e-mail the department at Lee Davis. We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The pests listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

Home  KellySolutions.com  Search By:  Company Name  Company EPA Reg. No.  Product Name  Product EPA Reg. No.  Active Ingredient  Pest  Site  Pesticide Type  Formulation  Multi-Criteria  RUP  SLN  25(b)  Fertilizer-Combination  Endangered Species  WPS Requirements  Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

## Pests controlled by WILLOWOOD AZOXY 2SC     [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA, and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Pest Name |
| --- |
| Dill Blight (cercosporidium Punctum) |
| Diplodia Rot (diplodia Natalensis) |
| Downy Mildew (bremia Lactucae) |
| Downy Mildew (peronospora) |
| Downy Mildew Of Cucurbits (pseudoperonospora Cubensis) |
| Downy Mildew Of Grape (plasmopara Viticola) |
| Downy Mildew Of Onions (peronospora Destructor) |
| Early Blight (alternaria) |
| Early Blight (cercospora) |
| Eastern Filbert Blight |
| Ergot (claviceps Purpurea) |
| Fairy Ring Root Rot (psilocybe) |
| Flower Blight (lophodermium) |
| Frogeye Leaf Spot (cercospora) |
| Fruit Rot (coleophoma) |
| Fruit Rot (glomerella) |
| Fruit Rot (physalospora) |
| Fusarium Spp |
| Gray Leaf Spot (cercospora) |
| Gray Snowmold (typhula Blight) |
| Greasy Spot (mycosphaerella Citri/cercospora Citrigrisea) |
| Green Mold (penicillium) |
| Gummy Stem Blight (mycosphaerella Citrullina/melonis) |
| Kernel Smut (neovossia) |
| Large Patch (rhizoctonia) |
| Large Patch Of Zoysia (rhizoctonia Solani) |

| |
|---|
| Late Blight (alternaria) |
| Late Blight (phytophthora) |
| Late Blight (septoria) |
| Late Blight Of Carrot (alternaria Dauci) |
| Leaf Blight (seimatosporium) |
| Leaf Rust |
| Leaf Rust (puccinia) |
| Leaf Smut Of Rice (entyloma Oryzae) |
| Leaf Spot |
| Leaf Spot (bipolaris) |
| Leaf Spot (ramularia) |
| Leaf Spot (septoria) |
| Leather Rot (phytophthora Cactorum) |
| Melanose (diaporthe) |
| Melting Out (drechslera Poae) |
| Mummy Berry (monilinia/sclerotinia) |
| Narrow Brown Leaf Spot (cercospora) |
| Necrotic Ring Spot (leptosphaeria) |
| Needle Cast (lophodermium) |
| Net Blotch (pyrenophora) |
| No Pest |
| Panicle Blast (pyricularia Grisea) |
| Panicle Blight (cercospora) |
| Penicillium |

|<    <    >    >|   [2/4]

**Total Number of Pests:** 161

If you find erroneous data, please e-mail the department at Lee Davis. We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The pests listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

Home   KellySolutions.com   Search By: Company Name   Company EPA Reg. No.   Product Name   Product EPA Reg. No.   Active Ingredient   Pest   Site   Pesticide Type   Formulation   Multi-Criteria   RUP   SLN   25(b)   Fertilizer-Combination   Endangered Species   WPS Requirements   Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

## Pests controlled by WILLOWOOD AZOXY 2SC    [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Pest Name |
| --- |
| Phoma Blight (passalora Puncta) |
| Phomopsis |
| Phomopsis Cane Blight And Leaf Spot |
| Phomopsis Rot |
| Pink Patch (limonomyces Roseipellis) |
| Plectosporium Blight |
| Pod Blight Of Soybean (diaporthe Phaseolorum Var. Sojae) |
| Post Bloom Fruit Drop Disease |
| Powdery Mildew (erysiphe Cichoracearum) |
| Powdery Mildew (erysiphe Polygoni) |
| Powdery Mildew (erysiphe) |
| Powdery Mildew (sphaerotheca Macularis) |
| Powdery Mildew (sphaerotheca) |
| Powdery Mildew (uncinula Necator) |
| Purple Blotch (alternaria) |
| Purple Leaf Blotch (purple Spot) (nonparasitic Disease) |
| Pythium Blight |
| Pythium Spp. |
| Red Thread (laetisaria Fuciformis) |
| Rhizoctonia Bottom Rot |
| Rhizoctonia Root Rot (r. Solani) |
| Rhizoctonia Rot |
| Root Rot (fusarium) |
| Root Rot (pythium) |
| Root Rot (rhizoctonia) |
| Rosette/double Blossom Disease (cercosporella Rubi) |

| |
|---|
| Rust (phragmidium) |
| Rust (puccinia) |
| Scab (cladosporium) |
| Scab (elsinoe) |
| Scab Of Almond (cladosporium Carpophilum) |
| Sclerotinia Rot |
| Seedling Blight (pythium) |
| Seedling Blight/rot (rhizoctonia) |
| Septoria Blight |
| Septoria Spot |
| Septoria Spp. |
| Sheath Blight (rhizoctonia) |
| Shoot Blight (botryosphaeria) |
| Shot Hole |
| Silver Scurf (helminthosporium) |
| Southern Blight (sclerotium Rolfsii) |
| Southern Corn Leaf Blight (helminthosporium Maydis) |
| Spring Dead Spot |
| Spur Blight (didymella) |
| Stagonospora Leaf Spot & Root Rot |
| Stem Rot |
| Stem-end Rot (diplodia) |
| Stem-end Rot (phomopsis) |
| Swiss Needlecast (phaeocryptopus) |

| |< | < | > | >| | [3/4] |
|---|---|---|---|---|

**Total Number of Pests:** 161

If you find erroneous data, please e-mail the department at Lee Davis. We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The pests listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

Home  KellySolutions.com  Search By:  Company Name  Company EPA Reg. No.  Product Name  Product EPA Reg. No.  Active Ingredient  Pest  Site
Pesticide Type  Formulation  Multi-Criteria  RUP  SLN  25(b)  Fertilizer-Combination  Endangered Species  WPS Requirements  Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

## Pests controlled by WILLOWOOD AZOXY 2SC     [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Pest Name |
| --- |
| Swiss Needlecast Of Douglas-Fir (phaeocryptopus Gaeumannii) |
| Take-all Patch (gaeumannomyces) |
| Tan Spot (pyrenophora) |
| Target Spot |
| Tip Blight (diplodia) |
| Twig Blight (lophodermium) |
| Web Blight (rhizoctonia) |
| Web Blotch Of Peanut (ascochyta/phoma) |
| White Mold (sclerotinia) |
| White Rust (albugo) |
| Yellow Sigatoka (cercospora) |
|     [ \|< ]   [ < ]   [ -- ]   [ -- ]   [4/4] |

**Total Number of Pests:** 161

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The pests listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

Home | KellySolutions.com   Search By: Company Name | Company EPA Reg. No. | Product Name | Product EPA Reg. No. | Active Ingredient | Pest | Site | Pesticide Type | Formulation | Multi-Criteria | RUP | SLN | 25(b) | Fertilizer-Combination | Endangered Species | WPS Requirements | Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

## Sites controlled by WILLOWOOD AZOXY 2SC    [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Site Name |
| --- |
| Acerola (foliar Treatment) |
| Adzuki Beans (foliar Treatment) |
| Aerial Application |
| Alfalfa (foliar Treatment) |
| Alfalfa (forage) (foliar Treatment) |
| Alfalfa (hay) (foliar Treatment) |
| Allspice (foliar Treatment) |
| Almonds (foliar Treatment) |
| Amaranthus (foliar Treatment) |
| Angelica (foliar Treatment) |
| Anise (seed Crop Foliar Treatment) |
| Apricots (foliar Treatment) |
| Arracacia (foliar Treatment) |
| Arrowroot (foliar Treatment) |
| Artichokes (globe) (foliar Treatment) |
| Asparagus (foliar Treatment) |
| Asparagus Beans (foliar Treatment) |
| Asparagus Beans (foliar Treatment) |
| Atemoya (foliar Treatment) |
| Avocado (foliar Treatment) |
| Balm (foliar Treatment) |
| Bananas (foliar Treatment) |
| Barberry (foliar Treatment) |
| Barley (foliar Treatment) |
| Basil (foliar Treatment) |
| Beans (field) (foliar Treatment) |

| |
|---|
| Beans (foliar Treatment) |
| Beans (kidney) (foliar Treatment) |
| Beans (lima) (foliar Treatment) |
| Beans (moth) (foliar Treatment) |
| Beans (navy) (foliar Treatment) |
| Beans (pinto) (foliar Treatment) |
| Beans (snap) (foliar Treatment) |
| Beans (wax) (foliar Treatment) |
| Bearberry (foliar Treatment) |
| Beech Nut (foliar Treatment) |
| Bitter Cassava (foliar Treatment) |
| Bitter Melon (foliar Treatment) |
| Black Raspberries (foliar Treatment) |
| Black Salsify (foliar Treatment) |
| Blackberries (foliar Treatment) |
| Blackberries (marion) (foliar Treatment) |
| Blackeyed Peas (foliar Treatment) |
| Blueberries (foliar Treatment) |
| Blueberries (high Bush) (foliar Treatment) |
| Blueberries (low Bush) (foliar Treatment) |
| Borage (foliar Treatment) |
| Boysenberries (foliar Treatment) |
| Brazil Nut (foliar Treatment) |
| Broad Beans (foliar Treatment) |

| -- | -- | > | >| | [1/8] |
|---|---|---|---|---|

**Total Number of Sites:** 357

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The sites listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

**Copyright © 2002 Kelly Registration Systems**

## Sites controlled by WILLOWOOD AZOXY 2SC      [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Site Name |
|---|
| Broccoli (cavalo) (foliar Treatment) |
| Broccoli (foliar Treatment) |
| Broccoli Raab (foliar Treatment) |
| Brussels Sprouts (foliar Treatment) |
| Buckthorn (foliar Treatment) |
| Buffaloberry (foliar Treatment) |
| Burdock (foliar Treatment) |
| Burnet (foliar Treatment) |
| Bushberries (foliar Treatment) |
| Butternut (foliar Treatment) |
| Cabbage (foliar Treatment) |
| Calamondin (foliar Treatment) |
| Camomile (foliar Treatment) |
| Caneberries (foliar Treatment) |
| Canistel (foliar Treatment) |
| Canna (foliar Treatment) |
| Canola (foliar Treatment) |
| Cantaloupes (foliar Treatment) |
| Caraway (black) (foliiar Treatment) |
| Caraway (foliar Treatment) |
| Cardoon (foliar Treatment) |
| Carrots (foliar Treatment) |
| Cashews (foliar Treatment) |
| Cassia (foliar Treatment) |
| Catjang (foliar Treatment) |
| Catnip (foliar Treatment) |

| |
|---|
| Cauliflower (foliar Treatment) |
| Celeriac (foliar Treatment) |
| Celery (foliar Treatment) |
| Celery (seed Crop Foliar Treatment) |
| Celtuce (foliar Treatment) |
| Cereal Crops (foliar Treatment) |
| Chayote (foliar Treatment) |
| Cherimoya (foliar Treatment) |
| Cherries (sweet) (foliar Treatment) |
| Cherries (tart) (foliar Treatment) |
| Chervil (foliar Treatment) |
| Chestnut (foliar Treatment) |
| Chick Peas (foliar Treatment) |
| Chicory (foliar Treatment) |
| Chilean Guava (foliar Treatment) |
| Chinese Broccoli (gai Lon) (foliar Treatment) |
| Chinese Cabbage (foliar Treatment) |
| Chinese Cabbage (mizuna) (foliar Treatment) |
| Chinese Cabbage (napa) (foliar Treatment) |
| Chinese Longbean (foliar Treatment) |
| Chinese Mustard (foliar Treatment) |
| Chinese Mustard (gai Choy) (foliar Treatment) |
| Chinese Waxgourd (foliar Treatment) |
| Chinquapin (foliar Treatment) |
| |< \| < \| > \| >\| [2/8] |

**Total Number of Sites:** 357

If you find erroneous data, please e-mail the department at Lee Davis. We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The sites listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

Home  KellySolutions.com   Search By: Company Name   Company EPA Reg. No.   Product Name   Product EPA Reg. No.   Active Ingredient   Pest   Site   Pesticide Type   Formulation   Multi-Criteria   RUP   SLN   25(b)   Fertilizer-Combination   Endangered Species   WPS Requirements   Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

## Sites controlled by WILLOWOOD AZOXY 2SC      [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Site Name |
|---|
| Chive (foliar Treatment) |
| Chive (foliar Treatment) |
| Christmas Tree Plantings (foliar Treatment) |
| Chrysanthemum (edible) (foliar Treatment) |
| Chufa (foliar Treatment) |
| Cilantro (foliar Treatment) |
| Cinnamon (foliar Treatment) |
| Citron (citrus) (foliar Treatment) |
| Clary Sage (foliar Treatment) |
| Clover (foliar Treatment) |
| Clover (forage) (foliar Treatment) |
| Clover (hay) (foliar Treatment) |
| Cloves (foliar Treatment) |
| Collards (foliar Treatment) |
| Coriander (foliar Treatment) |
| Corn (field) (foliar Treatment) |
| Corn (foliar Treatment) |
| Corn (pop) (foliar Treatment) |
| Corn (sweet) (foliar Treatment) |
| Corn Salad (foliar Treatment) |
| Costmary (foliar Treatment) |
| Cotton (foliar Treatment) |
| CoWPeas (foliar Treatment) |
| Crambe (foliar Treatment) |
| Cranberries (foliar Treatment) |
| Cress (foliar Treatment) |

| |
|---|
| Crowder Peas (foliar Treatment) |
| Crown Vetch (forage) (foliar Treatment) |
| Cucumbers (foliar Treatment) |
| Cucurbits (foliar Treatment) |
| Cumin (foliar Treatment) |
| Currants (foliar Treatment) |
| Curry Leaf (foliar Treatment) |
| Custard Apple (foliar Treatment) |
| Dandelion (foliar Treatment) |
| Dasheen (foliar Treatment) |
| Daylilies (foliar Treatment) |
| Dewberries (foliar Treatment) |
| Dill (seed Crop Foliar Treatment) |
| Dock (sorrel) (foliar Treatment) |
| Dock (sorrel) (foliar) |
| Eggplant (foliar Treatment) |
| Elderberry (foliar Treatment) |
| Endive (escarole) (foliar Treatment) |
| Fava Beans (foliar Treatment) |
| Feijoa (foliar Treatment) |
| Fennel (florence) (foliar Treatment) |
| Fennel (foliar Treatment) |
| Fenugreek (foliar Treatment) |
| Filberts (foliar Treatment) |

|<   <   >   >|   [3/8]

**Total Number of Sites:** 357

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The sites listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

Home  KellySolutions.com  Search By:  Company Name  Company EPA Reg. No.  Product Name  Product EPA Reg. No.  Active Ingredient  Pest  Site  Pesticide Type  Formulation  Multi-Criteria  RUP  SLN  25(b)  Fertilizer-Combination  Endangered Species  WPS Requirements  Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

## Sites controlled by WILLOWOOD AZOXY 2SC     [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Site Name |
|---|
| Flax (foliar Treatment) |
| Garbanzo Peas (chick Peas) (foliar Treatment) |
| Garden Peas (foliar Treatment) |
| Garden Purslane (foliar Treatment) |
| Garlic (foliar Treatment) |
| Ginseng (foliar Treatment) |
| Gooseberries (foliar Treatment) |
| Gourds (edible) (foliar Treatment) |
| Grapefruit (foliar Treatment) |
| Grapes (foliar Treatment) |
| Grapes (muscadine) (foliar Treatment) |
| Grasses (seed Crop Foliar Treatment) |
| Ground Cherry (foliar Treatment) |
| Guar (foliar Treatment) |
| Guava (foliar Treatment) |
| Hickory (foliar Treatment) |
| Honeydew Melons (foliar Treatment) |
| Honeysuckle (foliar Treatment) |
| Horehound (foliar Treatment) |
| Horseradish (foliar Treatment) |
| Huckleberries (foliar Treatment) |
| Hyssop (foliar Treatment) |
| Jaboticaba (foliar Treatment) |
| Jackbean (sword Bean) (foliar Treatment) |
| Jackfruit (foliar Treatment) |
| Juneberries (foliar Treatment) |

| |
|---|
| Juniper (foliar Treatment) |
| Juniper Berry (foliar Treatment) |
| Kale (foliar Treatment) |
| Kiwi (foliar Treatment) |
| Kohlrabi (foliar Treatment) |
| Kudzu (foliar Treatment) |
| Kudzu (forage) (foliar Treatment) |
| Kudzu (forage-Fodder) |
| Kumquat (foliar Treatment) |
| Lablab Beans (foliar Treatment) |
| Lavender (foliar Treatment) |
| Leafy Amaranth (foliar Treatment) |
| Leeks (foliar Treatment) |
| Legumes (foliar Treatment) |
| Lemons (foliar Treatment) |
| Lentils (foliar Treatment) |
| Leren (foliar Treatment) |
| Lespedeza (foliar Treatment) |
| Lespedeza (forage) (foliar Treatment) |
| Lespedeza (hay) (foliar Treatment) |
| Lettuce (head) (foliar Treatment) |
| Lettuce (leaf) (foliar Treatment) |
| Lilies (bulbs) |
| Lilies (foliar Treatment) |

| \|< | < | > | >\| | [4/8] |
|---|---|---|---|---|

**Total Number of Sites:** 357

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The sites listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

**Copyright © 2002 Kelly Registration Systems**

## Sites controlled by WILLOWOOD AZOXY 2SC      [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Site Name |
| --- |
| Limes (foliar Treatment) |
| Loganberries (foliar Treatment) |
| Longan (foliar Treatment) |
| Loquat (foliar Treatment) |
| Lupine (foliar Treatment) |
| Lupine (forage) (foliar Treatment) |
| Lupine (grain) (foliar Treatment) |
| Lupine (sweet) (foliar Treatment) |
| Lupine (white) (foliar Treatment) |
| Lupine (white) (sweet) (foliar Treatment) |
| Lupines (hay) (foliar Treatment) |
| Macadamia Nuts (foliar Treatment) |
| Mace (foliar Treatment) |
| Mamey Sapote (foliar Treatment) |
| Mandarin (foliar Treatment) |
| Mangos (foliar Treatment) |
| Marigold (foliar Treatment) |
| Marjoram (foliar Treatment) |
| Milk Vetch (foliar Treatment) |
| Milk Vetch (forage) (foliar Treatment) |
| Mint (foliar Treatment) |
| Mung Beans (foliar Treatment) |
| Muskmelons (foliar Treatment) |
| Mustard (greens) (foliar Treatment) |
| Mustard (oil Crop) (foliar Treatment) |
| Mustard (spinach) (foliar Treatment) |

| |
|---|
| Mustard Seeds (foliar Treatment) |
| Nasturtium (foliar Treatment) |
| Nasturtium (foliar Treatment) |
| Nectarines (foliar Treatment) |
| Nutmeg (foliar Treatment) |
| Oats (foliar Treatment) |
| Okra (foliar Treatment) |
| Olallieberries (foliar Treatment) |
| Onions (bulb) (foliar Treatment) |
| Onions (green) (foliar Treatment) |
| Orach (foliar Treatment) |
| Oranges (foliar Treatment) |
| Oranges (sour) (foliar Treatment) |
| Oranges (sweet) (foliar Treatment) |
| Oriental Radish (foliar Treatment) |
| Ornamental Conifers (seed Crop Foliar Treatment) |
| Ornamental Flowering Trees (foliar Treatment) |
| Ornamental Turf (foliar Treatment) |
| Papayas (foliar Treatment) |
| Parsley (foliar Treatment) |
| Parsley, Turnip-rooted (foliar Treatment) |
| Parsnips (foliar Treatment) |
| Partridge Berry (foliar Treatment) |
| Passion Fruit (foliar Treatment) |

| |< | < | > | >| | [5/8] |

**Total Number of Sites:** 357

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The sites listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

Home   KellySolutions.com   Search By:   Company Name   Company EPA Reg. No.   Product Name   Product EPA Reg. No.   Active Ingredient   Pest   Site   Pesticide Type   Formulation   Multi-Criteria   RUP   SLN   25(b)   Fertilizer-Combination   Endangered Species   WPS Requirements   Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

## Sites controlled by WILLOWOOD AZOXY 2SC     [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Site Name |
| --- |
| PaWPaw (foliar Treatment) |
| Peaches (foliar Treatment) |
| Peanuts (foliar Treatment) |
| Peas (dwarf) (foliar Treatment) |
| Peas (edible-pod) (foliar Treatment) |
| Peas (english) (foliar Treatment) |
| Peas (field) (foliar Treatment) |
| Peas (foliar Treatment) |
| Peas (green) (foliar Treatment) |
| Peas (sugar Snap) (foliar Treatment) |
| Pecans (foliar Treatment) |
| Pennyroyal (foliar Treatment) |
| Pepinos (foliar Treatment) |
| Peppers (bell) (foliar Treatment) |
| Peppers (foliar Treatment) |
| Peppers (sweet) (foliar Treatment) |
| Persimmons (foliar Treatment) |
| Pigeon Peas (foliar Treatment) |
| Pistachio Nuts (foliar Treatment) |
| Plantain (foliar Treatment) |
| Plums (foliar Treatment) |
| Poppy (foliar Treatment) |
| Potatoes (foliar Treatment) |
| Prunes (foliar Treatment) |
| Pummelo (foliar Treatment) |
| Pumpkin (foliar Treatment) |

| |
|---|
| Purslane (foliar Treatment) |
| Radicchio (foliar Treatment) |
| Rambutan (foliar Treatment) |
| Rapeseed (greens) (foliar Treatment) |
| Rapeseed (oil Crop) (foliar Treatment) |
| Red Raspberries (foliar Treatment) |
| Rhubarb (foliar Treatment) |
| Rice (foliar Treatment) |
| Rice Beans (foliar Treatment) |
| Rosemary (foliar Treatment) |
| Rue (foliar Treatment) |
| Runner Beans (foliar Treatment) |
| Rye (foliar Treatment) |
| Safflower (oil Crop) (foliar Treatment) |
| Sage (foliar Treatment) |
| Sainfoin (foliar Treatment) |
| Sainfoin (forage) (foliar Treatment) |
| Sainfoin (hay) (foliar Treatment) |
| Salsify (foliar Treatment) |
| Sapodilla (foliar Treatment) |
| Sapote (black) (foliar Treatment) |
| Saskatoon Serviceberry (foliar Treatment) |
| Satsuma Mandarin (foliar Treatment) |
| Savory (summer) (foliar Treatment) |

| \|< | < | > | >\| | [6/8] |
|---|---|---|---|---|

**Total Number of Sites:** 357

If you find erroneous data, please e-mail the department at Lee Davis. We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The sites listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

Home   KellySolutions.com   Search By:   Company Name   Company EPA Reg. No.   Product Name   Product EPA Reg. No.   Active Ingredient   Pest   Site   Pesticide Type   Formulation   Multi-Criteria   RUP   SLN   25(b)   Fertilizer-Combination   Endangered Species   WPS Requirements   Groundwater Concerns

**Copyright © 2002 Kelly Registration Systems**

# Sites controlled by WILLOWOOD AZOXY 2SC          [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Site Name |
| --- |
| Savory (winter) (foliar Treatment) |
| Shallots (foliar Treatment) |
| Skirret (foliar Treatment) |
| SnoWPea (foliar Treatment) |
| Sorghum (foliar Treatment) |
| Soursop (foliar Treatment) |
| Southern Peas (foliar Treatment) |
| Soybeans (foliar Treatment) |
| Spanish Lime (foliar Treatment) |
| Spanish Salsify (foliar Treatment) |
| Spinach (foliar Treatment) |
| Squash (foliar Treatment) |
| Squash (zucchini) (foliar Treatment) |
| Starfruit (foliar Treatment) |
| Strawberries (foliar Treatment) |
| Sugar Apple (foliar Treatment) |
| Sugar Beets (foliar Treatment) |
| Sugarcane (foliar Treatment) |
| Sunflowers (oil Crop) (foliar Treatment) |
| Sweet Bay (foliar Treatment) |
| Sweet Cassava (foliar Treatment) |
| Sweet Potatoes (foliar Treatment) |
| Swiss Chard (foliar Treatment) |
| Tangerines (foliar Treatment) |
| Taniers (foliar Treatment) |
| Tank Mix |

| |
|---|
| Tansy (foliar Treatment) |
| Tarragon (foliar Treatment) |
| Tepary Beans (foliar Treatment) |
| Thyme (foliar Treatment) |
| Tobacco (foliar Treatment) |
| Tomatillo (foliar Treatment) |
| Tomatoes (foliar Treatment) |
| Trefoil (foliar Treatment) |
| Trefoil (forage) (foliar Tretment) |
| Turnips (foliar Treatment) |
| Urd Beans (foliar Treatment) |
| Vanilla (foliar Treatment) |
| Velvet Beans (foliar Treatment) |
| Velvet Beans (forage) (foliar Treatment) |
| Vetch (foliar Treatment) |
| Vetch (forage) (foliar Treatment) |
| Vetch (hay) (foliar Treatment) |
| Walnuts (foliar Treatment) |
| Watercress (foliar Treatment) |
| Watermelon (foliar Treatment) |
| Welsh Onion (foliar Treatment) |
| White Pepper (foliar Treatment) |
| White Sapote (foliar Treatment) |
| Wild Rice (foliar Treatment) |

|<   <   >   >|   [7/8]

**Total Number of Sites: 357**

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The sites listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

**Copyright © 2002 Kelly Registration Systems**

## Sites controlled by WILLOWOOD AZOXY 2SC     [ 87290-44 ]

The site and pest data was supplied by the U.S. EPA., and may not accurately reflect the sites and pests on the label in your state. Please be sure to read the DIRECTIONS FOR USE on the actual label. Product labeling requirements in your state may differ from the federal requirements. Be sure to check your state's specific guidelines and requirements for all products.

| Site Name |
| --- |
| Wintergreen (foliar Treatment) |
| Woodruff (foliar Treatment) |
| Wormwood (foliar Treatment) |
| Yam Bean (foliar Treatment) |
| Yams (true) (foliar Treatment) |
| Yard Long Beans (foliar Treatment) |
| Youngberries (foliar Treatment) |
| \|<   <   --   --   [8/8] |

**Total Number of Sites:** 357

If you find erroneous data, please e-mail the department at Lee Davis.  We will respond to all inquiries as soon as possible.

**Database Last Updated:** 2/16/2015

**Disclaimer: The sites listed above are approved by the EPA, and may not exactly match the label approved by the state of North Carolina.**

**Copyright © 2002 Kelly Registration Systems**