# Exhibit 5

From: FarmTrade - Formerly XSAg [mailto:newsletter@xsag.com]
Sent: Wednesday, February 18, 2015 11:33 AM
To:
Subject: FarmTrade Newsletter and Chemical Market Update



# FarmTrade Market Update
## Formerly XSAg

### February 2015

**Quick Links**



**Dear**

Increase your bottom line by saving on your chemical purchases today.

To start saving now go to Farmtrade.com and Name Your Price. Or call us to get some advice on where to start your bid and we can list it for you over the phone. We can be reached at 877.497.2436.

## Recent Name Your Price Trading Ranges

| Product | Trading Range | UOM |
|---|---|---|
| 2,4-D Amine | $12.90 - $14.35 | GL |
| 2,4-D LV4 | $16.95 - $18.10 | GL |
| **2,4-D LV6** | **$20.55 - $23.25** | GL |
| Aim EC® | $3.75 - $4.05 | OZ |
| Ammonium Sulfate | $0.26 - $0.32 | LB |
| AMS X-tra® | $5.75 - $8.50 | GL |
| Atrazine 90DF | $2.65 - $2.85 | LB |
| Authority Assist | $232 - $242 | GL |
| **Authority First DF®** | **$53.00 - $55.25** | LB |
| Authority MTZ® | $16.25 - $16.90 | LB |

| | | |
|---|---|---|
| Authority XL® | $40.39 - $43.25 | LB |
| Axial XL® | $112 - $118 | GL |
| Balance Flexx® (rup) | $3.15 - $3.40 | OZ |
| Bifenthrin 2EC (rup) (Same AI as Capture®) | $54.95 - $60.90 | GL |
| Bio-Forge® | $86.50 - 89.90 | GL |
| **Blanket 4F® (Same AI as Spartan 4F®)** | **$242 - $269** | GL |
| Callisto® | $495 - $525 | GL |
| Clethodim 2 LB (Same AI as Select) | $39.95 - $44.50 | GL |
| Cloak EX® (Same AI as Canopy EX®) | $2.85- $3.15 | OZ |
| Command 3ME® | Call for pricing | GL |
| **Corvus Herbicide® (rup)** | **$3.83 - 3.95** | OZ |
| Counter 20G Smartbox® (rup) | $3.20 - $3.45 | LB |
| Curio® (Same AI as Classic®) | $7.85 - $8.75 | OZ |
| Dicamba® (Same AI as Banvel®) | $62.10 - $64.90 | GL |
| Durango DMA® | $16.20 - $17.50 | GL |
| Edition Broadspec® (Same AI as Affinity) | $5.40 - $5.90 | OZ |
| Envive® | $3.75 - $3.95 | OZ |
| **Fomesafen 1.88 SL® (Same AI as Flexstar®)** | **$27.50 - $29.90** | GL |
| Force 3G® (rup) | $4.35 - $4.55 | LB |
| Force 3G Smartbox® (rup) | $5.90 - $6.30 | LB |
| Fusilade DX Herbicide® | $83.00 - $88.90 | GL |
| Glyphosate Plus Surfactant | $10.90 - $13.25 | GL |
| **Glyphosate Plus Surfactant (Truck Load)** | **$10.35 - $10.50** | GL |
| Halex GT® | $36.00 - $37.50 | GL |
| Headline SC® | $287 - $298 | GL |
| **Hero® (rup)** | **$89- $95** | GL |
| Imidacloprid 4LB | $0.59 - $.79 | OZ |
| **Impact Herbicide®** | **$12.45 - $13.95** | OZ |
| Lambda Cy 1LB (rup) (Same AI as Warrior) | $34.40 - $41.25 | GL |
| Leadoff Herbicide® | $4.20 - $4.49 | OZ |
| Lexar EZ® (rup) | $35.35 - $36.75 | GL |
| **Liberty 280 SL®** | **$65.50 - $68.50** | GL |
| Lumax EZ® | $43.70 - $45.90 | GL |
| **Mancozeb (Same AI as Manzate®)** | **$2.95 - $3.20** | LB |
| Me-Too-Lachlor II® | $28.90 - $31.90 | GL |
| Metribuzin 75DF® (Same AI as Sencor®) | $10.05 - $10.60 | LB |
| **Mustang Maxx® (rup)** | **$75 - $87** | GL |

| Product | Price | Unit |
|---|---|---|
| Nimble® (Same AI as Harmony Extra XP®) | $4.75 - $5.50 | OZ |
| Nutrisphere-N for Liquid® | $49.90 - $54.75 | GL |
| Outlook® | $94.50 - $102.40 | GL |
| Oxyflo 2EC® (Same AI as Goal 2XL®) | $56.25 - $61.50 | GL |
| Outflank® (Same AI as Valor SX®) | $49.25 - $53.50 | LB |
| **Paraquat 3LB (rup) (Same AI as Gramoxone®)** | **$23.50 - $26.50** | GL |
| Permastar Ag (rup) (Same AI as Pounce®) | $39.40 - $43.90 | GL |
| Purestand® (Same AI as Ally XP®) | $2.65 - $3.15 | OZ |
| **Priaxor Xemium®** | **$400 - $425** | GL |
| **Propiconazole 41.8% (Same AI as Tilt®)** | **$55.50 - $63.90** | GL |
| Prowl H2O® | Call for Pricing | GL |
| Quadris® | $195 - $205 | GL |
| Equation® (Same AI as Quadris®) | $145 - $155 | GL |
| Quilt® | $98 - $104 | GL |
| Quilt Xcel® | $120 - $128 | GL |
| **AzoxyProp® (Same AI as Quilt Xcel®)** | **$110 - $118** | GL |
| Roundup Powermax® | $18.50 - $20.90 | GL |
| **Roundup Powermax® (Truck Load)** | **$17.95 - $18.40** | GL |
| Sharpen® | Call for pricing | GL |
| Pruvin® (Same AI as Matrix®) | $8.25 - $9.35 | OZ |
| Sonic® | $53.00 - $55.50 | LB |
| Status Herbicide® | $3.05 - $3.25 | OZ |
| Stratego YLD® | $349 - $368 | GL |
| **Surestart Herbicide®** | **$38.50 - $40.90** | GL |
| Tebuconazole 3.6F® (Same AI as Folicur®) | $34.00 - $38.20 | GL |
| Thunder Master® (Same AI as Extreme®) | $17.95 - $18.75 | GL |
| Valor SX® | $58.95 - $61.75 | LB |
| **Panther® (Same AI as Valor SX®)** | $49.25 - $54.50 | LB |
| Verdict® | Call for pricing | GL |
| Warrant® | $20.45 - $21.50 | GL |
| Warrior II® (rup) | $195 - $205 | GL |
| Zidua Herbicide® | $7.55 - $7.85 | OZ |

(rup) = restricted use product

*Prices may vary depending on quantity, location and pack size. Remember, these are <u>delivered prices</u> (price includes freight).*

If you are looking for a product that is not posted on the site simply list a Name Your Price and see if the FarmTrade registered and licensed sellers can get the product for you.

As always, if you would like to speak to an FarmTrade.com representative, please do not hesitate to call us.  We are available toll-free at 1-877-497-2436, option 2, Monday through Friday 8 a.m. to 5 p.m. EST

Sincerely,

 FarmTrade
**Same Chemicals, Lower Prices | Formerly XSAg**

*The trademarks referenced above are the registered trademarks of their respective owners.*
*Farmtrade is a registered service mark of Farmtrade LLC*
*All material herein © 1998-2014 Farmtrade LLC all rights reserved.*
*Farmtrade.com does not distribute or sell products, it is an exchange.*

**Forward email**



This email was sent to rex_wichert@hotmail.com by newsletter@xsag.com |
Update Profile/Email Address | Rapid removal with SafeUnsubscribe™ | Privacy Policy.

XSAg.com | 1500 Perimeter Park Drive | Morrisville | NC | 27560