# Exhibit 6



Enter product details.
**Remember to select Generic Substitute OK to save even more!"**

**Brand Name:** AZOXY 2SC (Willowood USA)
Label & MSDS

**Generic Substitute OK:**
○ Yes, I will accept the same product from another manufacturer
● No, I will only accept this specific brand.

**Packsize:**
- Any Gallon Container
- Any Pound Container
- Any Ounce Container
- 1 X 1 Quart (.25 Gallon)  [0.25 gallons/case]
- 8 x 1 Pint (1 gallon)  [1 gallons/case]
- 4 X (1qt) = 1 gallon   [1 gallons/case]
- 1 x 1 Gallon  [1 gallons/case]
- Bulk Drum (fill to order)  [1 gallons/case]
- 6 x 1 Quart ( 1.5 gals)  [1.5 gallons/case]
- 12 x 1 Pints (1.5 GL)  [1.5 gallons/case]

Use CTRL or SHIFT keys for multiple packsize selection.

**Quantity Desired:** 0 (gallons, pounds, ounces)

**Maximum Delivered Price/Unit:** $ 0.00

**Maximum Product Age:** - Choose Age -

[Reset]  [Continue Listing]  [Cancel Listing]

* (rup) – Restricted Use Pesticide



Start    Buy    Sell    Your Profile    FarmTrade.com

Farmtrade.com toll-free 877-497-2436
Customer Service Hours: Monday thru Friday 8:00 a.m. to 5:00 p.m. (ET)
CustomerService@farmtrade.com
FarmTrade.com Official Date & Time: 3/9/2015 9:04:18 PM
The trademarks referenced above are the registered trademarks of their respective owners, and have no relationship or affiliation with FarmTrade.
Copyright © 2015 Farmtrade LLC. All Rights Reserved. Use of this web site constitutes acceptance of the FarmTrade.com User Agreement. All material herein © 1998-2015 Farmtrade LLC, All Rights Reserved.
FarmTrade.com is a service mark of Farmtrade LLC

XS187



Enter product details.
**Remember to select Generic Substitute OK to save even more!"**

**Brand Name:** AZOXYPROP XTRA  (Willowood USA)
Label & MSDS

**Generic Substitute OK:**
○ Yes, I will accept the same product from another manufacturer
⦿ No, I will only accept this specific brand.

**Packsize:**
```
Any Gallon Container
Any Pound Container
Any Ounce Container
1 X 1 Quart (.25 Gallon)  [0.25 gallons/case]
8 x 1 Pint (1 gallon)  [1 gallons/case]
4 X (1qt) = 1 gallon   [1 gallons/case]
1 x 1 Gallon  [1 gallons/case]
Bulk Drum (fill to order)  [1 gallons/case]
6 x 1 Quart ( 1.5 gals)  [1.5 gallons/case]
12 x 1 Pints (1.5 GL)  [1.5 gallons/case]
```
Use CTRL or SHIFT keys for multiple packsize selection.

**Quantity Desired:** [0]  (gallons, pounds, ounces)

**Maximum Delivered Price/Unit:** $ [0.00]

**Maximum Product Age:** [- Choose Age -]

[Reset]  [Continue Listing]  [Cancel Listing]

\* (rup) – Restricted Use Pesticide



Start    Buy    Sell    Your Profile    FarmTrade.com

**Farmtrade.com toll-free 877-497-2436**
**Customer Service Hours: Monday thru Friday 8:00 a.m. to 5:00 p.m. (ET)**
CustomerService@farmtrade.com
FarmTrade.com Official Date & Time: 3/9/2015 9:04:18 PM

The trademarks referenced above are the registered trademarks of their respective owners, and have no relationship or affiliation with FarmTrade.
Copyright © 2015 Farmtrade LLC. All Rights Reserved. Use of this web site constitutes acceptance of the FarmTrade.com User Agreement. All material herein © 1998-2015 Farmtrade LLC, All Rights Reserved.
FarmTrade.com is a service mark of Farmtrade LLC

XS187