# Exhibit 7





Print | Contact | Feedback

**Home**

- About Us
- Company Policy
- Company Accreditations
- Contact Us
- Newsletter



**WELCOME TO WILLOWOOD LIMITED**
**Crop Protection...**

Willowood Limited an ISO accredited company is one of the fast growing agrochemicals company in this part of the world. Located in Hong Kong, the financial and communication hub of Asia, it can serve its customers needs at much faster speed and with a greater financial flexibility. With it's affiliate offices in China and India, it can effectively source and supply quality products, competitively with registration support.

No wonder then that within a short span of time the company has grown manifold both in terms of sales volume and coverage of wide range of agrochemicals. Marketing network extended to countries like Albania, Argentina, Bangladesh, Belarus,, Bosnia, Brazil, Bolivia, China, Costa Rica, Chile, Colombia, Croatia, Dominican Republic, Egypt, Ecuador, Ethiopia Greece, Hungary, India, Iraq, Israel, Jordan, Kazakhstan, Kenya, Korea, Kyrgyzstan Lebanon, Malaysia, Moldova, Oman, Pakistan, Panama, Peru, Philippines, Paraguay, Saudi Arabia, Serbia South Africa, Tanzania, Tunisia, Turkey, Turkmenistan, Uganda, West Africa, Srilanka, Spain, Taiwan, Thailand, Uruguay, U.A.E., Uzbekistan, Ukraine, U.S.A., Venezuela, Vietnam Yemen.

Willowood Limited is accredited with ISO 9001:2008 from SGS Hong Kong. We are committed to providing quality products adhering to international quality standards to our customers by the implementation and maintenance of ISO quality management systems.

We have established our affiliate offices in USA, China and India, with nearly 15 years of operational experience in China. We have acquired a factory in India recently and plans are on to set up a state of art active ingredient plant in India, primarily concentrating on production of A.I's coming off patent. To expand our global presence, we are also on lookout to acquire marketing companies in Russia & Brazil and other major markets that have reasonable presence in the respective markets.

Not only do we develop generic options but we also provide specialty formulations of world standards to match best quality parameters of the industry along with complete registration support with our toxicity and chemistry studies done in GLP accredited labs.

Providing the Active and formulated products alone would not be adequate enough for our demanding clients to bring our products to their markets, due to increasing stringent regulatory requirements, we know our clients expect much more from us, to live up to their expectations we provide complete registration dossiers and regulatory support to have the product registered in each target market. To this effect we are able to offer close to 100 products with complete registration dossiers.

At Willowood, we have also identified this business opportunity and working in tandem with some premier research institutions, we are able to develop generic products for our clients as well as have it produced for them. Getting a quality product at the right price is the key to success of every business. At Willowood, we pay personalized attention to the specific needs of our customers. Once a requirement is sent to us, from there we take over and our customers can be at peace. Our extensive sourcing network in Asia and our excellent relations with manufacturers of plant protection chemicals assures that our customers get what they need in terms of both quality and price. That's our goal "TO SUPPLY COMPETITIVELY WITHOUT COMPROMISING WITH QUALITY".

We undertake random quality checks from shipment samples to ensure only product meeting client's specific standards or international standards reach them. We understand that if we meet our "COMMITMENT TO PLANT PROTECTION AND ENVIRONMENT SAFETY" we have well satisfied our customer's expectations. We can package the product in Bulk as well as small ready for sales packages or as per customers requirements with labels and packed in pellets.

No matter how good the quality of a product is, if the customer can't get the product in time, the whole exercise from beginning becomes futile. Ultimately, for the customers it's important to get the product as per these schedule and logistics plays very important part in maintaining low inventories. Shipments are planned and vessels booked from the day an order arrives us.

At willowood we strive to support our customer to the best of our abilities.

Disclaimer | Sitemap

http://www.willowoodltd.com/about-willowood.html    2/2/2015
Case 1:15-cv-00274-CCE-JEP Document 1-7 Filed 03/27/15 Page 2 of 3