# Exhibit 13



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0007992684
Search Results: Displaying 1 of 1 entries



### QUADRIS LABEL OLD.

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007992684 / 2015-03-25 |
| **Application Title:** | QUADRIS LABEL OLD. |
| **Title:** | QUADRIS LABEL OLD. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | SCP LLC. Address: 410 Swing Road, Greensboro, NC, 27409, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-07-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | SCP LLC, employer for hire. Authorship: text. |
| **Rights and Permissions:** | SCP LLC, 410 Swing Road, Greensboro, NC, 27409, United States |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | [SCP LLC](#) |





**Save, Print and Email ([Help Page](#))**
Select Download Format  Full Record ▼   [Format for Print/Save]
Enter your email address: _____ [Email]

---

[Help]   [Search]   [History]   [Titles]   [Start Over]

[Contact Us] | [Request Copies] | [Get a Search Estimate] | [Frequently Asked Questions (FAQs) about Copyright] |
[Copyright Office Home Page] | [Library of Congress Home Page]