# Exhibit 15
# (RESERVED)