# Exhibit 16

# PYXIS REGULATORY CONSULTING, INC.

4110 136th St. NW  
Gig Harbor, WA 98332

Phone: 253-853-7369  
Fax: 253-853-5516  
www.PyxisRC.com

August 13, 2013

COURIER DELIVERY

Driss Benmhend (PM 20)  
Document Processing Desk (**REGFEE**)  
Office of Pesticide Programs (7504P)  
U.S. Environmental Protection Agency  
Room S-4900, One Potomac Yard  
2777 S. Crystal Drive  
Arlington, VA 22202-4501

RE: Willowood, LLC – Willowood Azoxystrobin 2.08SC (EPA Reg. No. 87290-    )  
Application for New Pesticide Registration

Dear Mr. Benmhend,

On behalf of Willowood, LLC please find the enclosed application for registration of Willowood Azoxystrobin 2.08SC, an end-use product containing azoxystrobin as the active ingredient. In support of this application, we submit the following documents:

1. Application for Registration (EPA Form 8570-1)
2. Receipt of PRIA pre-payment from pay.gov
3. Confidential Statement of Formula (Basic Formulation dated August 13, 2013)
4. Formulators Exemption Statement (EPA Form 8570-27)
5. Five (5) copies of the proposed labeling
6. Certification with Respect to Label Integrity
7. Electronic copy of the Willowood Azoxystrobin 2.08SC label on CD
8. Certification with Respect to Citation of Data (EPA Form 8570-34)
9. Agency Internal Use Copy of the Data Matrix (EPA Form 8570-35)
10. Public File Copy of the Data Matrix (EPA Form 8570-35)
11. Letter of Authorization
12. Product Specific Data:

| | | |
|---|---|---|
| Volume 1 | 830.1550, 830.1600, 830.1650, 830.1670, 830.1750, 830.1800 | Kellogg, M. Product Identity and Composition, Description of the Materials Used, Description of the Formulation Process, Discussion of the Formation of Impurities, Certified Limits, and Analytical Methods to Verify Certified Limits for Willowood Azoxystrobin 2.08SC. |
| Volume 2 | 830.6302, 830.6303, 830.6304, 830.6314, 830.7000, 830.7100, 830.7300 | Leapard, B. Final Report for: Physical and Chemical Characteristics of Willowood Azoxystrobin 2.08SC. |
| Volume 3 | 830.6317, 830.6320 | Miller, R. Final Report for: Storage Stability and Corrosion Characteristics of Willowood Azoxystrobin 2.08SC. |
| Volume 4 | 830.6313, 830.6315, 830.6316, 830.6319, | Kellogg, M. Waiver Request for Certain Data Requirements for Willowood Azoxystrobin 2.08SC. |

|  | 830.6321, 830.7050, 830.7200, 830.7220, 830.7370, 830.7520, 830.7550-830.7570, 830.7840-830.7860, 830.7950 |  |
|---|---|---|

==Willowood, LLC believes its product, Willowood Azoxystrobin 2.08SC, is substantially similar to a currently registered product (EPA Reg. No. 100-1222). **Willowood has incorporated label language from both EPA Reg. No. 100-1222 and EPA Reg. No. 100-1098 into the Willowood Azoxystrobin 2.08SC label.**==

==Willowood, LLC believes this application falls under Category R300 (44) since Willowood Azoxystrobin 2.08SC is a new product, substantially similar in composition and use to a registered product, only product chemistry data are being submitted to support the application for registration and the cite-all option under the selective method is being used to support product specific acute toxicity data requirements. In addition, the technical source of active ingredient is based on a registered source of supply and therefore, Willowood Azoxystrobin 2.08SC qualifies for Formulators Exemption for azoxystrobin generic data requirements.==

We trust you will find this application complete and in compliance with the requirements for registration under FIFRA. Please feel free to call me if you have any questions or need any additional information.

Sincerely,

Michael Kellogg

Enclosures

cc: B. Heinze; Willowood, LLC



Form approved. OMB No. 2070-0060, 2070-00__, 2070-0107, 2070-0122, 2070-0164.

United States
**Environmental Protection Agency**
Washington, DC 20460
## Formulator's Exemption Statement
*(40 CFR 152.85)*

| Applicant's Name and Address | EPA File Symbol/Registration Number |
|---|---|
| Willowood, LLC<br>1600 NW Garden Valley Blvd., Suite 120<br>Roseburg, OR 97471 | 87290- |
| | Product Name<br>Willowood Azoxystrobin 2.08SC |
| | Date of Confidential Statement of Formula *(EPA Form 8570-4)*<br>08/13/2013 |

As an authorized representative of the applicant for registration of the product identified above, I certify that:

(1) This product contains the following active ingredient(s):

    Azoxystrobin

(2) Of these, each active ingredient listed in paragraph (4) is present solely as the result of the use of that active ingredient in the manufacturing, formulation or repackaging another product which contains that active ingredient which is registered under FIFRA Section 3, is purchased by us from another person and meets the requirements of 40 CFR section 158.50(e)(2) or (3).

(3) Indicate by checking (A) or (B) below which paragraph applies:

☑ (A) An accurate Confidential Statement of Formula *(EPA FORM 8570-4)* for the above identified product is attached to this statement. That formula statement indicates, by company name, registration number, and product name, the source of the active ingredient(s) listed in paragraph (1).

OR

☐ (B) The Confidential Statement of Formula (CSF)(EPA Form 8570-4) referenced above and on file with the EPA is complete, current, an accurate and contains the information required on the current CSF.

(4) The following active ingredients in this product qualify for the formulator's exemption.

| Source | | |
|---|---|---|
| Active Ingredient | Product Name | Registration Number |
| Azoxystrobin | [REDACTED] | [REDACTED] |

| Signature | Name and Title | Date |
|---|---|---|
| [signature] | Michael Kellogg / Agent | 8/13/13 |

EPA Form 8570-27 (Rev. 06-2004)

Copy 1 – EPA
Copy 2 - Applicant copy

*Product ingredient source information may be entitled to confidential treatment*

283