# Exhibit 17

Form approved. OMB No. 2070-0060, 2070-00.., 2070-0107, 2070-0122, 2070-0164.



United States
**Environmental Protection Agency**
Washington, DC 20460
## Formulator's Exemption Statement
*(40 CFR 152.85)*

| Applicant's Name and Address | EPA File Symbol/Registration Number |
|---|---|
| Willowood, LLC<br>1600 NW Garden Valley Blvd., Suite 120<br>Roseburg, OR 97471 | 87290- |
| | Product Name<br>Willowood Azoxystrobin 2.08SC |
| | Date of Confidential Statement of Formula *(EPA Form 8570-4)*<br>08/13/2013 |

As an authorized representative of the applicant for registration of the product identified above, I certify that:

(1) This product contains the following active ingredient(s):

  Azoxystrobin

(2) Of these, each active ingredient listed in paragraph (4) is present solely as the result of the use of that active ingredient in the manufacturing, formulation or repackaging another product which contains that active ingredient which is registered under FIFRA Section 3, is purchased by us from another person and meets the requirements of 40 CFR section 158.50(e)(2) or (3).

(3) Indicate by checking (A) or (B) below which paragraph applies:

☑ (A) An accurate Confidential Statement of Formula *(EPA FORM 8570-4)* for the above identified product is attached to this statement. That formula statement indicates, by company name, registration number, and product name, the source of the active ingredient(s) listed in paragraph (1).

OR

☐ (B) The Confidential Statement of Formula (CSF)(EPA Form 8570-4) referenced above and on file with the EPA is complete, current, an accurate and contains the information required on the current CSF.

(4) The following active ingredients in this product qualify for the formulator's exemption.

| Source | | |
|---|---|---|
| Active Ingredient | Product Name | Registration Number |
| Azoxystrobin | ████████ | ████████ |

| Signature | Name and Title | Date |
|---|---|---|
| *[signature]* | Michael Kellogg / Agent | 8/13/13 |

EPA Form 8570-27 (Rev. 06-2004)

Copy 1 – EPA
Copy 2 - Applicant copy

*Product ingredient source information may be entitled to confidential treatment*

283