# Exhibit 18

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460



OFFICE OF
CHEMICAL SAFETY AND
POLLUTION PREVENTION

SIMILARITY CLINIC MEMORANDUM:

Subject:     EPA Reg. No.: 87290-UU/Willowood Azoxystrobin 2.08SC
                DP Barcode: 414850
                PC Code: 128810

From:        Marianne Lewis, Biologist
                Insecticides/Rodenticides Branch
                Registration Division (7505P)

To:           Shaja Joyner, PM 20
                Fungicide Branch
                Registration Division (7505P)

Applicant:    Willowood, LLC
                c/o Pyxis Regulatory Consulting, Inc.
                4110 136th St. NW
                Gig Harbor, WA 98332

FORMULATION FROM EPA Reg. No. 87290-UU LABEL:

|  | % by wt. |
|---|---|
| Active Ingredient(s): | |
| Azoxystrobin: | 22.9% |
| Inert Ingredient(s): | 77.1% |
| Total | 100.0% |

BACKGROUND: The registrant is requesting a "cite all" for the acute toxicity data requirement and is citing similarity to EPA Reg. No. 100-1222 to support the reregistration of their product, EPA Reg. No. 87290-UU. After reviewing the CSF's from EPA Reg. No. 264-1222, the subject product, and the primary dispersant in the subject product, the EPA v cite this product. The subject product will be assigned to the followii *Cited product* acute oral (81-1) – III; acute dermal (81-2) – III; acute inhalation (81 *is 100-1222* irritation (81-4) – IV; primary dermal irritation (81-5) – IV. The sub *not 264-1222* classified as a non sensitizer.

The registrant has submitted product chemistry data to support the su studies should go to TRB/RD for a full review.

RECOMMENDATIONS:

- The subject product will be assigned the five (81-1, 81-2, 81-3, 81-4, 81-5) acute toxicity categories as listed above. No further studies are required at this time.
- The subject product will be classified as a non sensitizer.

The acute toxicity profile for EPA Reg. No. 87290-UU is currently:

| | | |
|---|---|---|
| Acute Oral | III | Cited |
| Acute Dermal | III | Cited |
| Acute Inhalation | IV | Cited |
| Primary Eye | IV | Cited |
| Primary Dermal | IV | Cited |
| Skin Sensitization | non sensitizer | Cited |

NOTE: The acute toxicity study requirements have been satisfied for the subject product.

LABELING:

**ID #:**  087290-UU          WILLOWOOD AZOXYSTROBIN 2.08SC

**SIGNAL WORD:**          CAUTION

**HAZARDS TO HUMANS AND DOMESTIC ANIMALS:**

Harmful if swallowed. Harmful if absorbed through skin Avoid contact with skin, eyes, or clothing. Wear long sleeved shirt and long pants, shoes, socks, and chemical resistant gloves (such as or made out of any waterproof material, selection category A).

**FIRST AID:**

IF SWALLOWED: Immediately call a poison control center or doctor. Do not induce vomiting unless told to by a poison control center or doctor. Do not give any liquid to the person. Do not give anything by mouth to an unconscious person.

IF ON SKIN OR CLOTHING: Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.

Have the product container or label with you when calling a poison control center or doctor or going for treatment. You may also contact 1-800-xxx-xxxx for emergency medical treatment information.

**USER SAFETY RECOMMENDATIONS:**

User should wash hands before eating, drinking, chewing gum, using tobacco, or using the toilet.

User should remove clothing/PPE immediately if pesticide gets inside. Then wash thoroughly and put on clean clothing.

Users should remove PPE immediately after handling this product. Wash the outside of gloves before removing. As soon as possible, wash thoroughly and change into clean clothing.

Page of 3

3
267

Case 1:15-cv-00274-CCE-JEP    Document 1-18    Filed 03/27/15    Page 4 of 5

# Lewis, Marianne

**From:** Lewis, Marianne
**Sent:** Thursday, August 22, 2013 2:31 PM
**To:** 'Mike Kellogg'
**Subject:** FW: sim clinic review of EPA Reg. No. 87290-UU

Mike,

We have conducted a Similarity Screen for the 87276-UU product registration application. In the application package you are claiming similarity to EPA Reg. No. 100-1222 and doing a cite all in the data matrix to the registration of your new product EPA Reg. No. 87276-UU.

==The inerts are too different – your product is not substantially similar to EPA Reg. No. 100-1222. The differences in the inerts will change the tox profile of the cited product. Therefore, the cited studies cannot be used to support the new product.==

Please cite another product to satisfy the acute toxicity requirements.

You have 10 business days to respond (by 9/5/13) or withdraw your application package – otherwise the rejection process will begin.

If you have any questions please feel free to contact me.

Marianne


Marianne Lewis
Biologist
IRB/RD
703 308-8043

1

268

Case 1:15-cv-00274-CCE-JEP   Document 1-18   Filed 03/27/15   Page 5 of 5