# Exhibit 19

Decision #: 482054

DP #: (415210)

PRIA

Parent DP #:

Submission #: 939791

E-Sub #:

# DATA PACKAGE BEAN SHEET

### Date: 20-Sep-2013

Page 1 of 2

## * * * Registration Information * * *

**Registration:** 87290-UU - WILLOWOOOD AZOXYSTROBIN 2.08SC

Company: 87290 - WILLOWOOD, LLC

Risk Manager: ~~RM 22 - Tony Kish - (703) 308-9443 Room# PY1-S-7318~~

Risk Manager Reviewer: Erin Malone EMALONE

Sent Date: _____     PRIA Due Date: 06-Jan-2014     Edited Due Date: _____

Type of Registration: Product Registration - Section 3

Action Desc: (R300) NEW PRODUCT;OR SIMILAR COMBINATION PRODUCT (ALREADY REGISTERED)

Ingredients: 128810, Azoxystrobin(22.9%)

## * * * Data Package Information * * *

Expedite: ◯ Yes ● No          Date Sent: 20-Sep-2013          Due Back: _____

DP Ingredient: 128810, Azoxystrobin

DP Title: Subs similar product chem review for EP

CSF Included: ● Yes ◯ No     Label Included: ● Yes ◯ No     Parent DP #: _____

**Assigned To**          Date In          Date Out

Organization: RD / TRB          Last Possible Science Due Date: 22-Nov-2013

Team Name: CHEM          Science Due Date: _____

Reviewer Name: _Shyann Marble_   9/26/13   9/27/13   Sub Data Package Due Date: _____

Contractor Name: _____

## * * * Studies Sent for Review * * *

Printed on Page 2

## * * * Additional Data Package for this Decision * * *

Can be printed on its own page

## * * * Data Package Instructions * * *

Chem team:

I have a proposed azoxystrobin EP that is claiming to be substantially similar to 100-1222. {In the chem review, Marianne concluded that the proposed product and -1222 were not similar enough and the registrant had to cite another product's tox data} To support the required product chemistry guidelines, the registrant has submitted group A data and group B data {MRIDs 49196801, -02, -03, -04} Does this submitted data fulfill the requirements? Is the proposed basic csf dated 8/13/13 acceptable?

Let me know if you need any other documents or have any questions or concerns.

**Please perform a 45 day technical screen by 10/14**

THanks,
Erin

259

| MRID | MRID Status | Citation Reference | Guideline | 86-5 Status |
|------|-------------|--------------------|-----------| ------------|
| 49t96801 | | Kellogg, M. (2013) Product Identity and Composition, Description of the Materials Used, Description of the Formulation Process, Discussion of the Formation of Impurities, Certified Limits, and Analytical Methods to Verify Certified Limits for Willowood Azoxystrobin 2.08SC. Project Number: WW/201309. Unpublished study prepared by Willowood, LLC. 83p. | 830.1550/Product Identity and composition | Pass (23-Aug-2013) |
| 49t96801 | | Kellogg, M. (2013) Product Identity and Composition, Description of the Materials Used, Description of the Formulation Process, Discussion of the Formation of Impurities, Certified Limits, and Analytical Methods to Verify Certified Limits for Willowood Azoxystrobin 2.08SC. Project Number: WW/201309. Unpublished study prepared by Willowood, LLC. 83p. | 830.t600/Description of materials used to produce the product | Pass (23-Aug-20t3) |
| 49t96801 | | Kellogg, M. (2013) Product Identity and Composition, Description of the Materials Used, Description of the Formulation Process, Discussion of the Formation of Impurities, Certified Limits, and Analytical Methods to Verify Certified Limits for Willowood Azoxystrobin 2.08SC. Project Number: WW/201309. Unpublished study prepared by Willowood, LLC. 83p. | 830.1650/Description of formulation process | Pass (23-Aug-20t3) |
| 49196801 | | Kellogg, M. (2013) Product Identity and Composiiton, Description of the Materials Used, Description of the Formulation Process, Discussion of the Formation of Impurities, Certified Limits, and Analytical Methods to Verify Certified Limits for Willowood Azoxystrobin 2.08SC. Project Number: WW/201309. Unpublished study prepared by Willowood, LLC. 83p. | 830.t670/Discussion of formation of impurities | Pass (23-Aug-2013) |
| 49t96680t | | Kellogg, M. (2013) Product Identity and Composition, Description of the Materials Used, Description of the Formulation Process, Discussion of the Formation of Impurities, Certified Limits, and Analytical Methods to Verify Certified Limits for WIllowood Azoxystrobin 2.08SC. Project Number: WW/201309. Unpublished study prepared by Willowood, LLC. 83p. | 830.1750/Certified limits | Pass (23-Aug-20t3) |
| 49t96680t | | Kellogg, M. (2013) Product Identity and Composition, Description of the Materials Used, Description of the Formulation Process, Discussion of the Formation of Impurities, Certified Limits, and Analytical Methods to Verify Certified Limits for Willowood Azoxystrobin 2.08SC. Project Number: WW/201309. Unpublished study prepared by Willowood, LLC. 83p. | 830.t800/Enforcement analytical method | Pass (23-Aug-20t3) |
| 49196802 | | Leapard, B. (2013) Physical and Chemical Characteristics of Willowood Azoxystrobin 2.08SC: Final Report. Project Number: ARC/EX/1323, ARC/EX/1323/006/P/t. Unpublished study prepared by Analytical & Regulatory Chemistry, Inc. t3p. | 830.6302/Color | Pass (23-Aug-2013) |
| 49t96802 | | Leapard, B. (2013) Physical and Chemical Characteristics of Willowood Azoxystrobin 2.08SC: Final Report. Project Number: ARC/EX/1323, ARC/EX/1323/006/P/t. Unpublished study prepared by Analytical & Regulatory Chemistry, Inc. t3p. | 830.6303/Physical state | Pass (23-Aug-20t3) |
| 49196802 | | Leapard, B. (2013) Physical and Chemical Characteristics of Willowood Azoxystrobin 2.08SC: Final Report. Project Number: ARC/EX/1323, ARC/EX/1323/006/P/t. Unpublished study prepared by Analytical & Regulatory Chemistry, Inc. t3p. | 830.6304/Odor | Pass (23-Aug-20t3) |

260