# Exhibit 20

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Russell E. Levine, P.C.
To Call Writer Directly:
(312) 862-2466
russell.levine@kirkland.com

300 North LaSalle
Chicago, Illinois 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

January 30, 2014

**By Federal Express**

Brian Heinze
President & CEO
Willowood USA
1600 NW Garden Valley Blvd. Suite 120
Roseburg, OR 97471

      Re:    Potential Infringement of United States Patent Nos. 5,602,076 & 5,633,256

Dear Mr. Heinze:

    Kirkland & Ellis LLP represents Syngenta, owner of United States Patent Nos. 5,602,076 and 5,633,256 ("the Patents"). It has recently come to our attention that Willowood has represented that it has azoxystrobin product formulated, packaged and sitting in a warehouse in Pasco, Washington. If Willowood has in fact made, used, imported, offered to sell, or sold such azoxystrobin products, such conduct would constitute an infringement of one or more claims of the Patents.

    We therefore ask you: does Willowood USA, or any other Willowood affiliate, parent, or subsidiary (collectively "Willowood"), have azoxystrobin product formulated, packaged, and/or sitting in a warehouse in Pasco, Washington or any other location in the U.S.?

    Please also confirm that Willowood has not done any of the following to date:

- made or formulated in the United States any azoxystrobin product and/or any product that will be marketed as generic alternatives to Syngenta's azoxystrobin product,

- used in the United States any azoxystrobin product and/or any product that will be marketed as generic alternatives to Syngenta's azoxystrobin products,

- imported into the United States any azoxystrobin product and/or any product that will be marketed as generic alternatives to Syngenta's azoxystrobin products,

Beijing    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

- sold in the United States any azoxystrobin product and/or any product that will be marketed as generic alternatives to Syngenta's azoxystrobin product, or

- offered to sell in the United States any azoxystrobin product and/or any product that will be marketed as generic alternatives to Syngenta's azoxystrobin product, even if delivery of such products would not take place until after expiration of the patents.

Please also confirm that Willowood will not engage in any such activities prior to the Patents' respective expiration dates.

Further, to the extent that any acts of infringement, including making, using, importing, offering for sale, or selling of azoxystrobin products, has occurred or does occur during the term of the Patents, Syngenta reserves its right to pursue any and all available remedies against Willowood, including damages and/or injunctive relief.

The protection of its intellectual property rights is a matter that Syngenta takes very seriously; we therefore demand that Willowood provide its answer to the above question and the requested confirmations, no later than close of business on Tuesday, February 4, 2014.

Very Truly Yours,

Russell E. Levine, P.C.