# Exhibit 21



**WILLOWOOD, LLC**

February 4, 2014

Russell Levine
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Re: Response to your letter dated January 30, 2014

Dear Mr. Levine,

I am in receipt of your letter dated January 30, 2014 where you assert potential infringement of United States Patent Numbers 5,602,076 and 5,633,256 by Willowood LLC. We are, quite frankly, puzzled by your statements that Willowood has "product formulated, packaged and sitting in a warehouse in Pasco, Washington." Willowood has done no such thing and has no immediate plans of doing so.

We encourage you to check import records and Notices of Arrival to confirm what we have stated above.

Best Personal Regards,

*[signature: Brian Heinz]*

Brian Heinze
Willowood LLC

1600 NW Garden Valley Blvd., Suite 120 * Roseburg, OR 97471 *541.679.9963 * Fax 541.679.4650