# Exhibit 22

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Russell E. Levine, P.C.
To Call Writer Directly:
(312) 862-2466
russell.levine@kirkland.com

300 North LaSalle
Chicago, Illinois 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

August 25, 2014

**Via Federal Express**

Brian Heinze
President & CEO
Willowood USA
1600 NW Garden Valley Blvd. Suite 120
Roseburg, OR 97471

Re: **Azoxystrobin Process Patents**

Dear Mr. Heinze:

This letter responds to your February 4, 2014 letter. In your letter, you assert that Willowood did not and had no intention of infringing Syngenta's '076 and '256 patents. Further, you encouraged me to check import records. Instead, we obtained from the EPA data that evidences Willowood's/Analytical & Regulatory Chemistry, Inc.'s use of azoxystrobin in Sumter, South Carolina to generate data for EPA submission in 2013 (i.e. prior to the expiration of the azoxystrobin compound patent).

As stated in my January 30, 2014 letter to you, the protection of its intellectual property is a matter that Syngenta takes very seriously. Indeed, Syngenta has invested great effort, time, and money into developing innovative methods of manufacturing azoxystrobin. In exchange for disclosing those methods to the public, the United States Patent and Trademark Office has issued, among others, the following patents to Syngenta: U.S. Patent No. 5,847,138; U.S. Patent No. 7,084,272; U.S. Patent No. 8,124,761; U.S. Patent No. 8,350,025; and U.S. Patent No. 8,552,185 (all owned by Syngenta and subsequently referred to as the "Syngenta Patents").

It is my understanding that Willowood is currently offering for sale AZOXY 2SX, which contains azoxystrobin that has been imported into the United States.

You should be aware that the importation of azoxystrobin into the United States made using one of the methods claimed in the Syngenta Patents is patent infringement. The use, sale, or offer for sale of such azoxystrobin would also be patent infringement.

Beijing   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Case 1:15-cv-00274-CCE-JEP   Document 1-22   Filed 03/27/15   Page 2 of 3

# KIRKLAND & ELLIS LLP

Brian Heinze
August 25, 2014
Page 2

      To confirm that you are not infringing any claims of the Syngenta Patents, please send me the manufacturing specifications for your imported azoxystrobin. In the event any contractual restrictions prevent you from sending the manufacturing specifications, please explain in writing how your method does not infringe any claims of the Syngenta Patents. In the event you believe your method is a trade secret, Syngenta is willing to execute a confidentiality agreement prior to viewing your method.

      Please send me your response by 5 September 2014.

Very Truly Yours,

Russell E. Levine, P.C.