# Exhibit 23

# HAYDEN STONE, PLLC
CHRISTOPHER G. HAYDEN, ATTORNEY AT LAW
2212 Mt Vernon Ave, Suite 5, Alexandria VA 22301
Patent Law Only                571-312-3013

September 26, 2014

Russell E. Levine
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Russell.levine@kirkland.com

      Re:    Your August 25, 2014 letter to Willowood USA regarding azoxystrobin

Dear Mr. Levine,

      I am responding to your letter to Brian Heinze of Willowood USA dated August 25, 2014.

      You list a number of patents purporting to cover the manufacturing of azoxystrobin. However, your letter does not set forth any evidence of infringement of the patents or even articulate any basis whatsoever for a belief that Willowood might be infringing any of Syngenta's patents. Nevertheless, we have reviewed the patents and have concluded that Willowood does not infringe any of them.

      As you are aware, there are a number of methods for producing the compound of which you refer. Quoting USP 7084272, which you brought to our attention, "(t)here are many ways of making azoxystrobin." For early examples not listed in the '272 patent, see for example USP 5145856, USP 5602076, and EP0382375 (A2).

      As for your request for Willowood's confidential business information, including but not limited to Willowood's trade secrets, you are not entitled to that information. If you have any evidence supporting an allegation of infringement of all of the limitations of any claim in those patents, we invite you to provide us with the basis for such belief.

                                              Very truly yours,

                                              Christopher Hayden
                                              Hayden Stone PLLC