# EXHIBIT B

(Redacted as Described in the Motion to Seal)

```
 1           IN THE UNITED STATES DISTRICT COURT

 2          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

 3

 4   SYNGENTA CROP PROTECTION, LLC

 5              Plaintiff

 6   vs.                              CIVIL ACTION NO:

 7   WILLOWOOD, LLC, et al.           1:15-CV-274

 8              Defendants

 9   _____/

10

11

12

13           The Videodeposition of JOSEPH M.D.

14   FORTUNAK, Ph.D. was held on Monday, October 10, 2016,

15   commencing at 9:00 a.m., at Kirkland & Ellis, LLP, 655

16   15th Street, N.W., Suite 1200, Washington D.C. 20005,

17   before Christina Essi Pagano, Notary Public.

18

19

20

21   Reported By:   Christina Essi Pagano, RPR
```

ATTORNEYS' EYES ONLY                                           Page 78

1
2

ATTORNEYS' EYES ONLY                                           Page 79

1

4   TaiHe documentation, I think it would be very, very
5   difficult to reproduce this in order to see what levels
6   would regularly project into an isolated azoxystrobin
7   technical.
8  Q.   And '761 patent requires that the
9   condensation step -- and can we just agree that we'll
10   call it the condensation step for purposes of this
11   discussion?
12  A.   Yes.
13  Q.   The '761 patent requires that the
14   condensation step be done in the presence of between .1
15   molar percent and 2.0 molar percent DABCO, correct?
16  A.   That's right.
17  Q.   And from this testing performed by CAC
18   Shanghai, you could not quantify the amount of
19   azoxystrobin -- strike that.
20        From this testing done by CAC Shanghai, you
21   could not quantify the amount of DABCO that was present

ATTORNEYS' EYES ONLY                                           Page 80

1   during the condensation step of manufacture of
2   azoxystrobin supplied by TaiHe to Willowood, correct?
3  A.   That's correct.
4  Q.

Min-U-Script®    Gore Brothers Reporting & Videoconferencing    (20) Pages 78 - 81  
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP   Document 88-2   Filed 10/31/16   Page 3 of 13

Syngenta Crop Protection, LLC vs.  
Willowood, LLC, et al.

Joseph M.D. Fortunak, Ph.D. - Vol. 1  
October 10, 2016

ATTORNEYS' EYES ONLY    Page 86

**1**

**12** Q. But the CAC testing you weren't able to
**13** quantify how much DABCO was used in the manufacturing
**14** process, correct?
**15** A. That's correct.
**16** Q. And from the Syngenta testing you were not
**17** able to quantify how much DABCO was used in the
**18** manufacturing process, correct?
**19** A. That's correct.
**20** Q.

Min-U-Script®    Gore Brothers Reporting & Videoconferencing    (22) Pages 86 - 89
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP    Document 88-2    Filed 10/31/16    Page 4 of 13

Page 93

8

Min-U-Script®  Gore Brothers Reporting & Videoconferencing  (23) Pages 90 - 93
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP    Document 88-2    Filed 10/31/16    Page 5 of 13

Syngenta Crop Protection, LLC vs.  
Willowood, LLC, et al.

Joseph M.D. Fortunak, Ph.D. - Vol. 1  
October 10, 2016

ATTORNEYS' EYES ONLY                                                Page 100

1  A.  Correct.
2  Q.  And there's no other testing that you're
3  aware of that supports your opinion that there's a
4  substantial likelihood that Willowood has and continues
5  to practice certain claims of the '761 patent, correct?
6  A.  That's right.  And I don't believe I
7  referred to any additional testing in my report.
8  Q.  I don't believe you do either.  I just
9  wanted to make sure there was nothing else that I
10 wasn't aware of.
11      You also said that your second fact was
12 that -- well, strike that.
13      Why don't you tell me what your second fact
14 is again.
15 A.  So the second fact is if you're going to
16 use a reagent, in this case, a catalyst in a process,
17 it's only logical to run it in a commercially
18 reasonable manner.
19 Q.  Okay.  So it's based on an assumption that
20 you make that if manufacturing azoxystrobin using
21 DABCO, you would use it in a commercially reasonable

Page 99

1

12      BY MR. TILLER:
13 Q.  Excuse me, doctor.  Earlier today you
14 testified that there were two basic facts to support
15 your conclusion that Willowood is substantially likely
16 -- or, that there is a substantial likelihood that
17 Willowood has and continues to practice at least Claims
18 1, 3, 4, 5, 9 and 10 of the '761 patent.  And the first
19 fact you said was the testing, and we discussed the
20 Syngenta testing, the CAC testing, and the JDM testing,
21 correct?

ATTORNEYS' EYES ONLY                                                Page 101

1  amount, correct?
2  A.  Yes, because I'm a process chemist and
3  that's what we do.
4  Q.  Okay.  And that commercially reasonable
5  amount you believe is between 0.1 molar percent and 2.0
6  molar percent, correct?
7  A.  Correct.
8  Q.  Why do you believe that that is a
9  commercially reasonable amount?
10 A.  Because the '761 patent itself establishes
11 those ranges.  And from conversation that I had with
12 Alan Whitton at Syngenta, asking about how they operate
13 this final stage of the '761 process using DABCO, in
14 order to confirm my understandings of what Syngenta
15 finds.
16 Q.

Min-U-Script®                Gore Brothers Reporting & Videoconferencing                (25) Pages 98 - 101  
                             410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP   Document 88-2   Filed 10/31/16   Page 6 of 13

ATTORNEYS' EYES ONLY Page 106

1

6

ATTORNEYS' EYES ONLY Page 108

1

.
14

ATTORNEYS' EYES ONLY Page 107

1

.

ATTORNEYS' EYES ONLY Page 109

1

Min-U-Script® Gore Brothers Reporting & Videoconferencing (27) Pages 106 - 109
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP   Document 88-2   Filed 10/31/16   Page 7 of 13

Syngenta Crop Protection, LLC vs.  
Willowood, LLC, et al.

Joseph M.D. Fortunak, Ph.D. - Vol. 1  
October 10, 2016

ATTORNEYS' EYES ONLY Page 110

1

ATTORNEYS' EYES ONLY Page 111

1

10

ATTORNEYS' EYES ONLY Page 112

1

ATTORNEYS' EYES ONLY Page 113

1

8 Q.  But commercially reasonable companies do
9 engage in design-around efforts, to the best of your
10 knowledge, correct?
11      MS. BALTZER: Objection, foundation.
12      THE WITNESS: That's correct.
13

Min-U-Script®  Gore Brothers Reporting & Videoconferencing  (28) Pages 110 - 113  
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP    Document 88-2    Filed 10/31/16    Page 8 of 13

ATTORNEYS' EYES ONLY                                            Page 118

1

ATTORNEYS' EYES ONLY                                            Page 119

1

6  Q.  So after the quotation from the '761 patent
7  that you cite to, you say, quote, given the information
8  in the '761 patent, it would not be commercially
9  reasonable for Willowood's manufacturer, (TaiHe) to use
10  more DABCO than 2 molar percent, which would add to the
11  manufacturing expense without any significant
12  improvement in yield.
13      Do you see that?
14  A.  Yes.
15  Q.  What is the expense of DABCO?  What does it
16  cost?
17  A.  Not terrible expensive.
18  Q.  Okay.  So increasing DABCO from, for
19  example, 1.9 molar percent to 2.1 molar percent, do you
20  know how much that would increase the cost of
21  manufacturing the azoxystrobin produced by TaiHe and

ATTORNEYS' EYES ONLY                                            Page 120

1  sold to Willowood?
2      MS. BALTZER: Objection, foundation.
3      THE WITNESS: In terms of how much it
4  contributes to the cost of the raw materials, it won't
5  be a large contribution.
6

Min-U-Script®          Gore Brothers Reporting & Videoconferencing          (30) Pages 118 - 121
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP     Document 88-2     Filed 10/31/16     Page 9 of 13

ATTORNEYS' EYES ONLY                               Page 126

1

.

ATTORNEYS' EYES ONLY                               Page 127

1   .




5     BY MR. TILLER:
6   Q.  Okay.  When you used the term increase
7   toxicity, to whom would it be toxic?
8   A.  It could be toxic either to the plants that
9   to is used to be applied to or it could be toxic to
10  people who use the agriculture end product that comes
11  from the plant.
12  Q.  What are the toxic effects?
13  A.  I don't recall.
14  Q.  Putting aside the amount of DABCO used in
15  the manufacturing process, how much of this residue
16  would have to be in the azoxystrobin product that was
17  applied to the plants, how much residue would have to
18  be in that product in order for it to be toxic?
19      MS. BALTZER: Objection, foundation.
20      THE WITNESS: I do not know that that has
21  been determined.

ATTORNEYS' EYES ONLY                               Page 128

1

ATTORNEYS' EYES ONLY                               Page 129

1

Min-U-Script®    Gore Brothers Reporting & Videoconferencing    (32) Pages 126 - 129  
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP    Document 88-2    Filed 10/31/16    Page 10 of 13

ATTORNEYS' EYES ONLY  Page 158

1

ATTORNEYS' EYES ONLY  Page 159

1

8  BY MR. TILLER:
9  Q.  So when you say 723, we're looking at
10  Weintritt?
11  A.  Yeah, at Weintritt.
12  Q.  Okay.
13  A.  And if I compare Weintritt with a compound
14  patent for azoxystrobin, which I believe is the '076,
15  both of those cover millions and millions of compounds.
16  And the structure azoxystrobin would be covered under
17  both of those.
18  Q.  Under '076 and Weintritt?
19  A.  Yeah.
20  Q.

Min-U-Script®  Gore Brothers Reporting & Videoconferencing  (40) Pages 158 - 161  
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP   Document 88-2   Filed 10/31/16   Page 11 of 13

ATTORNEYS' EYES ONLY　　　　　　　　　　Page 162

1

ATTORNEYS' EYES ONLY　　　　　　　　　　Page 163

1　Q.　Okay. So I thought we had agreed that
2　Weintritt claimed a process for preparing compounds of
3　the general formula one and we agreed that general
4　formula one includes, among many other compounds, but
5　it includes azoxystrobin, correct?
6　A.　That's correct.
7　　　MS. BALTZER: Objection, foundation.
8　　　BY MR. TILLER:
9　Q.　That's correct, correct?
10

ATTORNEYS' EYES ONLY　　　　　　　　　　Page 164

1

12　Q.　Well, Weintritt is claiming the synthesis
13　of azoxystrobin in the presence of 2 to 40 molar
14　percent of DABCO, correct?
15　　　MS. BALTZER: Objection, foundation.
16　　　THE WITNESS: Looking at the scope of
17　Weintritt's claims, one could infer that -- one could
18　say that this is contemplated. It's not exemplified,
19　nor is it explicitly laid out. It said, no, I can make
20　azoxystrobin with 2 mole percent of DABCO.
21　　　BY MR. TILLER:

ATTORNEYS' EYES ONLY　　　　　　　　　　Page 165

1　Q.　So you don't think the fact that Weintritt
2　claims the production or the manufacture of
3　azoxystrobin in the presence of 2 to 40 molar percent,
4　you don't think that despite that claim, that a person
5　of ordinary skill in the art would not read this to
6　disclose the manufacture of azoxystrobin in the
7　presence of 2 to 40 molar percent of DABCO?
8　　　MS. BALTZER: Objection, foundation, asked
9　and answered.
10　　　THE WITNESS: I'm going to answer you as a
11　chemist. You said the word manufacturing.
12　Manufacturing means that I'm making something and I can
13　make it, I can make it efficiently, and I can sell it.
14　The scope of Weintritt's claims would cover the
15　manufacture of 2 mole -- of azoxystrobin using
16　different components that he hasn't exemplified the use
17　of in his examples, and using down to 2 mole percent of
18　DABCO. So within that -- so using 2 mole percent of
19　DABCO and using a condensation to make azoxystrobin in
20　that way would fall under the claims of Weintritt.
21　　　BY MR. TILLER:

Min-U-Script®　　　Gore Brothers Reporting & Videoconferencing　　　(41) Pages 162 - 165  
410 837 3027 - Worldwide - www.gorebrothers.com

Case 1:15-cv-00274-CCE-JEP　　Document 88-2　　Filed 10/31/16　　Page 12 of 13

Page 246

12 Q.  Okay.  So still, sitting here today, you
13 cannot conclusively say how much DABCO was used during
14 the manufacture of the azoxystrobin technical included
15 in that sample of Azoxy 2SC, correct?
16     MS. BALTZER: Objection, form.
17     THE WITNESS: So the best available
18 information you can get is to measure the presence of
19 DABCO, the byproducts derived from it, and that doesn't
20 allow you to quantify how much DABCO was used.
21     BY MR. TILLER:

Page 247

1 Q.  Understood.  Actually, the best available
2 information would be go and take samples of the
3 azoxystrobin technical during the manufacturing and
4 then test that, correct?
5     MS. BALTZER: Objection, form.
6     THE WITNESS: Correct, but that hasn't been
7 offered as an option by Willowood or TaiHe.
8     BY MR. TILLER:
9 Q.  Hasn't been asked, hasn't been asked, has
10 it?
11     MS. BALTZER: Objection, form.
12     THE WITNESS: I don't know.
13     BY MR. TILLER:
14 Q.

Min-U-Script®  
Gore Brothers Reporting & Videoconferencing  
410 837 3027 - Worldwide - www.gorebrothers.com  
(62) Pages 246 - 249

Case 1:15-cv-00274-CCE-JEP    Document 88-2    Filed 10/31/16    Page 13 of 13