# EXHIBIT G

# WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092

STEVEN E. TILLER
DIRECT LINE (410) 347-9425
DIRECT FAX (410) 223-4325
stiller@wtplaw.com

BALTIMORE, MD
BETHANY BEACH, DE*
BETHESDA, MD
COLUMBIA, MD
DEARBORN, MI
FALLS CHURCH, VA
LEXINGTON, KY
PITTSBURGH, PA
ROANOKE, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

July 28, 2016

*Via Federal Express*
Wu Xiaolong
President
Yancheng Tai He Chemicals Co., Ltd.
Building 83, Huayuan Zone, Junming Road, Jiangsu Province
Xiangshui County, Yancheng,
China

Re: Syngenta v. Crop Protection, LLC v. Willowood, LLC *et al.*
United States District Court for the Middle District of North Carolina
Case No.: 1:15-cv-274

Dear Mr. Wu:

As I believe you are aware, our law firm represents Willowood LLC, Willowood USA, LLC, Willowood Azoxystrobin, LLC and Willowood Limited (collectively, "Willowood") in a patent infringement matter filed by Syngenta Crop Protection, LLC ("Syngenta"). Please be advised that Syngenta's lawyers have requested that your company, Yangcheng Tai He Chemicals Co., Ltd ("Tai He"), locate and produce the following for use in this lawsuit:

- Documents regarding Tai He's process for manufacturing the Azoxystrobin Technical it supplies to Willowood, including documents regarding any catalysts used in that production;

- All communications between Willowood and Tai He regarding the manufacture or supply of Azoxystrobin Technical;

- All communications between Willowood and Tai He regarding this lawsuit or the patents asserted by Syngenta against Willowood;

- All communications regarding discussions or negotiations leading up to the supply agreement between Tai He and Willowood for the supply of Azoxystrobin Technical;

*Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.*

- All agreements and communications between Tai He and any third-parties (including Lianyungang Jinyang Chemical Co. and Lianyungang Guosheng Chemical Co., Ltd.) regarding the manufacture and supply of any reagents or intermediaries related to Tai He's manufacture of Azoxystrobin Technical sold to Willowood;

- Any test results relating to the quality of the Azoxystrobin Technical sold by Tai He to Willowood, including any analysis of any intermediaries or catalyst used in the manufacture of that product; and

- All documents and communications relating to the application for, and approval of, Tai He's establishment registration with the United States Environmental Protection Agency.

If possible, it would be very much appreciated if Tai He could produce these documents in advance of your deposition scheduled for August 9, 2016 in Hong Kong. Willowood will, of course, reimburse Tai He for any expenses incurred by it in producing these documents. Please send these documents to my attention at the address above or by electronic mail to my address at stiller@wtplaw.com.

Thank you very much for your assistance in this regard. If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

/s/

Steven E. Tiller

SET:lsm

*2208602*

# WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092

STEVEN E. TILLER
DIRECT LINE (410) 347-9425
DIRECT FAX (410) 223-4325
stiller@wtplaw.com

BALTIMORE, MD
BETHANY BEACH, DE*
BETHESDA, MD
COLUMBIA, MD
DEARBORN, MI
FALLS CHURCH, VA
LEXINGTON, KY
PITTSBURGH, PA
ROANOKE, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

2016 年 7 月 28 日

*经联邦快递投递*
吴小龙总裁
盐城泰和化学有限公司

中国　[中国江苏省盐城市响水县军民路化园区 83 号楼
　　　吴小龙先生
　　　电话：+86-13813931544]

　　　回复：　　Syngenta v. Crop Protection, LLC v. Willowood, LLC *et al.*
　　　　　　　北卡罗来纳州中区美国地区法院
　　　　　　　案件编号：1:15-cv-274

尊敬的吴先生：

如您所知，本律所在 Syngenta Crop Protection, LLC（简称"Syngenta"）提起的一宗专利侵权案件中代表 Willowood LLC、Willowood USA LLC、Willowood Azoxystrobin, LLC 和 Willowood Limited（统称"Willowood"）。特此通知，Syngenta 的律师已请求贵公司，即盐城泰和化学有限公司（简称"泰和"），搜寻并编写下列文档，以用于该诉讼：

- 关于泰和供应 Willowood 的嘧菌酯技术生产工艺，包括关于生产中所使用的所有催化剂的文档；

- Willowood 与泰和之间关于嘧菌酯技术生产或供应的所有通信；

- Willowood 与泰和之间关于本宗诉讼或 Syngenta 针对 Willowood 所主张专利的所有通信；

- 关于导致泰和与 Willowood 签署嘧菌酯技术供应协议的讨论或谈判的所有通信；

*Whiteford, Taylor & Preston L.L.P. is a limited liability partnership. Our Delaware offices are operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.*

- 泰和与任何第三方（包括连云港金阳化工有限公司和连云港国盛化工有限公司）之间关于生产和供应与泰和生产向 Willowood 销售的嘧菌酯技术有关的任何药剂或中间产物的所有协议和通信；

- 与泰和向 Willowood 销售的嘧菌酯技术质量有关的所有测试结果，包括该产品生产中所使用的所有中间产物或催化剂的所有分析；及

- 与泰和在美国环境保护局的工厂注册申请和批准有关的所有文档和通信。

如若可能，泰和最好能在定于 2016 年 8 月 9 日在香港的取证之前准备好这些文档。当然，Willowood 会向泰和补偿准备这些文档所产生的所有支出。请将这些文档发送给我至上述地址，或通过电子邮件发送给我，电邮地址 stiller@wtplaw.com。

非常感谢您的协助。如果您有任何问题或建议，请及时与我联系。

敬上

*Steven E. Tiller/lsm*

Steven E. Tiller

SET:lsm

*2208602*