# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLOWOOD, LLC, WILLOWOOD USA, )<br>LLC, WILLOWOOD AZOXYSTROBIN, )<br>LLC, and WILLOWOOD LIMITED, )<br>)<br>Defendants. )<br>) | Civil Action No: 1:15-CV-274 |

## DECLARATION OF HARI SANTHANAM IN SUPPORT OF SYNGENTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS

I, Hari Santhanam, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a member of the law firm of Kirkland & Ellis LLP, counsel for Plaintiff Syngenta Crop Protection, LLC ("Syngenta") in the above-captioned matter.  I am familiar with the facts and circumstances of this action.

2.     I submit this declaration, along with the exhibits annexed hereto, in support of Syngenta's Motion for Partial Summary Judgment and Motion to Exclude Certain Expert Opinions.

3.     In particular, I offer this declaration to place before the Court documents that are referred to in Syngenta's Briefs in Support of its Motion for Partial Summary Judgment and Motion to Exclude Certain Expert Opinions.

1

4.      Annexed hereto as Exhibit 1 is a true and correct copy of the October 31, 2016 Declaration of Joseph Fortunak in Support of Syngenta's Motion for Partial Summary Judgment of Infringement.

5.      Annexed hereto as Exhibit 2 is a true and correct copy of the October 31, 2016 Declaration of Joseph Fortunak in Support of Syngenta's Motion for Partial Summary Judgment of No Invalidity.

6.      Annexed hereto as Exhibit 3 is a true and correct copy of the August 19, 2016 Expert Report of Mark Lipton.

7.      Annexed hereto as Exhibit 4 is a true and correct copy of the September 12, 2016 Rebuttal Expert Report of Mark Lipton.

8.      Annexed hereto as Exhibit 5 is a copy of Syngenta's First Set of Requests for Production, served on Willowood on December 17, 2015.

9.      Annexed hereto as Exhibit 6 is a copy of Syngenta's First Set of Interrogatories, served on Willowood on December 17, 2015.

10.     Annexed hereto as Exhibit 7 is a true and correct copy of Willowood's June 27, 2016 Noninfringement and Invalidity Contentions.

11.     Annexed hereto as Exhibit 8 is a true and correct copy of Willowood's July 14, 2016 Responses to Syngenta's Fourth Set of Interrogatories.

12.     Annexed hereto as Exhibit 9 is a true and correct copy of Willowood's July 29, 2016 Responses to Syngenta's Requests for Admission.

13.     Annexed hereto as Exhibit 10 is a true and correct copy of excerpts from the August 4, 2016 deposition transcript of Brian Heinze.

14.     Annexed hereto as Exhibit 11 is a true and correct copy of excerpts from the August 23, 2016 deposition transcript of Vijay Mundhra.

15.     Annexed hereto as Exhibit 12 is a true and correct copy of excerpts from the August 23, 2016 deposition transcript of Shen Shaojun.

16.     Annexed hereto as Exhibit 13 is a true and correct copy of excerpts from the August 31, 2016 deposition transcript of Wu Xiaolong.

17.     Annexed hereto as Exhibit 14 is a true and correct copy of excerpts from the October 10, 2016 deposition transcript of Joseph Fortunak.

18.     Annexed hereto as Exhibit 15 is a true and correct copy of excerpts from the October 14, 2016 deposition transcript of Mark Lipton.

19.     Annexed hereto as Exhibit 16 is a true and correct copy of the document bates stamped WW000013 - 16, as produced by Willowood in this litigation.

20.     Annexed hereto as Exhibit 17 is a true and correct copy of the document bates stamped WW000017 - 26, as produced by Willowood in this litigation.

21.     Annexed hereto as Exhibit 18 is a true and correct copy of the document bates stamped WW019062 - 193, as produced by Willowood in this litigation.

22.     Annexed hereto as Exhibit 19 is a true and correct copy of the document bates stamped WW022213 - 21, as produced by Willowood in this litigation.

23.     Annexed hereto as Exhibit 20 is a true and correct copy of the document bates stamped WW026184 - 273, as produced by Willowood in this litigation.

24.     Annexed hereto as Exhibit 21 is a true and correct copy of the document bates stamped WW026251 - 54, as produced by Willowood in this litigation.

25.     Annexed hereto as Exhibit 22 is a true and correct copy of the document bates stamped WW026288 - 397, as produced by Willowood in this litigation.

26.     Annexed hereto as Exhibit 23 is a true and correct copy of the document bates stamped WW026320 - 26, as produced by Willowood in this litigation.

27.     Annexed hereto as Exhibit 24 is a true and correct copy of the document bates stamped WW026332 - 43, as produced by Willowood in this litigation.

28.     Annexed hereto as Exhibit 25 is a true and correct copy of the document bates stamped WW026370, as produced by Willowood in this litigation.

29.     Annexed hereto as Exhibit 26 is a true and correct copy of the document bates stamped WW026703 - 09, as produced by Willowood in this litigation.

30.     Annexed hereto as Exhibit 27 is a true and correct copy of the document bates stamped WG00000032 - 34, as produced by Willowood in this litigation.

31.     Annexed hereto as Exhibit 28 is a true and correct copy of the March 1, 2016 letter from Kourtney Baltzer to Peter Davis.

32.     Annexed hereto as Exhibit 29 is a true and correct copy of the March 7, 2016 letter from Peter Davis to Kourtney Baltzer.

33.     Annexed hereto as Exhibit 30 is a true and correct copy of the August 9, 2016 letter from Kourtney Baltzer to Barry Neuman.

34.     Annexed hereto as Exhibit 31 is a true and correct copy of "Syntheses of Substituted 2-Phenyl $\alpha\beta$-Unsaturated Aliphatic Acids" by Michael Barbier, also referred to as the Barbier reference.

35.     Annexed hereto as Exhibit 32 is a true and correct copy of European Patent Specification 393,861, also referred to as the Clough reference.

36.     Annexed hereto as Exhibit 33 is a true and correct copy of the European Patent Specification 178,826, also referred to as the Bushell reference.

37.     Annexed hereto as Exhibit 34 is U.S. Patent Application Publication 2003/0092723, also referred to as the Weintritt reference.

38.     Annexed hereto as Exhibit 37 is a true and correct copy of the August 19, 2016 expert report of Steven Schatzow.

39.     Annexed hereto as Exhibit 38 is a true and correct copy of excerpts from the September 12, 2016 rebuttal expert report of John Jarosz.

40.     Annexed hereto as Exhibit 39 is a true and correct copy of the October 6, 2016 supplemental expert report of John Jarosz.

41.     Annexed hereto as Exhibit 40 is a true and correct copy of excerpts from the October 7, 2016 deposition transcript of John Jarosz.

42.     Annexed hereto as Exhibit 41 is a true and correct copy of the October 7, 2016 deposition video of John Jarosz.


Dated: October 31, 2016


                                        _/s/ Hari Santhanam_____
                                            Hari Santhanam

## CERTIFICATE OF SERVICE

The undersigned also certifies that on October 31, 2016, the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

/s/ *Richard A. Coughlin*
Richard A. Coughlin
North Carolina State Bar No. 19894
SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Greensboro, North Carolina 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
rick.coughlin@smithmoorelaw.com