# EXHIBIT 11

ATTORNEYS EYES ONLY

Page 1

         UNITED STATES DISTRICT COURT
     FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

    _____
    SYNGENTA CROP                    ) Civil Action No.
    PROTECTION, LLC                  )
       Plaintiff                     ) 1:15-cv-274
    vs.                              )
    WILLOWOOD, LLC,                  )
    WILLOWOOD USA, LLC,              )
    WILLOWOOD AZOXYSTROBIN, LLC      )
    and WILLOWOOD LIMITED            )
       Defendants                    )
    _____

             - ATTORNEYS' EYES ONLY -
       Videotaped Deposition of Vijay Mundhra
                  Washington, D.C.
                  August 23, 2016
                    10:38 a.m.




    Reported by:  Bonnie L. Russo
    Job No. 2351718

1     A.    I'm not sure about it.

2     Q.    Now, was Rajesh involved in any of
3 the regulatory activities on behalf of
4 Willowood involving azoxystrobin?

5     A.    He's not directly involved in
6 regulatory activities. His role is only to
7 provide the information related to
8 manufacturing process that he receives through
9 Sophia or Mr. Shen from China.

10     Q.    If I understand that correctly,
11 Rajesh receives information regarding
12 manufacturing processes from individuals such
13 as Sophia or Mr. Shen and passes it along to
14 Willowood's regulatory consultants.

15     A.    Yes.

16     Q.    Can you tell me a little bit about
17 Rajesh's other responsibilities?

18     A.    He does the regulatory work at
19 Willowood Limited to help register products
20 with the different -- the authorities in
21 different countries.

22     Q.    And he would have been a point of

1  contact for Willowood in connection with
2  azoxystrobin registrations; is that right?
3       A.   Point of contact with whom?
4       Q.   Rajesh would have been a point of
5  contact between Willowood and its regulatory
6  consultants regarding azoxystrobin
7  registrations with the EPA, correct?
8       A.   The EPA consultants contact him to
9  ask for the information they need.
10      Q.   That would include an entity called
11 Pyxis Regulatory Consulting, correct?
12      A.   Yes.
13      Q.   So Rajesh had communication was
14 Pyxis -- individuals at Pyxis regarding process
15 information provided to Pyxis; is that right?
16      A.   He simply passed on the process
17 information that was received from China to
18 Pyxis.
19      Q.   Now, we talked about Sophia.
20           What is her role at Willowood?
21      A.   She usually collects this kind of
22 information from factories related to some

1  documents that may be required about
2  manufacturing process or...
3       Q.   So Sophia, is she also involved in
4  regulatory work on behalf of Willowood?
5       A.   Not technically exactly, but she
6  helps coordinate things, collects some
7  documents from local government or
8  manufacturers.
9       Q.   Sophia collects information
10 regarding manufacturing processes from the
11 factories that carry out those processes; is
12 that right?
13      A.   Yes.
14      Q.   Okay.  She would have been -- strike
15 that.
16           Sophia would have been the
17 individual who would have collected information
18 regarding how Willowood's azoxystrobin
19 technical is manufactured, correct?
20      A.   I believe so.  Because Mr. Shen is
21 the one who communicates with the factory and
22 then would ask Sophia to follow up.

ATTORNEYS EYES ONLY

1  Q. So Sophia would interface at times
2  with the factories and the workers at those
3  factories regarding the processes used to
4  manufacture azoxystrobin technical, correct?
5  A. She will follow up with the
6  representative of the factory to get the
7  process.
8  Q. That information about the
9  manufacturing process will be provided to
10 Rajesh; is that right?
11 A. Then she would receive it and
12 provide it to Mr. Shen. And then either Mr.
13 Shen or Sophia would pass it on too.
14 Q. Is it fair to say that Sophia would
15 pass along the process information to Rajesh
16 via e-mail?
17 A. Probably, yes.
18 Q. Is it possible that she would pass
19 along process-related information to Rajesh via
20 chat applications like QQ?
21 A. I'm not sure at the moment.
22 Q. Now, we talked about chat