# EXHIBIT 12

1              UNITED STATES DISTRICT COURT

2         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

3

4     _____

5     SYNGENTA CROP                )Civil Action No.

      PROTECTION, LLC              )

6         Plaintiff               )1:15-cv-274

      vs.                          )

7     WILLOWOOD, LLC,              )

      WILLOWOOD USA, LLC,          )

8     WILLOWOOD AZOXYSTROBIN, LLC  )

      and WILLOWOOD LIMITED        )

9         Defendants             )

      _____

10

11

12            - ATTORNEYS' EYES ONLY -

13      Videotaped Deposition of Shen Shaojun

14                 Washington, D.C.

15                August 23, 2016

16                  7:00 a.m.

17

18

19

20     Reported by:  Bonnie L. Russo

21     Job No. 2351718

22

1      Q.    Let's start with inside Willowood

2    Limited first.

3      A.    (In English)  No.

4            THE INTERPRETER:  "No."

5            BY MS. BALTZER:

6      Q.    Is it regular practice to

7    communicate with people outside of Willowood

8    Limited through the QQ system?

9      A.    It is a -- a common practice for

10   communications with manufacturers from mainland

11   China.

12           MS. BALTZER:  Sorry.  Could you say

13   that last part again?

14           THE INTERPRETER:  With manufacturers

15   from mainland China.

16           BY MS. BALTZER:

17     Q.    And you've communicated with

18   manufacturers other than Tai He in mainland

19   China via the QQ system?

20     A.    (In English)  Yes.

21           THE INTERPRETER:  "Yes."

22           BY MS. BALTZER:

1          Q.     You could print QQ messages,

2     correct?

3          A.     (In English)  Yes.

4                 THE INTERPRETER:  "Yes."

5                 BY MS. BALTZER:

6          Q.     You could cut and paste them into

7     e-mails, correct?

8          A.     (In English)  Yes.

9                 THE INTERPRETER:  "Yes."

10                 BY MS. BALTZER:

11          Q.     You could cut and paste it into

12     other documents, correct?

13          A.     (In English)  Yes.

14                 THE INTERPRETER:  "Yes."

15                 BY MS. BALTZER:

16          Q.     You could e-mail QQ messages to

17     yourself, right?

18          A.     Well, I'm not sure what that means.

19          Q.     You could cut and paste a QQ message

20     into an e-mail and then e-mail it to yourself,

21     correct?

22          A.     (In English)  Yes.

Case 1:15-cv-00274-CCE-JEP    Document 96-12    Filed 10/31/16    Page 4 of 24

1             THE INTERPRETER:  "Yes."

2             BY MS. BALTZER:

3        Q.    And no one told you to preserve QQ

4     messages for this litigation?

5        A.    Could you repeat that?

6        Q.    No one told you to preserve QQ

7     messages for this litigation?

8        A.    Preserve the related QQ messages?

9        Q.    Preserve any QQ messages.

10       A.    (In English)  No.

11            THE INTERPRETER:  "No."

12            BY MS. BALTZER:

13       Q.    Do you communicate with anyone in

14    the U.S. via the QQ system?

15       A.    (In English)  No.

16            THE INTERPRETER:  "No."

17            BY MS. BALTZER:

18       Q.    At some point were you instructed to

19    preserve documents in connection with this

20    litigation?

21       A.    (In English)  No.

22            THE INTERPRETER:  "No."

1          BY MS. BALTZER:

2      Q.    Have you personally saved any QQ

3    chat messages in relation to this litigation?

4      A.    (In English)  No.

5          THE INTERPRETER:  "No."

6          BY MS. BALTZER:

7      Q.    Do you know if other Willowood

8    Limited employees have saved any QQ messages in

9    relation to this litigation?

10          THE INTERPRETER:  May the

11    interpreter clarify something?

12          THE WITNESS:  So I'm not sure when

13    you ask about the QQ communications related to

14    this litigation because in Hang Zhou we have a

15    person called Sophia.  She is with the

16    registration department, and she has some

17    communications with people from Tai He.  And

18    she has some communications with their

19    engineers via QQ.

20          BY MS. BALTZER:

21      Q.    So Sophia communicates with Tai He

22    via QQ?

Case 1:15-cv-00274-CCE-JEP    Document 96-12    Filed 10/31/16    Page 6 of 24

1        A.    (In English)  Yes.

2              THE INTERPRETER:  "Yes."

3              BY MS. BALTZER:

4        Q.    Do you know who those engineers are

5     at Tai He that she communicates with?

6        A.    (In English)  Mr. Chen.

7              THE INTERPRETER:  "Mr. Chen."

8              BY MS. BALTZER:

9        Q.    And what is the first name of Mr.

10    Chen?

11       A.    (In English)  C-H-E-N, first name.

12             THE INTERPRETER:  "C-H-E-N."

13             THE WITNESS:  (In English)  Yes.

14             THE INTERPRETER:  "First name."

15             THE WITNESS:  (In English)  I only

16    know the first name.  I have no --

17             THE INTERPRETER:  "I only know their

18    first name."

19             BY MS. BALTZER:

20       Q.    Any other engineers at Tai He?

21       A.    (In English)  No.

22             THE INTERPRETER:  "No."

Case 1:15-cv-00274-CCE-JEP    Document 96-12    Filed 10/31/16    Page 7 of 24

1      BY MS. BALTZER:

2      Q.    Do you know if Sophia was ever

3   instructed to preserve her QQ messages with the

4   engineers at Tai He?

5      A.    (In English)  I don't know.

6             THE INTERPRETER:  "I don't know."

7             BY MS. BALTZER:

8      Q.    And you said earlier you were never

9   instructed to preserve documents in connection

10  with this litigation, correct?

11     A.    (In English)  Yes.

12            THE INTERPRETER:  "Yes."

13            The interpreter requests a break.

14  10 minutes okay?

15            MS. BALTZER:  That sounds good.

16            THE VIDEOGRAPHER:  We are going off

17  the record at 7:45 a.m.

18            (A short recess was taken.)

19            THE VIDEOGRAPHER:  We're going back

20  on record.

21            This is the beginning of Media Unit

22  No. 2 in the deposition of Shao -- or sorry --

Case 1:15-cv-00274-CCE-JEP    Document 96-12    Filed 10/31/16    Page 8 of 24

```
 1              THE WITNESS:  (In English)  Actually
 2      family name.
 3              THE INTERPRETER:  "Family name."
 4              THE WITNESS:  (In English)  Yeah.
 5              Wang Shujuan, S -- S-H-U-N.
 6              THE INTERPRETER:  "S-H-U" --
 7              THE WITNESS:  (In English)  Yeah.
 8              THE INTERPRETER:  -- "N."
 9              THE WITNESS:  (In English)  No.
10      S-H-U, Shu, J-U-A-N.
11              THE INTERPRETER:  "S-H-U-J-U-A-N."
12              THE WITNESS:  (In English)  Yes.
13              BY MS. BALTZER:
14         Q.    And what is Sophia's job title at
15      Willowood Limited?
16         A.    The manager at the registration.
17         Q.    Manager of registration?  Was that
18      it?
19         A.    (In English)  Yes.
20              THE INTERPRETER:  "Yes."
21              BY MS. BALTZER:
22         Q.    And when you refer to registrations,
```

1    what do you mean?

2         A.    So for our agricultural chemicals,

3    we need to register them in the U.S. with the

4    EPA to gain their approval before we can sell

5    those products.  That is what we call

6    registration.

7         Q.    And what are Sophia's

8    responsibilities as the manager of

9    registration?

10        A.    So her main duty is to communicate

11   with the factories, to ask some materials or

12   some samples from the factories for

13   registration.

14        Q.    Is her only duty to communicate with

15   factories to request samples?

16        A.    Also the materials requested for

17   registration, such as the manufacturing

18   process, the information on impurities, that

19   kind of thing that are needed for registration.

20        Q.    And is Sophia's primary method of

21   communication with Tai He via the QQ system?

22        A.    As far as I know, it should be

1    partly by QQ and partly by telephone.

2         Q.    So Sophia has had communications

3    with Tai He via the QQ system regarding Tai

4    He's process for manufacturing azoxystrobin?

5         A.    (In English)  Yes.

6              THE INTERPRETER:  "Yes."

7              THE WITNESS:  (In English)  Part.

8              THE INTERPRETER:  "Part" of it.

9              THE WITNESS:  (In English)  Yes.

10              BY MS. BALTZER:

11         Q.    Part of --

12         A.    Just as what I just mentioned.  Part

13    of their communications were done via by QQ,

14    and part were done by telephone.

15         Q.    And she has had some communications

16    with Tai He via the QQ system regarding Tai

17    He's process for manufacturing azoxystrobin,

18    correct?

19         A.    (In English)  Yes.

20              THE INTERPRETER:  "Yes."

21              BY MS. BALTZER:

22         Q.    Have you ever seen any of Sophia's

Case 1:15-cv-00274-CCE-JEP     Document 96-12     Filed 10/31/16     Page 11 of 24

1      including Keseng, Henglong, Tianrong, Lianhua,

2      et cetera," correct?

3              A.    (In English)  Yes.

4                    THE INTERPRETER:  "Yes."

5                    BY MS. BALTZER:

6              Q.    And if you turn to the e-mail

7      beginning on the bottom of page WW026345, there

8      is an e-mail from Vijay Mundra to you dated May

9      20, 2014.

10                   Do you see that?

11             A.    (In English)  Yes.

12                   THE INTERPRETER:  "Yes."

13                   BY MS. BALTZER:

14             Q.    And turning to the next page on

15     WW026346 --

16             A.    (In English)  Yes.

17             Q.    -- Vijay says to you:  "Please visit

18     them and get clear answers on the process,"

19     correct?

20             A.    (In English)  Yes.

21                   THE INTERPRETER:  "Yes."

22                   BY MS. BALTZER:

Case 1:15-cv-00274-CCE-JEP    Document 96-12    Filed 10/31/16    Page 12 of 24

1      Q.   And by "them" he's referring to Tai

2   He, correct?

3      A.   (In English)  Yes.

4           THE INTERPRETER:  "Yes."

5           BY MS. BALTZER:

6      Q.   So in May 2014, Vijay was

7   instructing you to visit Tai He to figure out

8   what process they were using to manufacturer

9   azoxystrobin, correct?

10      A.   (In English)  Yes.

11          THE INTERPRETER:  "Yes."

12          BY MS. BALTZER:

13      Q.   So prior to this date, you weren't

14   sure what process they were using, correct?

15          MR. TILLER:  Objection.

16          THE WITNESS:  This question, I have

17   no way to answer it.

18          THE INTERPRETER:  May the

19   interpreter request -- make a request?  So for

20   all the other exhibits that are going to be

21   dispensed, can I get a copy, a separate copy?

22   It is easier for the interpreter to read.

1    counsel's question were not exactly the same as

2    what the interpreter interpreted.

3         Q.    Okay.  I'll -- I'll restate the

4    question.

5              In this e-mail, Vijay was asking you

6    to go to Tai He to figure out the process they

7    were using and then to tell him, correct?

8              THE INTERPRETER:  May the

9    interpreter clarify something?  By "him" you

10   mean Vijay --

11             MS. BALTZER:  Vijay.

12             THE INTERPRETER:  -- right?

13             THE WITNESS:  (In English)  Yes.

14             THE INTERPRETER:  "Yes."

15             BY MS. BALTZER:

16        Q.    And in your e-mail that you sent to

17   Vijay on Page WW026344, you inform him that Tai

18   He divided the different steps according to the

19   manufacturing process that Willowood submitted

20   to the EPA, correct?

21        A.    (In English)  Yes.

22             THE INTERPRETER:  "Yes."

1         BY MS. BALTZER:

2         Q.    And that was the manufacturing

3    process that Willowood had already submitted to

4    the EPA, correct?

5         A.    (In English)  Yes.

6              THE INTERPRETER:  "Yes."

7              MS. BALTZER:  I'm going to hand you

8    a document that's going to be stamped as

9    Plaintiff's Exhibit 75.

10             (Deposition Exhibit 75 was marked

11    for identification.)

12             MS. BALTZER:  This is a document

13    that's consecutively Bates stamped WW026353

14    through -- through WW026359.

15             BY MS. BALTZER:

16        Q.    And I'd like you to turn to WW2 --

17    WW026355, which is the third page of the

18    document.

19        A.    (In English)  Yes.

20        Q.    This is an e-mail you sent, correct?

21        A.    (In English)  Yes.

22             THE INTERPRETER:  "Yes."

1           BY MS. BALTZER:

2       Q.    And it was sent on Wednesday July

3    24th, 2013, correct?

4       A.    (In English)  Yes.

5           THE INTERPRETER:  "Yes."

6           BY MS. BALTZER:

7       Q.    And it's addressed Ann, correct?

8       A.    (In English)  Yes.

9           THE INTERPRETER:  "Yes."

10           BY MS. BALTZER:

11       Q.    And Ann is the Ann Tillman who is

12    addressed or who appears on this CC line of the

13    e-mail, correct?

14       A.    (In English)  Yes.

15           THE INTERPRETER:  "Yes."

16           BY MS. BALTZER:

17       Q.    And Ann is affiliated with Pyxis RC,

18    correct?

19       A.    (In English)  Yes.

20           THE INTERPRETER:  "Yes."

21           BY MS. BALTZER:

22       Q.    And in this e-mail, you tell Ann

Case 1:15-cv-00274-CCE-JEP    Document 96-12    Filed 10/31/16    Page 16 of 24

1      that Willowood confirmed with the factory that

2      they separate the steps as following, correct?

3          A.    Yes.

4          Q.    And by factory you're referring to

5      Tai He, correct?

6          A.    (In English)  Yes.

7                THE INTERPRETER:  "Yes."

8                BY MS. BALTZER:

9          Q.    And in this e-mail you list three

10     steps, hydrolysis, chlorination, and

11     dehydration, as being performed by factories

12     other than Tai He, correct?

13         A.    (In English)  Yes.

14                THE INTERPRETER:  "Yes."

15                BY MS. BALTZER:

16         Q.    So other than these three steps that

17     are done by other factories, all other steps of

18     the azoxystrobin manufacturing process are done

19     by Tai He, correct?

20         A.    (In English)  No.

21                THE INTERPRETER:  "No."

22                BY MS. BALTZER:

1    Q.    The only three steps in this e-mail

2    that you list as being done by factories other

3    than Tai He are hydrolysis, chlorination, and

4    dehydration, correct?

5    A.    (In English)  Yes.

6          THE INTERPRETER:  "Yes."

7          BY MS. BALTZER:

8    Q.    You don't instruct Ann Tillman in

9    this e-mail that any other steps of the

10   azoxystrobin manufacturing process are

11   performed by factories other than Tai He,

12   correct?

13   A.    Yes.  Not in this e-mail.

14   Q.    So in this e-mail, the only steps

15   that you informed Ann Tillman of Pyxis as being

16   informed [sic] by factories other than Tai He

17   are the hydrolysis step, chlorination step and

18   dehydration step, correct?

19         MR. TILLER:  Objection.

20         THE INTERPRETER:  May the

21   interpreter clarify something?  Did counsel say

22   "informed"?

Case 1:15-cv-00274-CCE-JEP    Document 96-12    Filed 10/31/16    Page 18 of 24

1           MR. TILLER:  Exactly.  That's what
2    my objection was about.  You said the wrong
3    word.
4           MS. BALTZER:  Steve, I'd appreciate
5    you not making --
6           MR. TILLER:  Just trying to clarify
7    -- you -- I had the same question she has.  You
8    said --
9           MS. BALTZER:  Steven --
10           MR. TILLER:  -- the wrong word.
11           MS. BALTZER:  -- you're not the
12    interpreter in the --
13           MR. TILLER:  I understand that.
14           MS. BALTZER:  -- deposition.  And
15    under the Middle District of North Carolina --
16           MR. TILLER:  That's fine.
17           MS. BALTZER:  -- local rules, I just
18    want to clarify for the record what's
19    happening.  And you shouldn't be making
20    speaking objections.
21           MR. TILLER:  Okay.
22           MS. BALTZER:  The interpreter is

1    allowed to ask questions to clarify.  That's

2    not your role in this deposition.

3              THE INTERPRETER:  May the

4    interpreter request counsel to repeat the

5    question.

6              MS. BALTZER:  Yes.

7              BY MS. BALTZER:

8        Q.    In this e-mail, the only steps that

9    you informed Ann Tillman at Pyxis as being

10   performed by factories other than Tai He were

11   the hydrolysis step, the chlorination step and

12   the dehydration step, correct?

13       A.    I think counsel's question may have

14   a little bit difference than the interpreter's

15   question.

16             May the counsel repeat the question?

17       Q.    Sure.

18             In this e-mail that you sent as

19   being addressed to Ann Tillman at Pyxis, you

20   informed her that the only steps being

21   performed by factories other than Tai He in

22   this e-mail were the hydrolysis step, the

1      chlorination step and the dehydration step,

2      correct?

3          A.    (In English)  No.

4                THE INTERPRETER:  "No."

5                THE WITNESS:  (In English)  I only

6      want to --

7                (Through interpreter)  I only wanted

8      to tell her that Tai He was doing the last

9      step.

10               (Mr. Vijay Mundra enters the room.)

11               MS. BALTZER:  Counsel, we do not

12     want another witness present during Mr. Shen's

13     deposition.

14               MR. TILLER:  He's the representative

15     of Willowood Limited sitting in on this

16     deposition.  He has an absolute right to sit in

17     on this deposition as a representative of one

18     of the parties.

19               MS. BALTZER:  He's going to be

20     having his deposition in a couple of hours.

21     And --

22               MR. TILLER:  That's okay.

1            MS. BALTZER:  -- we -- we do not

2     want him present.

3            MR. TILLER:  But he has a right to

4     be present.

5            MS. BALTZER:  We can call the Court

6     on this --

7            MR. TILLER:  Okay.

8            MS. BALTZER:  -- if we have to.  If

9     he's -- if he's a witness, he doesn't have a

10    right to be in here right now.

11            MR. TILLER:  He has a right to be in

12    here.  He's the rep -- he's the corporate

13    representative.

14            MS. BALTZER:  If he's a witness

15    that's having his deposition taken in a couple

16    of hour, he does not.  And we can call the

17    Court --

18            MR. TILLER:  Where's the rules on

19    that?

20            MS. BALTZER:  -- if that's what

21    we're going to do.

22            MR. TILLER:  Where is the rule on

1    that?

2              MS. BALTZER:  We can call the Court

3    and ask.

4              MR. TILLER:  Where is the rule on

5    that?  Tell me what the rule is.

6              MS. BALTZER:  We can call the Court.

7              MR. TILLER:  But I'd like a basis --

8    if -- if there is a rule -- if there's a

9    specific rule, I will -- I'd be happy to read

10   it and consider it.

11             But as you know, corporate

12   representatives get to sit in or allow -- each

13   party has a right to have one representative

14   sit in on a deposition.  I'm not aware of any

15   rule that says, if that person is -- is a

16   witness, that they don't have a right to.  If

17   there is, I'm happy to look at it.

18             MS. BALTZER:  Let's take a break.

19             THE VIDEOGRAPHER:  We are going off

20   the record at 9:03 a.m.

21             (A short recess was taken.)

22             (Mr. Vijay Mundra not present.)

1          THE VIDEOGRAPHER:  We are going back

2     on record at 9:30 a.m.

3          This is the beginning of Media Unit

4     No. 3 in the deposition of Shen Shaojun.

5          BY MS. BALTZER:

6     Q.    Mr. Shen, we were looking earlier at

7     the document Bates stamped consecutively

8     WW026353 through WW026359.

9     A.    (In English)  Yes.

10          THE INTERPRETER:  "Yes."

11          BY MS. BALTZER:

12    Q.    And that was Plaintiff's Exhibit No.

13    75, correct?

14    A.    (In English)  Yes.

15          THE INTERPRETER:  "Yes."

16          BY MS. BALTZER:

17    Q.    I'm going to put before you a

18    document that court reporter is -- oh, which

19    has already been marked by plaintiffs as

20    Exhibit No. 63.

21          (Mr. Vijay Mundra enters the room.)

22          MR. SANTHANAM:  I note for the