# EXHIBIT 13

# In The Matter Of:

*Syngenta Crop Protection, LLC vs.*
*Willowood, LLC, et al.*

---

*Wu Xiaolong*

*Vol. 1*

*August 31, 2016*

*CONFIDENTIAL -- ATTORNEYS' EYES ONLY*

---

*Gore Brothers Reporting & Videoconferencing*

*20 South Charles Street, Suite 901*

*Baltimore, MD 21201*

*410-837-3027*

*www.gorebrothers.com*



Since 1961 - Serving MD, DC & VA - Worldwide

**Min-U-Script® with Word Index**

1

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

3

4   SYNGENTA CROP PROTECTION, LLC

5               Plaintiff

6   vs.                              CIVIL ACTION NO:

7   WILLOWOOD, LLC, et al.           1:15-CV-274

8               Defendants

9   _____/

10

11

12          The Videotaped deposition of WU XIAOLONG,

13   as translated by Sze Wang So, Interpreter, was held on

14   Wednesday, August 31, 2016, commencing at 9:34 a.m.,

15   at the offices of Goodwin Procter, Suite 2801, One

16   Exchange Square, 8 Connaught Place, Central, Hong Kong,

17   before Jenny Buck, Accredited Real-time Reporter.

18

19

20

21

22

23

24

25   REPORTED BY: Jenny Buck

1   azoxystrobin for Willowood Limited?

2           MR. SANTHANAM: Objection. Leading.

3     A.   Yes.

4  BY MR. NEUMAN:

5     Q.   And what role is that? What has -- what

6  has Guoshang done in connection with the manufacture of

7  azoxystrobin for Willowood?

8     A.   We bought intermediates from them.

9     Q.   What intermediate have you bought from

10  Guoshang for the manufacture of azoxystrobin?

11     A.   It was the etherification that was

12  mentioned in this material.

13     Q.   And how did you decide to use Guoshang as

14  a supplier of that intermediate product for the

15  manufacture of azoxystrobin?

16     A.   It was mainly because of quality, cost --

17  no, price.

18           (Reporter clarification.)

19     Q.   Do you know whether Guoshang sells that

20  intermediate product to others in the market?

21     A.   Yes.

22     Q.   And are there other suppliers of that

23  intermediate product?

24     A.   Yes.

25     Q.   When the purchase of that intermediate



**Gore Brothers Reporting & Videoconferencing**
**410 837 3027 - Worldwide - www.gorebrothers.com**

1  litigation between Syngenta and Willowood?

2      A.    It should be last year, the second half of

3  last year, after October last year.

4      Q.    How did you find out about the litigation

5  between Syngenta and Willowood?

6      A.    It was Mr. Shen who told me about it.

7      Q.    Is it fair to say that Mr. Shen informed

8  you of the litigation sometime in October of 2015?

9      A.    Yes, he -- yes, it is.

10     Q.    Now, I understand from Willowood's counsel

11 here at the table today that your father has been ill;

12 is that right?

13     A.    Yes.

14     Q.    I'm sorry to hear about that and I will try

15 to keep this very brief.  Can you explain what

16 situation your father has been undergoing?

17     A.    He's stabilized.

18     Q.    Can you explain what situation he had been

19 undergoing before he -- before he stabilized?

20     A.    (Chinese spoken).

21           THE INTERPRETER:  Let me check.

22     A.    He's got disease on his gallbladder.

23 BY MR. SANTHANAM:

24     Q.    And I understand that he might have had

25 surgery; is that right?

1       A.     Yes.

2       Q.     When was that surgery?

3       A.     It was last month.  So today is 31st, am

4    I right?  So it was the end of last month, so one

5    month.

6       Q.     So your father had surgery at the end of

7    July of 2016?

8       A.     Yes.

9       Q.     Is it fair to say that this has been

10   a difficult time for you?

11      A.     Well, it is -- it should be better because

12   he is already stabilized.

13      Q.     And you are here testifying today, you

14   know, in light of all the -- what's happened to your

15   father; is that right?

16              MR. NEUMAN:  Objection.  Form.

17              THE INTERPRETER:  "In ..."?

18   BY MR. SANTHANAM:

19      Q.     You are here testifying today despite all

20   that's happened to your father?

21      A.     Yes.

22      Q.     In fact, the situation with your father was

23   so difficult that you did not want to come to

24   Hong Kong; correct?

25              MR. NEUMAN:  Objection.  Form.  Foundation.

1     A.    Well, at that time, I was asked to come on

2  7 or 8 August, but at that time I could not leave, and

3  how he is stabilized and I am already back to my usual

4  work, so I can leave now.

5  BY MR. SANTHANAM:

6     Q.    Mr. Wu, when were you first asked by

7  Willowood to testify at a deposition?

8     A.    It was in the second half of July and they

9  asked me to come to Hong Kong in early August,

10  according to their original plan.

11     Q.    Have you been deposed before?

12     A.    No.

13     Q.    Before today, have you met with any of

14  Willowood's lawyers?

15     A.    Before today?  Yesterday I met them.

16     Q.    So you met with Mr. Neuman and Mr. Davis,

17  who are Willowood's lawyers, yesterday; is that right?

18     A.    Yes.

19     Q.    How long did you meet with Mr. Neuman and

20  Mr. Davis yesterday?

21     A.    A little bit more than half a day.

22     Q.    And did Mr. Neuman and Mr. Davis reach out

23  to you to set up this meeting before yesterday?

24     A.    Not by them.  Mr. Shen told me.

25     Q.    You -- or Mr. Shen reached out to you, to

1          (Discussion off the record.)

2     BY MR. SANTHANAM:

3          Q.   Mr. Wu, if you could read either the

4     English version or the Chinese version.  I'd like to

5     ask you some questions about this letter.

6          A.   Do I read the whole letter?

7          Q.   Just to yourself.

8          A.   "Dear Mr. Wu:

9               I represent" -- I don't know how to read

10    it -- "in the above-referenced litigation against" --

11    I think this is Willowood, I guess -- "the Willowood.

12    In connection with this litigation, I understand you

13    have spoken with Willowood and its counsel and have

14    agreed to sit for an oral deposition in Hong Kong on

15    August 31, 2016.  To the extent that you plan to speak

16    or meet with" -- I think this is Willowood -- "or its

17    counsel in preparation for [this] deposition ...

18    requests that you identify the time and place of the

19    meeting or the details of any telephone conference so

20    that ... counsel may participate."

21         Q.   Mr. Wu, were you aware that Syngenta's

22    counsel had asked to be present and be able to

23    participate in any meeting you had with Willowood's

24    lawyers?

25         A.   No, I don't know.

1     Q.   Did Willowood's lawyers tell you that we
2  had made a similar request to them to be present in any
3  meeting they had with you?
4     A.   I don't know.
5          MR. NEUMAN:  Objection.  Foundation.
6          MR. SANTHANAM:  Can you repeat the answer?
7          THE INTERPRETER:  "I don't know."
8  BY MR. SANTHANAM:
9     Q.   They didn't tell you; is that right?
10          MR. NEUMAN:  Same objection.
11     A.   No.
12  BY MR. SANTHANAM:
13     Q.   You met with Mr. Neuman and Mr. Davis for
14  about a half a day yesterday, preparing to -- for your
15  testimony today; is that right?
16          MR. NEUMAN:  Objection.  Form.  Foundation.
17     A.   They asked me questions about my business,
18  my cooperation with Willowood and my factory, the
19  cooperation between my factory and Willowood.
20          (Reporter clarification.)
21  BY MR. SANTHANAM:
22     Q.   You also discussed yesterday with
23  Willowood's lawyers Exhibit 1; is that right?
24     A.   Yes.
25     Q.   You went over what Exhibit 1 supposedly

1  discloses?

2          MR. NEUMAN:  Objection.  Form.  Foundation.

3          THE COURT REPORTER:  Just a second.

4          (Discussion off the record.)

5      A.    Yes.

6  BY MR. SANTHANAM:

7      Q.    They, Willowood's lawyers, discussed with

8  you the condensation and etherification steps; is that

9  right?

10      A.    Yes.

11      Q.    Willowood's lawyers went over -- withdrawn.

12          Willowood's lawyers discussed the

13  Syngenta-Willowood litigation with you yesterday; is

14  that right?

15          MR. NEUMAN:  Objection.  Foundation.

16      A.    No.

17  BY MR. SANTHANAM:

18      Q.    Willowood's lawyers went over the locations

19  at which various steps in the manufacturing process

20  were supposedly performed; is that right?

21          MR. NEUMAN:  Objection.  Form.  Foundation.

22      A.    They just want to verify whether this

23  document is true or not.

24  BY MR. SANTHANAM:

25      Q.    They asked you questions about where

1    various steps of the manufacturing process were being

2    carried out; is that right?

3              MR. NEUMAN:  Objection.  Form.  Foundation.

4         A.    Yes.

5    BY MR. SANTHANAM:

6         Q.    And they didn't inform you that Syngenta's

7    counsel wanted to be present for that discussion;

8    correct?

9         A.    No.

10        Q.    Now, before yesterday, had you spoken with

11   Mr. Neuman or Mr. Davis?

12        A.    No.

13        Q.    Before yesterday, have you spoken with

14   Mr. Steven Tiller, also with the firm of Whiteford

15   Taylor Preston?

16        A.    Which Steven?  I don't know.

17        Q.    So you're not aware of an attorney

18   representing Willowood by the name of Steven Tiller?

19        A.    No, I don't know.

20        Q.    Before yesterday, have you spoken with

21   another attorney who had represented Willowood by the

22   name of Christopher Hayden?

23        A.    No.

24        Q.    Where was your meeting yesterday with

25   Mr. Davis and Mr. Neuman?

1      A.    No.

2      Q.    Have you spoken with Mr. Shen this month

3  regarding any of the testimony that you gave today?

4          MR. NEUMAN:  Objection.  Form.

5      A.    He just informed me that I would come to

6  Hong Kong to meet lawyers, and he didn't tell me that

7  the meetings will be like this.

8  BY MR. SANTHANAM:

9      Q.    And Mr. Shen told you that you'd be meeting

10  in Hong Kong, and you agreed to come here; is that

11  right?

12      A.    Yes.

13          MR. SANTHANAM:  I'm going to hand you

14  a document that I'm marking as Exhibit 4.

15          (Exhibit 4 marked for identification.)

16  BY MR. SANTHANAM:

17      Q.    For the record, Exhibit 4 is a letter dated

18  July 28, 2016, to Mr. Wu, from an attorney by the name

19  of Steven Tiller of Whiteford Taylor Preston,

20  representing Willowood.

21          Mr. Wu, this letter that I've handed to you

22  as Exhibit 4, there's two versions of it.  The first

23  two pages are in English and the second two pages are

24  in Chinese.  Would you please read whichever version

25  you're comfortable reading?

1    MR. NEUMAN:  Do you want that out loud?

2   BY MR. SANTHANAM:

3        Q.    To yourself.

4        A.    Done.

5        Q.    Mr. Wu, you understand that the letter from

6   Mr. Tiller to you indicates that Syngenta had requested

7   various categories of documents; correct?

8        A.    Yes.

9        Q.    And July 28, 2016 was the first time anyone

10  at Willowood had informed you that Syngenta had

11  requested these documents; is that right?

12                MR. NEUMAN:  Objection.  Foundation.

13  Mischaracterizes the exhibit.

14       A.    Nobody said it was Syngenta and I don't

15  know.

16  BY MR. SANTHANAM:

17       Q.    Did someone associated with Willowood tell

18  you that Syngenta was asking for documents related to

19  the manufacture of azoxystrobin before July 28, 2016?

20       A.    No.

21       Q.    Did anyone associated with Willowood tell

22  you that Syngenta was requesting documents,

23  communications between Willowood and Tai He, before

24  July 28, 2016?

25       A.    No.

1      Q.    And that same answer -- you would give the

2  same answer for each of the other categories of

3  documents that are listed in Mr. Tiller's July 28, 2016

4  letter; is that right?

5            MR. NEUMAN:  Objection.  Form.  Foundation.

6      A.    Your question is ...?  Can you please

7  paraphrase -- rephrase your question?

8  BY MR. SANTHANAM:

9      Q.    My question is:  With respect to each of

10  the categories of documents that are listed in

11  Mr. Tiller's July 28, 2016 letter, no one associated

12  with Willowood had informed you that Syngenta was

13  asking for these documents before July 28, 2016;

14  correct?

15            MR. NEUMAN:  Objection.  Foundation.

16      A.    Who is Steven Tiller?

17  BY MR. SANTHANAM:

18      Q.    I will represent to you that Steven Tiller

19  is one of the lawyers representing Willowood in this

20  litigation.  He is of the same law firm that Mr. Neuman

21  and Mr. Davis are part of.

22      A.    I've got it.

23      Q.    So my question is, for each of the

24  categories of documents that are listed in Exhibit 4,

25  no one associated with Willowood informed you that

1    Syngenta had requested those categories of documents

2    before July 28, 2016; correct?

3              MR. NEUMAN:  Foundation.  Objection.

4         A.    You are right.

5    BY MR. SANTHANAM:

6         Q.    Before today, did -- withdrawn.

7              Has Willowood ever provided you any letters

8    from its lawyers in connection with this litigation?

9              MR. NEUMAN:  Objection.  Form.

10        A.    No, but we received this letter later.

11   BY MR. SANTHANAM:

12        Q.    You received the letter that is in

13   Exhibit 4 before today?

14        A.    Yes.

15        Q.    Did you or anyone at Tai He attempt to

16   search for and collect the documents that are listed in

17   Exhibit 4?

18        A.    They just told me that there was a letter,

19   and I didn't read the letter very carefully and they

20   didn't told me about it -- they didn't talk about

21   this -- they didn't talk about this letter later.

22        Q.    So no one at Willowood, or associated with

23   Willowood, explained to you the various categories of

24   documents that were being requested?

25        A.    Right.

1      Q.    Mr. Wu, I understand that you are the
2  director or the chairman of the board for Tai He.
3  That's what you testified; right?
4      A.    Yes.
5      Q.    Tai He also calls itself sometimes as
6  "Zenith"; is that right?
7      A.    Zenith?  No.
8      Q.    So you've never heard the name Zenith being
9  used in reference to Tai He?
10     A.    You are right.
11     Q.    Do you know why Willowood might refer to
12  Tai He as "Zenith"?
13     A.    No, I don't know.
14     Q.    Now, you mention that Willowood is not
15  Tai He's only customer; is that right?
16     A.    Can you repeat the question?
17     Q.    Willowood is not Tai He's only customer;
18  correct?
19     A.    Correct.
20     Q.    And do you use email at Tai He to
21  communicate with customers?
22     A.    No.
23     Q.    Do you use letters to communicate with your
24  customers?
25     A.    No.

1              MR. NEUMAN:  Thank you.

2              Objection.  Foundation.  It's in English.

3              MR. SANTHANAM:  And I'm going to caution

4    Mr. Neuman to stop coaching the witness.

5              MR. NEUMAN:  I made my objection in

6    English.  I would caution you to watch your cautions.

7              MR. SANTHANAM:  Can you read back the last

8    Q&A?

9              (Record read.)

10   BY MR. SANTHANAM:

11        Q.   Mr. Wu, is it your understanding that the

12   companies from whom you purchase the etherification

13   intermediate make that intermediate according to the

14   process that's set forth in Exhibit 3?

15             MR. NEUMAN:  Same objection.

16        A.   For this, I'm not sure.

17   BY MR. SANTHANAM:

18        Q.   Mr. Wu, are you aware of any use for the

19   etherification intermediate other than to make

20   azoxystrobin?

21             THE INTERPRETER:  Excuse me, can you

22   please ...

23   BY MR. SANTHANAM:

24        Q.   Mr. Wu, are you aware of any use for the

25   etherification intermediate other than to make

1    azoxystrobin?

2         A.    I'm not sure.

3         Q.    Sitting here today, you're not aware of any

4    other use for the etherification intermediate, other

5    than to make azoxystrobin?

6         A.    We don't know whether this intermediate is

7    used in any other production, for any other products.

8         Q.    When you buy the etherification

9    intermediate from Guoshang, they know that you're

10   buying it to make azoxystrobin; correct?

11              MR. NEUMAN:  Objection.

12        A.    Yes.

13   BY MR. SANTHANAM:

14        Q.    Now, Mr. Wu, are you aware that the

15   etherification process that's set forth, at least the

16   description, in Exhibit 3, was submitted to the

17   United States Environmental Protection Agency?

18        A.    Exhibit 3 again?

19        Q.    Correct.

20              MR. NEUMAN:  Objection.  Foundation.

21        A.    I don't understand -- I don't know the

22   language in Exhibit 3.

23   BY MR. SANTHANAM:

24        Q.    I'm only asking you generally about

25   Exhibit 3.  This document is on Tai He letterhead; do

1    of site management.  Whenever we receive raw material,

2    for example three types of raw material on the site,

3    the person in charge will tell the worker how much to

4    put for this material, how much that material, and then

5    we recorded how much was put into the production.

6           Q.    Mr. Wu, have you heard of something called

7    a batch record before?

8           A.    Yes, I heard about it.

9           Q.    What is a batch record, to your

10   understanding?

11          A.    Well, a batch record only records how much

12   we get at the end of the production, the finished

13   goods, the quantity of finished goods.

14          Q.    The document you were just referencing with

15   the ratios and various information provided, is that

16   a batch record?

17          A.    No.  In our batch record, you can only find

18   information about the finished goods, in its weight,

19   the content, as well as the quality level.

20          Q.    And what is the -- what do you call the

21   document that has the ratios and the various quantities

22   that are used in the manufacturing process?

23          A.    We call it production record.

24          Q.    And does Tai He have production records for

25   azoxystrobin?

```
1        A.    On site, there is such a record.

2              MR. NEUMAN:  Sorry, what was the answer?

3              THE INTERPRETER:  "On site, there are such

4   records."

5   BY MR. SANTHANAM:

6        Q.    Now, in the process -- withdrawn.

7              When you were responding to Mr. Neuman's

8   questions, you had indicated that Mr. Shen and

9   Mr. Mundhra had come to visit Tai He.  Do you recall

10  that?

11       A.    Yes.

12       Q.    There were two visits.  The first time it

13  was Mr. Shen; the second time it was both Mr. Shen and

14  Mr. Mundhra.  Do you recall that?

15       A.    Yes.

16       Q.    Mr. Mundhra and Mr. Shen instructed Tai He

17  to have the manufacturing process split up amongst

18  different factories; correct?

19             THE INTERPRETER:  Can I please --

20  BY MR. SANTHANAM:

21       Q.    Mr. Shen and Mr. Mundhra instructed Tai He

22  to have the manufacturing process split up amongst

23  different -- the different factories; correct?

24       A.    No.

25       Q.    When they came in the first half of 2014,
```

1    they wanted to confirm that the manufacturing process

2    had been split up amongst different factories; correct?

3         A.   I don't think they had any purpose of their

4    visit.  They just went there and had a look.  And even

5    if they had a purpose, they didn't tell us and we don't

6    know, and we just told him how the production was going

7    in the factory.

8         Q.   Mr. Shen -- strike that.

9              You took Mr. Shen to each of the different

10   factory locations; is that right?

11        A.   Not all of them.

12        Q.   You took Mr. Shen to at least three

13   different factory locations; correct?

14        A.   Yes.

15        Q.   Mr. Shen asked you to take him to three

16   different factory locations; isn't that right?

17        A.   Yes.

18        Q.   And Mr. Shen wanted to confirm that the

19   manufacturing process had at least three different

20   factories; correct?

21             MR. NEUMAN:  Objection.

22        A.   Yes.

23   BY MR. SANTHANAM:

24        Q.   You mentioned the name DABCO during

25   Mr. Neuman's questioning; correct?

1  question?

2  BY MR. SANTHANAM:

3      Q.   You understand that Tai He was provided

4  an establishment registration by the United States

5  government for the manufacture of azoxystrobin;

6  correct?

7      A.   Yes.

8      Q.   Are you saying that it's now a completely

9  different entity that manufactures the Azoxystrobin

10 Technical?

11     A.   It is not entirely independent entity for

12 Guangda, because it is entrusted production

13 cooperation.  We provide the conditions that are needed

14 for the production of azoxystrobin, and they provide

15 venue, equipment, as well as assistance for the

16 production.

17          (Reporter clarification.)

18     Q.   Mr. Wu, I will represent to you that in

19 applying for and obtaining Tai He's establishment

20 registration, the EPA in the United States was told the

21 that location of manufacture was Tai He.  Was that

22 wrong?

23     A.   I don't know.

24

1 ███████████████

██        ██      ████

3              MR. SANTHANAM:  Can we take a break?

4              MR. NEUMAN:  Sure.

5              MR. SANTHANAM:  I'm almost done.

6              THE VIDEOGRAPHER:  Going off the record at

7    14:08.

8    (2:08 p.m.)

9              (Break taken.)

10   (2:21 p.m.)

11             THE VIDEOGRAPHER:  Back on the record at

12   14:21.

13   BY MR. SANTHANAM:

14       Q.    Mr. Wu, I'd like you to turn back to

15   Exhibit 1.  In Exhibit 1, the manufacturing process for

16   azoxystrobin includes an etherification step and

17   a condensation step; is that right?

18       A.    Yes.

19       Q.    Did Tai He ever investigate a process for

20   manufacturing azoxystrobin that didn't include

21   an etherification and condensation step?

22             THE INTERPRETER:  "Investigate"?

23             MR. SANTHANAM:  Correct.

24             THE INTERPRETER:  To make sure I understand

25   your question --

1  BY MR. SANTHANAM:

2      Q.    Let me repeat the question.

3            Did Tai He ever investigate a manufacturing

4  process for azoxystrobin that did not include

5  an etherification step and a condensation step?

6      A.    Investigation on what?

7      Q.    Did Tai He consider a manufacturing process

8  that did not include an etherification step followed by

9  a condensation step?

10     A.    No.

11     Q.    Are you aware of anyone who manufactures

12  azoxystrobin who uses a process -- withdrawn.

13           Are you aware of anyone who manufactures

14  azoxystrobin with a process that does not involve

15  an etherification step followed by a condensation step?

16     A.    Can you please explain your question?

17     Q.    Are you aware of anyone who manufactures

18  azoxystrobin using a manufacturing process that's

19  different, does not involve a condensation --

20  etherification step followed by a condensation step?

21     A.    Without condensation, how can you produce

22  azoxystrobin?

23     Q.    You're not aware of anyone who manufactures

24  azoxystrobin without an etherification step followed by

25  a condensation step; correct?

1      A.    I'm not aware.

2           MR. SANTHANAM:  Mr. Wu, those are all of

3    the questions I have for you.  Your counsel --

4    Willowood's counsel may have some additional questions

5    for you, but those are all the questions I have.

6    EXAMINATION BY MR. NEUMAN

7      Q.    I have a very few questions for you.

8           Do you recall Syngenta's counsel asking you

9    earlier whether, to your knowledge, the application

10   that was submitted to the United States Environmental

11   Protection Agency to support the registration of

12   azoxystrobin was accurate?  Do you recall that

13   question?

14     A.    You mean him?

15     Q.    Yes.  Yes, Mr. Santhanam.

16           Do you recall that question?

17     A.    Accurate or not, I can't recall.  He did

18   ask me about these two document, whether these two

19   document were provided by us.

20     Q.    Have you ever reviewed the application

21   package that was submitted to support the United States

22   registration of azoxystrobin that is produced for

23   Willowood?

24           MR. SANTHANAM:  Objection.  Leading.

25           (Reporter clarification.)