# EXHIBIT 16

# REDACTED

Document bates stamped WW000013 - 16, as produced by Willowood in this litigation