# EXHIBIT 17

# REDACTED

Document bates stamped WW000017 - 26, as produced by Willowood in this litigation