# EXHIBIT 18

# REDACTED

Document bates stamped WW019062 - 193, as produced by Willowood in this litigation