# EXHIBIT 19

# REDACTED

Document bates stamped WW022213 - 21, as produced by Willowood in this litigation