# EXHIBIT 20

# REDACTED

Document bates stamped WW026184 - 273, as produced by Willowood in this litigation