# EXHIBIT 21

# REDACTED

Document bates stamped WW026251 - 54, as produced by Willowood in this litigation