# EXHIBIT 22

# REDACTED

Document bates stamped WW026288 - 397, as produced by Willowood in this litigation