# EXHIBIT 23

# REDACTED

Document bates stamped WW026320 - 26, as produced by Willowood in this litigation