# EXHIBIT 24

# REDACTED

Document bates stamped WW026332 - 43, as produced by Willowood in this litigation