# EXHIBIT 25

# REDACTED

Document bates stamped WW026370, as produced by Willowood in this litigation