# EXHIBIT 26

# REDACTED

Document bates stamped WW026703 - 09, as produced by Willowood in this litigation