# EXHIBIT 27

# REDACTED

Document bates stamped WG00000032 - 34, as produced by Willowood in this litigation