# EXHIBIT 31




## 4-hour rush

**Request Date:** 06/16/2016 11:31am

**Requester:** Mary Longchamp - Whiteford Taylor & Preston, LLP

**Estimated Delivery:**

**Phone:** 443-263-8207

06/16/2016 03:45pm

**Reference:** 090324/00002S.Tiller

**Delivery email: mlongchamp@wtplaw.com**

**Maxcost: $50**

**Instructions:**

**Citation:**

We are looking to acquire the title below:

Journal : Synthetic Communications

pp 1661 – 1667 in Vol. 19 in 1989.

Titles: Synthesis of Substituted 2 Phenyl α,β Unsaturated Aliphatic Acids

**Library/Supplier:** Chemistry Library
Journals
LN SY999 C73

**ISSN/ISBN/OCLC:** 0039-7911

**Base Service Fee:** $15      **Rush fee:** $20.00

**Copyright:** I assume responsibility for copyright compliance.

**Supplier:** WTS staff may obtain materials from outside UW - Madison: $_____

**Shipping:** $_____      **Research:** $_____

### THIS IS NOT AN INVOICE

An outreach service of the Wendt Commons Library, University of Wisconsin - Madison
http://wts.wisc.edu | wts@engr.wisc.edu | 608.262.5917

# **S**ynthetic
# **C**ommunications

**Executive Editor**

Volume 19
Numbers 9-14
1989

JAMES A. MARSHALL
*Department of Chemistry*
*University of South Carolina*
*Columbia, South Carolina 29208*


**Associate Editors**

Y. ITO
*Kyoto University*
*Yoshida, Kyoto, Japan*

A. MCKILLOP
*University of East Anglia*
*Norwich, England*

H. WYNBERG
*The University of Groningen*
*The Netherlands*

**Editorial Board**

D. H. R. BARTON, *Texas A&M University, College Station, Texas*
F. BICKELHAUPT, *Vrije Universiteit, Amsterdam*
R. HULL, *ICI Ltd., England*
R. E. IRELAND, *University of Virginia, Charlottesville, Virginia*
M. JULIA, *Ecole Normale Superieure, Paris*
A. S. KENDE, *University of Rochester, Rochester, New York*
H. J. E. LOEWENTHAL, *Technion, Israel Institute of Technology, Haifa, Israel*
J. MCMURRY, *Cornell University, Ithaca, New York*
R. H. MARTIN, *Universite Libre de Bruxelles, Belgium*
T. MUKAIYAMA, *University of Tokyo, Japan*
W. NAGATA, *Shionogi Research Laboratory, Osada, Japan*
M. S. NEWMAN, *Ohio State University, Columbus, Ohio*
T. NORIN, *Royal Institute of Technology, Stockholm*
L. A. PAQUETTE, *Ohio State University, Columbus, Ohio*
G. R. PETTIT, *Arizona State University, Tempe, Arizona*
H. PRINZBACH, *Universitat Freiburg, Germany*
R. A. RAPHAEL, *Cambridge University, England*
T. SAEGUSA, *Kyoto University, Kyoto, Japan*
G. STORK, *Columbia University, New York*
E. C. TAYLOR, *Princeton University, Princeton, New Jersey*
J. TSUIJI, *Tokyo Institute of Technology, Japan*
M. USKOKOVIC, *Hoffman-LaRoche, Inc., Nutley, New Jersey*
R. N. WARRENER, *Bond University, Queensland, Australia*
E. WENKERT, *University of California, San Diego*

This material may be protected by Copyright law (Title 17 U.S. Code)

SYNTHETIC COMMUNICATIONS, 19(9&10), 1661-1667 (1989)

SYNTHESES OF SUBSTITUTED 2-PHENYL

αβ-UNSATURATED ALIPHATIC ACIDS

Michel Barbier
Institut de Chimie des Substances Naturelles,CNRS,
91190 Gif sur Yvette,France

Abstract-Additions of long chain aliphatic aldehydes in controlled basic media on 5-hydroxy 2-coumaranone or on 3-isochromanone give the corresponding ene-lactones (46-55%).Hydrolysis of the lactone ring leads to subs-tituted 2-phenyl αβ-unsaturated aliphatic acids from which stable K-salts or methyl esters were obtained.

Aromatic aldehydes condense in controlled basic media on the methylene groups of lactones such as 5-hydroxy 2-coumaranone 1 and 3-isochromanone 4 [1] .This reaction occurs in competition with the opening of the lactone ring.By this procedure,a synthesis of Z-marginalin was recently reported[2].E-marginalin was previously[3] isolated from the pygidial glands of the water beetle Dytiscus marginalis (Coleoptera).Substitutions carried out with methyl or ethyl aldehydes were not so satisfactory, leading to ene-lactones[1] which with time gave polymeri-zed derivatives.The 5-OH group of 5-hydroxy 2-coumara-none 1 exerts an orientating force on the intermediate secondary alcohols,as demonstrated by using p-nitro-benzaldehyde as reagent[4].This phenomenon explains why

1661

Copyright © 1989 by Marcel Dekker, Inc.

the Z-isomers are quantitatively obtained when carrying additions on the methylene group of 1. In agreement with Cram's rule, this effect is very likely combined with the stabilizing role of the interaction between the intermediate secondary alcohol function and the oxo group of the lactone[4]. Similar additions carried out on 3-isochromanone 4 always gave mixtures of the corresponding E and Z isomers and these results corroborate our observation. Identification of both isomers was in this case rather simple, in particular because of the difference observed in [1]H NMR for the chemical shifts of the olefinic protons. Hydrolysis of the resulting ene-lactones gave stable K salts of the hydroxy-acids which could be transformed into methyl esters by action of diazomethane.

In the present publication, this reaction is extended to long chain aliphatic aldehydes leading to a new family of aryl substituted aliphatic $\alpha\beta$-unsaturated acids.

Addition of n-octanal on 5-hydroxy 2-coumaranone 1 gave the Z-ene-lactone 2 isolated by preparative chromatography. Hydrolysis of the lactone ring of 2 lead to the $\alpha\beta$-unsaturated acid 3 (K salt). This substance can also be considered as a new type of 2-substituted hydroquinone. By reactions of n-aliphatic aldehydes ranging from $C_8$ to $C_{12}$ with 3-isochromanone 4, mixtures of corresponding Z and E isomers of the ene-lactones 5 and 6 were obtained. Opening of the lactone ring lead to a series of 2-(2'-hydroxymethylphenyl)-enoic acids of

Case 1:15-cv-00274-CCE-JEP    Document 96-31    Filed

general structure 7 (racemization occurs during this transformation).It may be that the unstability of the free acids,contrasting with the lactones themselves,is bound to the bulky aryl substitution in position 2 of these aliphatic $\alpha\beta$-unsaturated acids.This reaction appears to be of sufficient general use however for a direct access to a series of new compounds and is of particular interest in the case of 5-hydroxy 2-coumaranone due to the stereospecific formation of the Z-isomers.Due to chromatographical difficulties,we did not succeed as yet to separate the E and Z hydroxy-acid mixtures obtained from the hydrolysis of the E or Z ene-lactones (nor their corresponding methyl esters).

## EXPERIMENTAL

General:Mp.:Kofler microscope,uncorrected;TLC:thin-
layer chromatography on Schleicher-Schüll $SiO_2$ fluores-
cent films for analytical purposes,1mm thickness for
preparative,UV observation at 254nm with a Desaga lamp,
extractions from scrapped $SiO_2$ with ethyl acetate.[1]H NMR
on Bruker 200MHz,$\delta$ ppm,zero TMS;e.i.MS:AEI MS 50 spec-
trometer;UV:Perkin-Elmer lambda-5 automatic recorder.

Synthesis of the 2-aryl aliphatic ene-lactones 2,5,6:

general procedure:in a typical experiment,200mg of 3-
isochromanone 4 (1.35mM) were dissolved in 25ml absolute
ethanol at room temperature and 400mg of lauric aldehyde
(2.14mM) added.A solution of KOH (1ml prepared from 100
mg in 15ml ethanol) was added dropwise under stirring.
After 6h at 20°C,50ml ethyl acetate and 50ml water were
added without saking,the organic phase was washed twice
with water,dried over $Na_2SO_4$ and evaporated under vacuo.
The product of this reaction was isolated by preparative
TLC,giving 12mg (3%) of 5 (Rf 0.30) and 40mg (11%) of 6
(Rf 0.40),colourless oils,MS m/z 314.The repetition of
this reaction for 24h lead to 11% of 5 and 30% of 6
(yields brought respectively to 12 and 36% after 72h
reaction,overall yield 48%).UV$\lambda$ max.,nm,ether,225 (7.3
x10[3];256 (7.7x10[3]);[1]H NMR:5: $(CDCl_3)$,0.90,3H,t,$CH_3$;1.30,
18H,m,$CH_2$;1.65,2H,q,$CH_2$ at C-3 of the chain;2.60,2H,dd,
$CH_2$ at C-2 of the chain;5.20,2H,s,methylene of 3-iso-

Case 1:15-cv-00274-CCE-JEP   Document 96-31   Filed

chromanone;6.70,1H,t,olefinic proton,J 7.5Hz;7.30-7.50,

m,aromatic protons,4H.Element.anal.:calc.for $C_{21}H_{30}O_2$

C 80.21 H 9.62%;found,5,C 79.97 H 9.95;6,C 79.85 H 9.53.

The properties of the substances prepared starting from

the aldehydes $C_8$,$C_9$,$C_{10}$ were similar with all respects

(except for MS in agreement with the corresponding mol-

ecular weights),the yields obtained after 72h at room

temperature ranging between 36 and 40% for the Z iso-

mers and between 10 and 20% for the E.All products were

obtained as colourless oils and were characterized by

MS,[1]H NMR and element.anal.,they all gave the same Rf

values on TLC's as reported for the previous E and Z

isomers.In the E series 6,the olefinic protons are

found between 7 and 7.10 ppm in [1]H NMR,in agreement

with previous observations[1,2] on products obtained from

the addition of an aromatic aldehyde on 1 or 4.

 The reaction of n-octanal on 5-hydroxy 2-coumaranone

1 in the same conditions,gave after 24h 55% of the Z-

ene-lactone 2,and no E isomer could be noticed as pre-

viously observed in the case of the addition of aroma-

tic aldehydes.2 was isolated by preparative TLC,Rf 0.60

in hexane-ethyl acetate 1:1 and was crystallised from

ethyl acetate-hexane,m.p. 129-131°C,yellow microprisms,

MS m/z 260,[1]H NMR (CDCl$_3$),0.90,t,3H,CH$_3$;1.30,m,8H,CH$_2$;

1.62,q,2H,CH$_2$ at C-3 of the aliphatic chain;2.65,q,2H,

CH$_2$ at C-2 of the chain;6.75,dd,1 H,olefinic proton;

aromatic protons:7.3-7.5,4H;In this series,the olefinic

protons resulting from the addition of aromatic aldehy-

des[1,2] were previously found between 6.70 and 6.80ppm.

Element.Anal.:calc. for $C_{16}H_{20}O_3$ C 73.82 H 7.74%;found

C 73.76 H 7.85.

Substituted 2-phenyl 2-enoic acids and their derivati-

ves,general procedure from the lactones 2,5,6.Hydroly-

sis of the lactones 2,5,6,was readily obtained by treat-

ment of methanol solutions (room temp.) by theoretical

amounts of NaOH (2h) and acidification by dilute HCl

previous to extraction by ether.Methyl esters were obt-

ained from these acids by the short action  of an ether

solution of diazomethane (colourless oils,homogenous in

TLC,Rf 0.65,hexane-ethyl acetate 7:3).In spite of this

homogenous behaviour on TLC,these methyl esters are mix-

tures of E and Z isomers as indicated by the complexity

of the signals observed in NMR between 6.70 and 7.50ppm.

This observation was confirmed by the relactonization of

Case 1:15-cv-00274-CCE-JEP     Document 96-31     Filed
the acids by gentle warming of methanol solutions in

presence of traces of HCl (water-bath at 60°C) giving

back mixtures of E and Z lactones whatever was the star-

ting material.Stable K-salts were obtained from these

lactones 5,6 by proceeding with theoretical amounts of

$K_2CO_3$ and bringing the methanol-water solutions to dry-

ness under vacuo (microcrystalline powder).Acidification

of these K salts by dilute HCl and further extraction by

ether followed by esterification with diazomethane,gave the same mixtures of isomers as mentioned above.(All methyl esters were checked by MS and [1]H NMR and gave the expected data).

The new products mentioned in this publication were systematically assayed on the germination of water-cress seeds for research of an eventual biological activity but at a concentration of 200µg/ml the results were found negative in all cases.

The aldehydes and 3-isochromanone were from Fluka AG. (Switzerland) and 5-hydroxy 2-coumaranone was an Aldrich-Europe product.

Acknowledgements-thanks are due to Drs B.C.Das and C.Girard for mass spectrometric determinations carried out at Gif sur Yvette.

REFERENCES

1.Barbier,M.,Heterocycles,1988,25,421.

2.Barbier,M.,Liebigs Ann.Chem.,1987,545.

3.Schildknecht,H.,Körning,W.,Siewerdt,R.and Krauss,D.,
   Liebigs Ann.Chem.,1970,734,116.

4.Barbier,M.,Heterocycles,1988,27,955.


This publication is dedicated to the memory of the late Professor Edgar Lederer (1908-1988).

(Received in UK January 3, 1989)