IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, ) ) ) Plaintiff, ) ) v. ) ) WILLOWOOD, LLC, WILLOWOOD USA, ) LLC, WILLOWOOD AZOXYSTROBIN, ) LLC, and WILLOWOOD LIMITED, ) ) Defendants. ) ) | Civil Action No: 1:15-CV-274 |

**DECLARATION OF HARI SANTHANAM IN SUPPORT OF SYNGENTA'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S DAMAGES EXPERT, BENJAMIN WILNER**

I, Hari Santhanam, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the law firm of Kirkland & Ellis LLP, counsel for Plaintiff Syngenta Crop Protection, LLC ("Syngenta") in the above-captioned matter. I am familiar with the facts and circumstances of this action.

2. I submit this declaration, along with the exhibits annexed hereto, in support of Syngenta's Brief in Opposition to Defendants' Motion to Exclude Plaintiff's Damages Expert, Benjamin Wilner.

3. In particular, I offer this declaration to place before the Court certain documents that are referred to in Syngenta's Brief in Opposition to Defendants' Motion to Exclude Plaintiff's Damages Expert, Benjamin Wilner.

1

4. Annexed hereto as Exhibit 1 is a true and correct copy of excerpts from the July 11, 2016 deposition transcript of Jeff Cecil.

5. Annexed hereto as Exhibit 2 is a true and correct copy of excerpts from the July 15, 2016 deposition transcript of Rex Wichert.

6. Annexed hereto as Exhibit 3 is a true and correct copy of excerpts from the July 22, 2016 deposition transcript of Andrew Fisher.

7. Annexed hereto as Exhibit 4 is a true and correct copy of excerpts from the July 22, 2016 deposition transcript of Adora Clark.

8. Annexed hereto as Exhibit 5 is a true and correct copy of excerpts from the July 25, 2016 deposition transcript of Brad Reichman.

9. Annexed hereto as Exhibit 6 is a true and correct copy of excerpts from the August 4, 2016 deposition transcript of Brian Heinze.

10. Annexed hereto as Exhibit 7 is a true and correct copy of excerpts from the August 23, 2016 deposition transcript of Vijay Mundhra.

11. Annexed hereto as Exhibit 8 is a true and correct copy of the document bates stamped WW026430-508, Willowood Management Presentation (Plaintiff's Deposition Exhibit ("PDX") 42) as produced by Willowood in this litigation.

12. Annexed hereto as Exhibit 9 is a true and correct copy of a compilation of Willowood emails notifying customers of price changes (PDX 43) as produced by Willowood in this litigation.

13. Annexed hereto as Exhibit 10 is a true and correct copy of a compilation of Willowood emails notifying customers of price changes (PDX 44) as produced by Willowood in this litigation.

14. Annexed hereto as Exhibit 11 is a true and correct copy of the document bates stamped WW012693 (PDX 48), as produced by Willowood in this litigation.

15. Annexed hereto as Exhibit 12 is a true and correct copy of the document bates stamped WW010580-85 (PDX 58), as produced by Willowood in this litigation.

16. Annexed hereto as Exhibit 13 is a true and correct copy of the document bates stamped WW003071-74 (PDX 78), as produced by Willowood in this litigation.

17. Annexed hereto as Exhibit 14 is a true and correct copy of the document bates stamped WW008930-39 (PDX 79), as produced by Willowood in this litigation.

18. Annexed hereto as Exhibit 15 is a true and correct copy of the document bates stamped WW0011039-45 (PDX 81), as produced by Willowood in this litigation.

19. Annexed hereto as Exhibit 16 is a true and correct copy of the document bates stamped WW025053, as produced by Willowood in this litigation.

20. Annexed hereto as Exhibit 17 is a true and correct copy of the document bates stamped SYN056311-12, as produced by Syngenta in this litigation.

21. Annexed hereto as Exhibit 18 is a true and correct copy of the document bates stamped SYN287760, as produced by Syngenta in this litigation.

22. Annexed hereto as Exhibit 19 is a true and correct copy of the document bates stamped SYN291271, as produced by Syngenta in this litigation.

23. Annexed hereto as Exhibit 20 is a true and correct copy of the document bates stamped SYN283441-62 (Cecil-1), as produced by Syngenta in this litigation.

24. Annexed hereto as Exhibit 21 is a true and correct copy of the document bates stamped SYN056120-41 (Cecil-20), as produced by Syngenta in this litigation.

25. Annexed hereto as Exhibit 22 is a true and correct copy of the document bates stamped SYN037154-74 (Cecil-23), as produced by Syngenta in this litigation.

26. Annexed hereto as Exhibit 23 is a true and correct copy of the document bates stamped SYN283503-11 (Wichert-19), as produced by Syngenta in this litigation.

27. Annexed hereto as Exhibit 25 is a true and correct copy of Willowood Azoxy 2SC EPA Registration: EPA Reg. No. 87290-44 (SYN291126), as produced by Syngenta in this litigation.

28. Annexed hereto as Exhibit 26 is a true and correct copy of Willowood AzoxyProp Xtra EPA Registration: EPA Reg. No. 87290-56 (SYN291185), as produced by Syngenta in this litigation.

29. Annexed hereto as Exhibit 27 is a true and correct compilation of Albaugh EPA Registrations: EPA Registration Nos. 42750-261 (SYN289530), 42750-262 (SYN289587), 42750-284 (SYN289593), 42750-285 (SYN289612), 42750-289 (SYN289637), 42750-290 (SYN289673), 42750-291 (SYN289708), 42750-292 (SYN289722), and 42750-297 (SYN289735), as produced by Syngenta in this litigation.

30. Annexed hereto as Exhibit 28 is a true and correct compilation of Cheminova EPA Registrations: EPA Registration Nos. 67760-124 (SYN290002), 67760-

4

129 (SYN291255), and 67760-130 (SYN290063), as produced by Syngenta in this litigation.

31. Annexed hereto as Exhibit 30 is a true and correct copy of the article written by Andrew Noel & Jack Kaskey, titled "FMC Buys Cheminova for $1.8 Billion and Revises Breakup," Bloomberg News (September 8, 2014), https://www.bloomberg.com/news/articles/2014-09-08/fmc-to-buy-cheminova-for-1-8-billion-as-ceo-modifies-strategy (last visited May 1, 2017).

32. Annexed hereto as Exhibit 31 is a true and correct copy of the webpage titled "Willowood USA, Azoxy 2SC," http://www.willowoodusa.com/products/fungicides/azoxy-2sc/ (last visited May 1, 2017).

33. Annexed hereto as Exhibit 32 is a true and correct copy of the webpage titled "Willowood USA, AzoxyProp Xtra, http://www.willowoodusa.com/products/fungicides/azoxyprop-xtra/ (last visited May 1, 2017).

34. Annexed hereto as Exhibit 33 is a true and correct copy of the article by Christina D. Romer, titled "the Aftermath of Financial Crises: Each Time Really Is Different," Sir John Hicks Lecture in Economic History (Oxford Univ. Apr. 28, 2015), *available at* http://eml.berkeley.edu/~cromer/Lectures/Romer%20Hicks%20Lecture%20Written%20Version.pdf (last visited May 1, 2017).

35. Annexed hereto as Exhibit 34 is a true and correct copy of Excerpt of National Crop Insurance Services, 49 CROP INSURANCE TODAY 2 (May 2016), *available*

5

Case 1:15-cv-00274-CCE-JEP   Document 164-1   Filed 05/01/17   Page 5 of 6

*at* http://www.brightcopy.net/allen/cint/may2016/index.php#/0 (last visited May 1, 2017).

Dated: May 1, 2017

                                                                         _/s/ Hari Santhanam_____
                                                                             Hari Santhanam

6

Case 1:15-cv-00274-CCE-JEP  Document 164-1  Filed 05/01/17  Page 6 of 6