# Exhibit 5

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

2

3

4    SYNGENTA CROP PROTECTION,        )
     LLC,                            )
5                                    )
                  Plaintiff,         )
6                                    )
        -vs-                         ) No. 1:15-CV-274
7                                    )
     WILLOWOOD, LLC, WILLOWOOD       )
8    USA, LLC, WILLOWOOD             )
     AZOXYSTROBIN, LLC, and          )
9    WILLOWOOD LIMITED,              )
                                     )
10                Defendants.        )

11

12

13

14          The deposition of BRAD REICHMAN, a

15   material witness herein, called for examination

16   pursuant to notice and the Federal Rules of Civil

17   Procedure as they pertain to the taking of

18   depositions before Cheryl L. Zeone, CSR, RPR, on

19   Monday, July 25, 2016, at 416 Main Street, Suite

20   1125, Peoria, Illinois, commencing at the hour of

21   9:28 a.m.

22

23

24

1 ████████████████████████████████████

█ ████████████████████████

█ ██    ████████████

4     Q.    In fact, by the time FMC first shipped

5 you product in July 2015, you were done with

6 Willowood, were you not?

7     A.    We were able to buy azoxy from

8 competing companies cheaper than Willowood would

9 sell us directly.

10     Q.    Were you done with Willowood?

11     A.    We were buying product on the outside

12 because Willowood was selling it much cheaper.

13     Q.    To whom?

14     A.    Out of a plant through other dealers.

15 So we were able to buy Willowood stuff cheaper on

16 the outside, which I did not like.  They were

17 selling product very cheaply in the marketplace

18 to other people.

19     Q.    And at some point, did FMC offer to

20 sell you product -- azoxystrobin product at a

21 price less than $90?

22     A.    They did.

23     Q.    In fact, they offered to sell it to you

24 at $80, did they not?

1    A.    They did.  They were getting out of the

2  business completely.

3    Q.    And did you purchase more product at

4  $80 from them?

5    A.    I did not.  The seeding was over.

6    Q.    So this was by the fall?

7    A.    I do not remember when he offered, but

8  it was after the seeding was over.

9

23

24

1

2

3

4

5

6    BY MR. SANTHANAM:

7        Q.    Can you describe how Willowood priced

8    its products?  Was there a method by which they

9    priced their products?

10       A.    Willowood is just notorious just to --

11   everything they bring in is that product usually

12   goes way down in value when Willowood brings it.

13   So how they price it I don't know, but it --

14   usually, when Willowood comes in with a product,

15   you know that product is going to the basement

16   floor on pricing.

17       Q.    What's your basis for that?

18       A.    It's just their track record.  You

19   could probably ask anybody in the business and

20   you'll get the same answer.

21       Q.    What is Willowood's reputation in the

22   industry?

23       A.    Just like that.  It's a -- it's a

24   company that when -- like I said, when they bring

1    a product, you know we're going to the floor.

2    We're going to the basement.  They are a -- it's

3    a desperate company.  They're always willing to

4    sell product to anybody and everybody.

5    ████  ██████████████████████████

██  ███████████████████████████

██    ████  ██████████████████  █████████

██  ██████████████████

██    ████  ████  ██████████████████████████

██  █████████████████████████

██  ████████████

██    ████  ██████████  ██████████████

██  █████████████████████████████

██  ████████████

██    ████  ██████████████████████

██  ██████████████

██    ████  ████  ███████████████████████

██  ██████████████████████████

██    ████  ██████████████████████████

██  ██████████████████████

██    ████  ████

██    ████  ██████  ████████████████████

██  ██████████████████████

██  ███████████████████████████

1

23    Q.    So the rebate -- the $25 rebate that's

24    shown in REI 62, that was applied to the purchase

Case 1:15-cv-00274-CCE-JEP    Document 164-6    Filed 05/01/17    Page 7 of 17

1   price that you see on REI 61?

2        A.    It was taken off the purchase price.

3        Q.    So the actual net price that Willowood

4   had offered to you on REI 61 was $125 minus $25

5   resulting in $100 net price; is that right?

6        A.    That is correct.

7        Q.    That was the net price you were

8   purchasing -- or, Willowood was proposing that

9   you purchase Azoxy 2SC as of October 17, 2014; is

10  that right?

11       A.    That's correct.

[7/25/2016] Reichman, Brad (2016-07-25)

1    ██████████████████████████████████

     ████████████████

     ███        ███████████████████████████

     ███████████████████

5        A.    I believe they gave me something off

6    the product.  I do not recall the details, but we

7    broke down and, you know, ended up splitting

8    ways, and I was actually buying the product from

9    another source cheaper than what Willowood was

10   selling me directly.

11       Q.    Okay.  So you were able to buy

12   AzoxyProp Xtra for cheaper than $90 from another

13   source to whom Willowood had sold AzoxyProp?

14       A.    That's correct.

15       ███        ██████████████████████

     ██████████████████████████████████

     ███████████████████████████

     ███        ███

     ███        █████████████████

     ███        ████████

     ███        ██████████████████████████████

     ██████████████████████████████

     ███        █████        ██████████████████

     ███        █████        ██████████████████

1　███████████████████████

2　　　　　　　　If you look at REI 27, do you see that

3　there's an e-mail there from Andy King at

4　Willowood to you dated February 15, 2015?

5　　　　　　　　Do you see that?

6　　　A.　　Yes.

7　　　Q.　　And at the bottom -- and do you recall

8　receiving this e-mail?

9　　　A.　　Yes.

10　　　Q.　　Okay.  At the bottom of that e-mail,

11　you know, it reads, Following is the rationale.

12　You have purchased 21,600 gallons of AzoxyProp

13　Xtra at an invoice price of $90 per gallon.

14　　　A.　　Yes.

15　　　Q.　　Did Reichman actually purchase 21,600

16　gallons?

17　　　A.　　I don't believe so, no.  I think that

18　was what was on a purchase order.

19　　　Q.　　Okay.  And it says, We would like to

20　send you 1,080 gallons of Azoxy 2SC to assist

21　with the market prices you are seeing.

22　　　　　　　　Do you see that?

23　　　A.　　Yes.

24　　　Q.　　Do you know what that means?

1      A.    He was lowering the price, basically.

2      Q.    Okay.  So the next bullet on REI 27

3  reads -- this is from Andy King, This would lower

4  your AzoxyProp Xtra net price to $79.58 based on

5  the invoice price, and $78.33 based on a retail

6  price of $140 per gallon on the 12,960 gallons.

7           Do you see that?

8      A.    Yes.

9      Q.    Was it your understanding that

10  Willowood was providing you with Azoxy 2SC --

11  1,080 gallons of Azoxy 2SC to lower your price of

12  AzoxyProp Xtra?

13      A.    That is correct.

14      Q.    As of February 15, 2015, Willowood was

15  offering AzoxyProp Xtra, along with other offers,

16  to lower your net price to $79.58 based on an

17  invoice price and $78.33 based on a retail price;

18  is that right?

19      A.    Yes.

20      ▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓   ▓▓   ▓▓▓▓

1  ▮   ▮

▮  ▮   ▬▬▬▬▬▬▬▬▬

▮  ▬▬▬▬▬▬▬▬

▮    ▬▬▬ ▬▬ ▬▬▬

▮  ▬▬▬▬▬▬

▮  ▮  ▬▬▬ ▬▬

▮  ▮  ▬▬▬▬▬

▮  ▮  ▬▬▬▬▬▬▬

▮  ▬▬▬▬▬▬▬▬

▮  ▬▬▬▬▬

▮    ▬▬▬ ▬▬▬▬

▮    ▬▬▬ ▬▬▬▬

▮  ▬

▮  ▬▬▬▬

▮  ▮  ▬▬▬▬▬▬▬

▮  ▬▬▬▬▬▬▬▬

▮  ▬▬▬▬▬▬▬

▮  ▬▬▬▬

▮    ▬▬▬ ▬▬▬▬

▮  ▬▬▬▬

▮    ▬▬▬ ▬▬ ▬▬▬▬

▮  ▬▬▬▬

23  BY MR. SANTHANAM:

24      Q.    If you go to -- I just have a couple

1    more questions and I'll let you go, Mr. Reichman.

2            If you go to page REI 3, this is the

3    same as Exhibit 7 Mr. Neuman put in front of you,

4    you had mentioned -- well, Mr. Neuman had asked

5    you about pricing from Cheminova with respect to

6    your e-mail in the middle from July 15, 2015.

7            Do you recall that?

8        A.    Yes.

9        Q.    And you had indicated that Willowood

10   was selling cheaper to other companies.

11           Do you remember that?

12       A.    Yes.

13       Q.    Was it your recollection that Willowood

14   was selling cheaper than $90 to other companies?

15       A.    I don't know if it was cheaper than

16   $90.

17           MR. NEUMAN:  Foundation.

18           THE WITNESS:  I recall this was a -- I

19   went for a deal, and the company told me I needed

20   to sell it for $95.  I ended up getting the

21   product bought from FMC and not getting the deal.

22   So I ended up carrying the product over for a

23   year or part of a year, anyway.

24

1    BY MR. SANTHANAM:

2        Q.    Do you know what price Willowood was

3    selling to other retailers and distributors in or

4    around July 15, 2015?

5        A.    I do not know exactly what they were

6    doing.  I can just tell you that I was just

7    hearing prices cheaper than $90.

8        Q.    If you go to REI 18, this is also

9    contained in Exhibit 5 that Mr. Neuman had

10   provided you, Mr. Neuman had indicated that or at

11   least pointed you to the e-mail in the middle of

12   REI 18 from you to Andy King dated May 14, 2015.

13           Do you see that?

14       A.    Yes.

15       Q.    And with respect to this e-mail, you

16   had indicated that you -- it could have been that

17   Syngenta priced above or below what was -- what

18   Willowood was offering as of May 2015; is that

19   right?

20           MR. NEUMAN:  Objection, foundation.

21   This AzoxyProp Xtra.

22           THE WITNESS:  Can you say that again?

23   I'm sorry.

24

1   BY MR. SANTHANAM:

2        Q.    Right.  So you say in that e-mail, If

3   you have the demand, please sell it.  I'm running

4   into Quilt Xcel way too cheap to make this work.

5             I believe your testimony was that you

6   were finding Quilt Xcel at another entity called

7   Ottawa Plant Food?

8        A.    Yes.  Which I did not supply those

9   documents and I will to show what we actually

10  bought from them.

11       Q.    Okay.  The Ottawa Plant facility, you

12  don't recall whether Syngenta was pricing below

13  what Willowood was offering for its AzoxyProp

14  Xtra, correct?

15       A.    I believe it was either the same or

16  very close to the same price as AzoyProp Xtra.

17  So we -- you know, you just -- if they're that

18  close, you just can't sell the generic.  The

19  brand name has got more value.

20       Q.    Do you have any understanding as to

21  whether Syngenta's price -- strike that.

22            Do you have any understanding as to

23  whether the price that was being offered for

24  Quilt Xcel at Ottawa Plant Food was in response

1    to Willowood's pricing elsewhere in the

2    marketplace?

3              MR. NEUMAN:  Objection, foundation.

4              THE WITNESS:  I do not know.  I really

5    don't know their reasons.

6    BY MR. SANTHANAM:

7        Q.    Was Ottawa Plant Food a retailer?

8        A.    Yeah.

9        Q.    Okay.

10       A.    Yes.

11             MR. SANTHANAM:  Those are all the

12   questions I have, Mr. Reichman.  I appreciate

13   your time.

14             MR. NEUMAN:  Let's take a ten-minute

15   break.  I have a few questions on redirect, and

16   you'll be out of here soon.

17                                    11:11 a.m.

18         (Whereupon a recess was taken.)

19                                    11:24 a.m.

20             MR. SANTHANAM:  We're back on the

21   record.

22   BY MR. SANTHANAM:

23       Q.    Mr. Reichman, I just had a couple of

24   questions before I turn it over to Mr. Neuman for

1    a few last questions as well.

2             Now, in your dealings with Willowood,

3    did Willowood ever compare the price of Azoxy 2SC

4    to Syngenta's Quadris products?

5             MR. NEUMAN:  I'm sorry.  One second.

6    Could you read that back, please?

7             Record read as follows:  "Now, in your

8    dealings with Willowood, did Willowood ever

9    compare the price of Azoxy 2SC to Syngenta's

10   Quadris products?

11            THE WITNESS:  I guess I don't know what

12   they based their pricing on.  I don't know how

13   they did it.

14   BY MR. SANTHANAM:

15        Q.    Did Willowood ever compare Azoxy 2SC to

16   Quadris and characterize it as an equivalent for

17   Quadris?

18        A.    Oh, yes.  Yes.

19        Q.    Was that -- did Willowood intend its

20   Azoxy 2SC to be a substitute for Quadris in the

21   marketplace?

22        A.    Yes.

23            MR. NEUMAN:  Objection, form.

24