# Exhibit 6

1

2               UNITED STATES DISTRICT COURT

3        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

4

5      _____

6    SYNGENTA CROP                )Civil Action No.

     PROTECTION, LLC              )

7        Plaintiff               )1:15-cv-274

     vs.                          )

8    WILLOWOOD, LLC,              )

     WILLOWOOD USA, LLC,          )

9    WILLOWOOD AZOXYSTROBIN, LLC  )

     and WILLOWOOD LIMITED        )

10       Defendants              )

     _____

11

12

13            ** ATTORNEYS' EYES ONLY **

14        Videotaped Deposition of Brian Heinze

15                Washington, D.C.

16                August 4, 2016

17                 9:30 a.m.

18

19

20

21        Reported by:  Bonnie L. Russo

22        Job No. 2346611

1 ████████████████████████████████

2                 BY MR. SANTHANAM:

3       Q.    Mr. Heinze, if you could turn back

4    to the same document we were on, Exhibit 42.  I

5    would like you to turn to Page 26466.

6                 Let me know when you get there.

7       A.    Okay.

8       Q.    This slide was a description --

9    Willowood's description to Lariat of its new

10   product registration process; is that right?

11      A.    That's correct.

12      Q.    And it goes through how -- what

13   Willowood's process is from registering a

14   generic product to bringing it to market; is

15   that right?

16      A.    That is correct.

17      Q.    In describing Willowood's process,

18   Willowood states at the bottom that:  "Its

19   process is unique and the fastest in the

20   industry."

21                 Do you see that?

22      A.    I do.

1      Q.    Willowood was telling Lariat that it

2    has a new product registration process that is

3    unique and the fastest in the industry,

4    correct?

5      A.    That is correct.

6      Q.    Do you believe that to be the case?

7      A.    One of the fastest.

8      Q.    And at the bottom, it also --

9    Willowood was telling -- strike that.

10          Willowood was telling Lariat that

11    competitors of Willowood, in registering and

12    bringing a product to market, take

13    significantly longer, correct?

14      A.    Correct.

15      Q.    Do you agree with that assessment?

16      A.    In some instances, yes.

17      Q.    But this is what Willowood was

18    telling Lariat as of September 2015?

19      A.    And all other private equity

20    companies that saw the management presentation.

21      Q.    Now, in Willowood's processes as

22    it's laid out here on 26466, the process begins

1      by first making an offer to pay to the original

2      patent holder; is that right?

3                MR. NEUMAN:  Objection.  Foundation.

4                THE WITNESS:  That is correct.

5                BY MR. SANTHANAM:

6           Q.    And then Willowood submits an

7      application to register its product with the

8      EPA, correct?

9           A.    That is correct.

10          Q.    Part of that process, Willowood

11     contemplates that -- it's Willowood's

12     responsibility to show that its AI is

13     substantially similar as the patent holders.

14                Do you see that?

15          A.    I do.

16          Q.    And following the EPA application,

17     Willowood contemplates that it will get a

18     federal registration and state registrations.

19                Do you see that?

20          A.    I do.

21          Q.    After obtaining federal and state

22     registrations, Willowood's process involves

Case 1:15-cv-00274-CCE-JEP     Document 164-7     Filed 05/01/17     Page 5 of 30

1    notifying the government that it has its own

2    source of the active ingredient; is that right?

3        A.    That is correct.

4        Q.    The whole process outlined here on

5    26466 takes about 12 months according to

6    Willowood?

7        A.    From date of submission, that is

8    correct.

9        Q.    And according to Willowood,

10   competitors take significantly longer than 12

11   months; is that right?

12       A.    That's correct.

13       ███    ██████████████████████

██       ███████████████████

██   ███████████████████████████

██   █████████████████████████████

██   ████████████████████████████

██       ███    █████████████

██       ███    █████████████████████████

██   ██████████████████████

██       ██████████████████

██       ███    █████████

Case 1:15-cv-00274-CCE-JEP    Document 164-7    Filed 05/01/17    Page 6 of 30

1 ███ ████ ████████

███████████████

████████████████

█████████████████

████████████████

███████████████

███ ████

███ ██████████

████

███ ███████

██████████

██████

13          BY MR. SANTHANAM:

14          Q.    Handing you a document I am marking

15     as Plaintiff's Exhibit 43.

16               MR. SANTHANAM:  For the record,

17     Plaintiff's Exhibit 43 is consecutively

18     Bates-labeled WW 14576 -- strike that.  It is

19     not consecutively Bates-labeled.

20               It is a compilation of e-mails from

21     Matt Heinze on or about January 22, 2015.

22               BY MR. SANTHANAM:

1      Q.    Mr. Heinze, what I've handed you, as

2    I mentioned, is a compilation of e-mails.

3           Would you flip through and confirm

4    that the e-mails were all sent by Matt Heinze

5    of Willowood USA on or about January 22,

6    notifying customers about a price change on

7    Azoxy 2SC?

8      A.    What is your question?

9      Q.    Yes.  The e-mails in Exhibit 43 were

10   all sent by Matt Heinze of Willowood USA on or

11   about January 22, 2015 notifying a range of

12   customers about a price change on Azoxy 2SC?

13     A.    That's correct.

14     Q.    This would be an example of an

15   instance in which a price change was

16   communicated internally within Willowood to the

17   sales organization and then communicated out to

18   the respective customers, correct?

19     A.    Correct.

20           (Deposition Exhibit 44 was marked

21   for identification.)

22           BY MR. SANTHANAM:

1     Q.   Handing you a document I am marking

2   as Exhibit 44.

3       MR. SANTHANAM:  For the record,

4   Exhibit 44 is a compilation of e-mails from

5   Matt Heinze dated on or about July 8, 2015, all

6   of which are noted in the subject line:

7   "Willowood AzoxyProp Xtra."

8       BY MR. SANTHANAM:

9     Q.   Mr. Heinze, if you could flip

10  through Exhibit 44 and confirm that it is a

11  compilation of e-mails from Matt Heinze dated

12  on or about July 8, 2015 in which he

13  communicated to his customer base, a reduction

14  in the price of AzoxyProp Xtra to $80 per

15  gallon.

16     A.   That is correct.

17       MR. NEUMAN:  Objection.  Foundation.

18       BY MR. SANTHANAM:

19     Q.   This would be another instance in

20  which -- strike that.

21       Exhibit 44 is another instance in

22  which a reduction in price or a price change is

Case 1:15-cv-00274-CCE-JEP   Document 164-7   Filed 05/01/17   Page 9 of 30

1      communicated internally to the sales

2      organization and then the sales organization

3      communicated that price change to their

4      respective customer bases, correct?

5          A.    Correct.

6          Q.    And Exhibit 43, the previous

7      exhibit -- let me know when you get there.

8          A.    Uh-huh.

9          Q.    In addition to communicating a price

10     change to his customer base, Mr. Heinze also

11     indicated that Willowood had obtained a

12     California registration for AzoxyProp Xtra.

13              Do you see that?

14         A.    Uh-huh.

15         Q.    That's a yes?

16         A.    That is yes.

17         Q.    In particular, Mr. Heinze compared

18     AzoxyProp Xtra in his e-mail to his customers

19     to Syngenta's Quilt Xcel as an alternative,

20     correct?

21         A.    Correct.

22              (Deposition Exhibit 45 was marked

1      for identification.)

2                      BY MR. SANTHANAM:

3          Q.     Handing you a document I am marking

4      as Plaintiff's Exhibit 45.

5                      MR. SANTHANAM:  For the record,

6      Plaintiff's Exhibit 45 is consecutively

7      Bates-labeled WW 1446 to 1448.

8                      BY MR. SANTHANAM:

9          Q.     Mr. Heinze, would you take a look at

10     Exhibit 45 and, you know, I will represent to

11     you that this is an e-mail chain that was

12     produced by Willowood in this litigation.

13                     My question is:  Do you have any

14     reason to believe that this -- the e-mails in

15     this e-mail chain were not actually sent?

16         A.     No.

17         Q.     Now, on March 22, 2013, Matt Heinze,

18     a representative of Willowood USA, informed

19     customers, potential customers regarding an

20     expected launch of an azoxystrobin product by

21     Willowood in 2014; is that accurate?

22         A.     Correct.

1          Q.     And in particular, he referenced the
2    azoxystrobin product as being an alternative to
3    Syngenta's Quadris product; isn't that right?
4          A.     That's correct.
5                 (Deposition Exhibit 46 was marked
6    for identification.)
7                 BY MR. SANTHANAM:
8          Q.     Handing you a document that I am
9    marking as Plaintiff's Exhibit 46 for
10   identification.
11                MR. SANTHANAM:  For the record,
12   Plaintiff's Exhibit 46 is a single-page
13   document that is Bates-labeled WW 1445.
14                BY MR. SANTHANAM:
15         Q.     Mr. Heinze, again, you have no
16   reason to doubt that the e-mail in Exhibit 46
17   was not sent?
18         A.     No, I do not.
19         Q.     On April 15, 2013, Matt Heinze, a
20   representative of Willowood USA, informed
21   customers regarding Willowood's expected launch
22   of an azoxystrobin product in 2014; is that

1 right?

2   A.  That's correct.

3   Q.  In particular, he compared the

4 expected azoxystrobin launch to Syngenta's

5 Quadris and Abound products, correct?

6   A.  That is correct.

7     (Deposition Exhibit 47 was marked

8 for identification.)

9     BY MR. SANTHANAM:

10   Q.  Handing you what I am marking as

11 Exhibit 47.

12     MR. SANTHANAM:  For the record,

13 Exhibit 47 is a single-page document,

14 Bates-labeled WW 14384.

15     BY MR. SANTHANAM:

16   Q.  Mr. Heinze, you have no reason to

17 doubt that the e-mail in Exhibit 47 was sent?

18   A.  No, I do not.

19   Q.  You have no reason to doubt it?

20   A.  Correct.

21   Q.  On April 25, 2014, Matt Heinze, a

22 representative of Willowood USA, requested a

1     meeting with a potential customer to discuss,

2     among other things, azoxystrobin volumes,

3     correct?

4         A.    Correct.

5         Q.    This particular customer was Dean

6     Miller at Big Valley Ag; is that right?

7         A.    That's correct.

8             (Deposition Exhibit 48 was marked

9     for identification.)

10            BY MR. SANTHANAM:

11        Q.    I am handing you a document I am

12    marking as Plaintiff's Exhibit 48.

13            MR. SANTHANAM:  For the record,

14    Plaintiff's Exhibit 48 is a single-page

15    document Bates-labeled WW 12693.

16            BY MR. SANTHANAM:

17        Q.    Mr. Heinze, you have no reason to

18    doubt that the e-mails in Exhibit 48 were sent,

19    correct?

20        A.    Correct.

21        Q.    As of June 16, 2014, IAP was given

22    the impression by Matt Heinze that Willowood

Case 1:15-cv-00274-CCE-JEP     Document 164-7     Filed 05/01/17     Page 14 of 30

1    would be pricing its azoxystrobin products

2    around $150 per gallon; is that right?

3        A.    It states around $150 a gallon, yes,

4    that is correct.



7    Q.    As of October 17, 2014, Willowood

8  had offered Reichman Sales and Service 17,280

9  gallons of Azoxy 2SC at a unit price of $125;

10  is that right?

11    A.    That's right.

12    Q.    And as of October 17, 2014,

13  Willowood had offered Reichman Sales and

14  Services 21,600 gallons of AzoxyProp Xtra at a

15  unit price of $90 per gallon; is that right?

16    A.    That's right.

17    Q.    Do you recall this order being

18  placed?

19    A.    I do.

1 ███████████████████████████

 ██ ██████████████████

3                BY MR. SANTHANAM:

4     Q.    Handing you a document I'm marking

5 as Plaintiff's Exhibit 52.

6                MR. SANTHANAM:  For the record,

7 Plaintiff's Exhibit 52 is a two-page document

8 and it is consecutively Bates-labeled WW 100721

9 [sic] to 100722 [sic].

10                BY MR. SANTHANAM:

11     Q.    The first page of Exhibit 52 is an

12 e-mail from you to Joe Middione, Casey Daniel

13 and Matt Heinze with the subject line:

14 "Azoxystrobin pricing."

15                Do you see that?

16     A.    I do.

17     Q.    As of March 5, 2015, your view was

18 that Willowood had been pricing Azoxy 2SC at

19 $125 per gallon all season; is that right?

20     A.    That is correct.

21     Q.    And what does the term "season" mean

22 in this context?

1    A.    It would -- I think everybody would

2    have their own definition of a season, but I

3    view most agricultural seasons from October 1

4    through September 30, and that is because most

5    of the basic manufacturers roll out their

6    subsequent year's program in the fourth

7    quarter.

8              So -- and again, I refer back to the

9    Reichman document.  They were at $125 a gallon

10   for Azoxy 2SC in that document back in October.

11   Q.    Willowood was pricing Azoxy 2SC at

12   $125 per gallon for the season going back to

13   October 2014; is that right?

14   A.    That's correct.  That's why I said

15   October 1 was my estimation of the start of the

16   season.

17   Q.    On that last document, if you go to

18   the last page, there is an e-mail from Pat

19   Menagh.

20   A.    Menagh.

21   Q.    Menagh.  Dated March 5, 2015, and he

22   states:  "I am picking up that you have $125

1    per gallon price on azoxystrobin."

2              What he is referring to there

3    reflects the price that Willowood's Azoxy 2SC

4    had been all season; is that right?

5         A.    Correct.

6

1          BY MR. SANTHANAM:

2      Q.    Handing you a document I am marking

3    as Plaintiff's Exhibit 54.

4          MR. SANTHANAM:  For the record,

5    Plaintiff's Exhibit 54 is consecutive -- an

6    e-mail chain consecutively Bates-labeled WW

7    10305 through 10309.

8          BY MR. SANTHANAM:

9      Q.    Mr. Heinze, if you could take a

10    minute to look through this.  I'm going to ask

11    questions about most of the e-mails in this

12    document, so it might -- I will give you an

13    opportunity to familiarize yourself with the

14    document.

15      A.    Okay.

16      Q.    If you could turn to Page 1308.

17          There is an e-mail there from Joe

18    Middione to Andy King, Tom Kemph, Casey Daniel,

19    Matt Heinze copying you dated July 8, 2015.

20          Do you see that?

21      A.    Yes, I do.

22      Q.    In his e-mail, Mr. Middione states:

1    "Brian has decide that the new price for

2    AzoxyProp Xtra is $80 per gallon.  Please

3    communicate this to your respective accounts."

4              Do you see that?

5        A.    I do.

6        Q.    As of July 8, 2015, Willowood

7    dropped its price on AzoxyProp Xtra to $80 per

8    gallon; is that right?

9        A.    It doesn't say it was AzoxyProp

10   Xtra.  It says AzoxyProp but that is correct.

11       Q.    And this would be another instance

12   in which it was the practice within Willowood

13   to communicate a price change to its customers,

14   correct?

15       A.    This was communicated to --

16   internally.

17       Q.    And the instruction given internally

18   was to communicate the price drop to $80 per

19   gallon to the respective customers, correct?

20       A.    That is correct.

21       Q.    If you look at Page WW 100307, it's

22   the page before?

1        A.    Yes.

2        Q.    At the bottom, it is -- well, that

3    e-mail is an e-mail from you responding to Joe

4    Middione, Andy King, Tom Kemph, Casey Daniel

5    and Matt Heinze, your sales team, also dated

6    July 8, 2015; is that right?

7        A.    That is correct.

8        Q.    At the bottom of the e-mail, you

9    state:  "This price reduction will be

10   retroactive to July 1 and will not impact

11   products sold before that date," correct?

12       A.    That is correct.

13       Q.    The price drop in AzoxyProp Xtra to

14   $80 per gallon on July 8, 2015 was retroactive

15   to July 1, 2015; is that right?

16       A.    That is correct.

17   ███   ███████████████████████

███  ████████████████████████████

███   ████████████████████████████████

███  ██████████████████████████████

███   ███   ████████████████

███   ███   ███████████████████████

1 ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮

9           BY MR. SANTHANAM:

10      Q.    The last sentence on that first

11 e-mail on Exhibit 55 -- or the last paragraph:

12 "So you would rather" leave me -- strike that.

13           So you would let:  "So you would

14 rather me leave your name off the e-mail and

15 then field all of the calls from customers

16 asking why we did it.  I don't have the answer.

17 If you do so, I thought, I would have save a

18 step."

19           Do you see that?

20      A.    I do.  What is your point?

21      Q.    Why would Mr. Middione have to field

22 calls from customers due to a drop in the price

1    of AzoxyProp Xtra at $80 per gallon?

2         A.    Because he heads up our sales

3    organization.

4         Q.    Why would customers, you know, be

5    disappointed in a price drop of AzoxyProp Xtra?

6              MR. NEUMAN:  Objection.  Form.

7    Foundation.

8              THE WITNESS:  I don't believe they

9    were.

10             BY MR. SANTHANAM:

11        Q.    But Mr. Middione is indicating a

12   certain level of angst in trying to have to

13   field questions, calls from customers, right?

14        A.    That's Mr. Middione's opinion.

15        Q.    Right.  And why -- why would

16   customers not like the price of AzoxyProp Xtra

17   dropping to $80?

18             MR. NEUMAN:  Same objection.

19             THE WITNESS:  I don't know think

20   they would have any objection.

21             BY MR. SANTHANAM:

22        Q.    It's your opinion that the customers

1    would not mind having the AzoxyProp Xtra price

2    come down to $80 per gallon?

3        A.    Not at all.  If it was a legitimate,

4    competitive price change, absolutely not.  That

5    is why that change was made.

6        Q.    At least two members of your sales

7    organization believed it was not a legitimate,

8    competitive decision, correct?

9        A.    That's what this e-mail string

10   indicates, yes.

11             (Deposition Exhibit 56 was marked

12   for identification.)

13             BY MR. SANTHANAM:

14       Q.    Handing you a document marked as

15   Plaintiff's Exhibit 56.

16             MR. SANTHANAM:  For the record,

17   Exhibit 56 is consecutively Bates-labeled WW

18   11148 to 11151.

19             BY MR. SANTHANAM:

20       Q.    Mr. Heinze, if you could take a look

21   through Exhibit 56 as well, and let me know

22   once you have had a chance to look through it.

1      A.      Okay.

2      Q.      If you turn to the second last page,

3   WW 11150, there is an e-mail there from Joe

4   Middione, the chief operating officer to you

5   dated July 16, 2015.

6              Do you see that?

7      A.      Yes, I do.

8      Q.      To put it mildly, Mr. Middione

9   expresses even more disagreement with the drop

10  in price to $80 per gallon of AzoxyProp Xtra,

11  correct?

12             MR. NEUMAN:  Objection.  Form.

13             THE WITNESS:  He is expressing his

14  disappoint -- his opinion in his e-mail, yes.

15             BY MR. SANTHANAM:

16     Q.      In particular, he was expressing his

17  disagreement that the price of AzoxyProp Xtra

18  should have been dropped to $80 in the first

19  place, correct?

20     A.      That's what he is saying.

21  ■    ████████████████████████████████████████

████  ███████████████████████████████████████████

1 ████████████████████████████

████ ███ █████████████████████████

████ ████████████

4     Q.    So Innvictis was being offered a

5 price on AzoxyProp Xtra as of July 16, 2015 at

6 a rate of $76 per gallon; is that right?

7              MR. NEUMAN:  Objection.

8              THE WITNESS:  That's not what that

9 is saying.  Innvictus's price was higher and

10 the $10 rebate would net them to $76.

11              BY MR. SANTHANAM:

12     Q.    Okay.  So the net price that

13 Innvictis was being offered for the sales of

14 AzoxyProp Xtra as of July 16, 2015 was $76 per

15 gallon, correct?

16     A.    That was net.

17     Q.    $76 was the net price, correct?

18     A.    After the $10 rebate, yes.

19     Q.    In the next e-mail from July 17,

20 2015, you respond -- an e-mail from you,

21 correct?

22     A.    At the bottom?

1    Q.    Yes.

2    A.    Yes.

3    Q.    And in particular, you ask:  "Why is

4    this at $76 per gallon.  Who authorized this?"

5         Do you see that?

6    A.    Yes, I do.

7    Q.    You were not aware that Innvictis

8    had been offered a net price of $76 per gallon

9    in July -- mid-July 2015, correct?

10   A.    That's correct.

11   Q.    In fact, that net price is $76 per

12   gallon of AzoxyProp Xtra to Innvictis was

13   offered by Casey Daniel; is that right?

14   A.    Where are you seeing that?

15   Q.    If you go to the e-mail right above,

16   it's an e-mail from Casey Daniel to you and Joe

17   Middione copying Andy King dated July 17, 2015.

18        And the middle of the e-mail reads:

19   "When the news broke that we were at $80 to

20   Titan Pro and others, Casey and Mike were

21   pissed.  I said let me work with you and make

22   this right.  After we talked about it, we

1    agreed on $76."

2              Do you see that?

3         A.    Yes.

4         Q.    So the net price of $76 per gallon

5    of AzoxyProp Xtra to Innvictis was offered by

6    Casey Daniel, one of the people in your sales

7    organization?

8         A.    And approved by Joe.

9         Q.    So that's a yes?

10        A.    Yes.

11

1    $100 on Azoxy and $75 on AzoxyProp."

2            Do you see that?

3        A.    I do.

4        Q.    You don't have any reason to doubt

5    Mr. King's statement that Innvictis was at $100

6    dollars on Azoxy and $75 on AzoxyProp Xtra?

7        A.    No, I don't.  We established that

8    they were at $76 in an earlier e-mail.

9        Q.    Innvictis as of January 7, 2016 was

10   being offered Azoxy 2SC at $100 per gallon; is

11   that right?

12       A.    That's correct.

13