# Exhibit 9

Syngenta v. Willowood
Case No. 15-cv-274

Pl's Ex. 43

| | |
|---|---|
| From: | Matt Heinze <matth@willowoodusa.com> |
| Sent: | 1/22/2015 1:07:28 PM -0500 |
| To: | kent@agproduction.com |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[75].png; IAP Product Price Guide CA 2015.xlsx |

Kent,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014576

Case 1:15-cv-00274-CCE-JEP    Document 164-10    Filed 05/01/17    Page 2 of 13

| | |
|---|---|
| From: | Matt Heinze <matth@willowoodusa.com> |
| Sent: | 1/22/2015 1:06:52 PM -0500 |
| To: | Chris Oliva <chriso@agrx.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[74].png; IAP Product Price Guide CA 2015.xlsx |

Chris,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014579

| | |
|---|---|
| From: | Matt Heinze <matth@willowoodusa.com> |
| Sent: | 1/22/2015 1:06:11 PM -0500 |
| To: | Clay Houchin <chouchin@techag.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[73].png; IAP Product Price Guide CA 2015.xlsx |

Clay,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014582

Case 1:15-cv-00274-CCE-JEP   Document 164-10   Filed 05/01/17   Page 4 of 13

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 1/22/2015 1:05:17 PM -0500 |
| To: | Tom Foster <tom@foster-gardner.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[66].png; IAP Product Price Guide CA 2015.xlsx |

Tom,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014585

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 1/22/2015 1:15:45 PM -0500 |
| To: | Susan Ricketts <sricketts@bucra.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[83].png; IAP Product Price Guide CA 2015.xlsx |

Susan,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
Western Region Account Manager
Willowood USA, LLC
9709 N. Price Ave.
Fresno, CA 93720
(559) 936-0444 M



Outside Counsel Only

WW014594

| | |
|---|---|
| From: | Matt Heinze <matth@willowoodusa.com> |
| Sent: | 1/22/2015 1:15:12 PM -0500 |
| To: | Richard French <rfrench@bearriversupply.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[82].png; IAP Product Price Guide CA 2015.xlsx |

Rich,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014607

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 1/22/2015 1:14:41 PM -0500 |
| To: | Dean Miller <dean@bigvalleyag.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[81].png; IAP Product Price Guide CA 2015.xlsx |

Dean,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
Western Region Account Manager
Willowood USA, LLC
9709 N. Price Ave.
Fresno, CA 93720
(559) 936-0444 M



Outside Counsel Only

WW014620

| | |
|---|---|
| From: | Matt Heinze <matth@willowoodusa.com> |
| Sent: | 1/22/2015 1:14:02 PM -0500 |
| To: | Mark <mark@kleenglobe.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[80].png; IAP Product Price Guide CA 2015.xlsx |

Mark,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014633

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 1/22/2015 1:13:22 PM -0500 |
| To: | wduncan@redshift.com |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[79].png; IAP Product Price Guide CA 2015.xlsx |

Wyatt,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only                                                              WW014645

Case 1:15-cv-00274-CCE-JEP    Document 164-10    Filed 05/01/17    Page 10 of 13

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 1/22/2015 1:09:44 PM -0500 |
| To: | Dave German <dgerman@techag.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[78].png; IAP Product Price Guide CA 2015.xlsx |

Dave,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014648

Case 1:15-cv-00274-CCE-JEP    Document 164-10    Filed 05/01/17    Page 11 of 13

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 1/22/2015 1:09:05 PM -0500 |
| To: | danv@rockwoodchemical.com |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[77].png; IAP Product Price Guide CA 2015.xlsx |

Dan,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014651

Case 1:15-cv-00274-CCE-JEP    Document 164-10    Filed 05/01/17    Page 12 of 13

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 1/22/2015 1:08:12 PM -0500 |
| To: | Lacey Stowe <lstowe@gillespieag.com> |
| Subject: | Willowood Azoxy 2SC |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[76].png; IAP Product Price Guide CA 2015.xlsx |

Lacey,

Please see the attached price change on Azoxy 2SC. Also, we just received CA registration for AzoxyProp Xtra (Quilt Xcel) and should have product available in a week. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014654

Case 1:15-cv-00274-CCE-JEP   Document 164-10   Filed 05/01/17   Page 13 of 13