Exhibit 10

Syngenta v. Willowood
Case No. 15-cv-274

PI's Ex.  44

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:40:51 PM -0400 |
| To: | Scott L. Evans <sevans@tremontag.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[41].png |

Scott,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014663

| | |
|---|---|
| **From:** | Matt Heinze <matth@willowoodusa.com> |
| **Sent:** | 7/8/2015 7:40:21 PM -0400 |
| **To:** | Ernie Roncoroni <ernie@tremontag.com> |
| **Subject:** | Willowood AzoxyProp Xtra |
| **Attachments:** | ED4A4842-630B-40E1-A38F-31D47A3F54A3[40].png |

Ernie,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014665

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:39:30 PM -0400 |
| To: | Jordan John <jordanjohn@desertchemical.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[39].png |

Jordan,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014667

| From: | Matt Heinze <matth@willowoodusa.com> |
| Sent: | 7/8/2015 7:39:00 PM -0400 |
| To: | Josh Cox <josh@lmgagproducts.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[38].png |

Josh,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014669

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:38:19 PM -0400 |
| To: | Dennis Osborn <dosborn@fertizona.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[37].png |

Dennis,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014671

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:33:24 PM -0400 |
| To: | kent@agproduction.com |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[35].png |

Kent,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014675

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:32:34 PM -0400 |
| To: | Watson AG <watsonag@sbcglobal.net> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[34].png |

Alan,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014677

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:31:13 PM -0400 |
| To: | Mike James <mjames@gvfsinc.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[32].png |

Mike,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014681

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:53:48 PM -0400 |
| To: | Bret Horner <bhorner@wilburellis.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[51].png |

Bret,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014683

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:30:37 PM -0400 |
| To: | wduncan@redshift.com |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[31].png |

Wyatt,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014685

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:27:31 PM -0400 |
| To: | Tom Parreira <agratom@yahoo.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[29].png |

Tom,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014689

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:26:46 PM -0400 |
| To: | Tony Weatherred <tony.weatherred@stanislausfarmsupply.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[28].png |

Tony,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014691

| | |
|---|---|
| **From:** | Matt Heinze <matth@willowoodusa.com> |
| **Sent:** | 7/8/2015 7:52:54 PM -0400 |
| **To:** | Tom Foster <tom@foster-gardner.com> |
| **Subject:** | Willowood AzoxyProp Xtra |
| **Attachments:** | ED4A4842-630B-40E1-A38F-31D47A3F54A3[50].png |

Tom,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014693

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:48:09 PM -0400 |
| To: | John Reichman <john@reichmanag.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[48].png |

John,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014695

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:47:20 PM -0400 |
| To: | Paul Quick <paul.quick@nh3service.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[47].png |

Paul,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014697

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:46:43 PM -0400 |
| To: | Melysa Boqua <melysa@budsco.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[46].png |

Melysa,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014699

| | |
|---|---|
| From: | Matt Heinze <matth@willowoodusa.com> |
| Sent: | 7/8/2015 7:43:08 PM -0400 |
| To: | Art Navarro <anavarro@deldonco.com> |
| CC: | Tracey Lomanto <tracey@deldonco.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[44].png |

Art,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014701

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:42:18 PM -0400 |
| To: | danv@rockwoodchemical.com |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[43].png |

Dan,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014703

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/8/2015 7:41:13 PM -0400 |
| To: | Terry Talbot <ttalbot@ccfsinc.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[42].png |

Terry,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014705

| From: | Matt Heinze <math@willowoodusa.com> |
|---|---|
| Sent: | 7/9/2015 2:54:39 PM -0400 |
| To: | Lacey Stowe <lstowe@gillespieag.com> |
| Subject: | Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[56].png |

Lacey,

Forgot to tell you that we have lowered our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014661

| | |
|---|---|
| **From:** | Jordan John <jordanjohn@desertchemical.com> |
| **Sent:** | 7/9/2015 8:04:56 PM -0400 |
| **To:** | Matt Heinze <matth@willowoodusa.com> |
| **Subject:** | Re: Willowood AzoxyProp Xtra |
| **Attachments:** | ED4A4842-630B-40E1-A38F-31D47A3F54A3[39].png |

Thank you.

Jordan

On Wed, Jul 8, 2015 at 4:34 PM, Matt Heinze <matth@willowoodusa.com> wrote:

Jordan,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444** M



--
Jordan John
Desert Chemical Inc.
602-919-4294

Outside Counsel Only

WW014125

| From: | "Hume, Bill" <William.Hume@simplot.com> |
|---|---|
| Sent: | 7/9/2015 9:07:36 AM -0400 |
| To: | Matt Heinze <matth@willowoodusa.com> |
| CC: | "Araki, Dell" <dell.araki@simplot.com> |
| Subject: | Re: Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[52].png; |
| | ED4A4842-630B-40E1-A38F-31D47A3F54A3[52].png |

Matt,

Thanks for the heads up around the price decrease. Look forward to catching up sometime in the near future.

Regards
Bill

Sent from my iPhone

On Jul 8, 2015, at 5:49 PM, Matt Heinze <matth@willowoodusa.com> wrote:

> Bill,
>
> Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.
>
> Thanks,
>
> **Matt Heinze**
> **Western Region Account Manager**
> **Willowood USA, LLC**
> **9709 N. Price Ave.**
> **Fresno, CA 93720**
> **(559) 936-0444 M**

Outside Counsel Only

WW014127



)utside Counsel Only

| From: | "Josh Cox" <josh@lmgagproducts.com> |
|---|---|
| Sent: | 7/8/2015 7:57:07 PM -0400 |
| To: | Matt Heinze <matth@willowoodusa.com> |
| Subject: | RE: Willowood AzoxyProp Xtra |
| Attachments: | image001.png |

ThanksŞ   I will see what I can move.


*Josh Cox*

LMG Ag Products

*Cell: (559) 737-1080*

*Fax: (559) 553-6218*

*josh@lmgagproducts.com*

*www.lmgagproducts.com*

---

**From:** Matt Heinze [mailto:matth@willowoodusa.com]
**Sent:** Wednesday, July 08, 2015 4:56 PM
**To:** Josh Cox
**Subject:** Re: Willowood AzoxyProp Xtra


Yes.

Sent using OWA for iPhone

---

**From:** Josh Cox <josh@lmgagproducts.com>
**Sent:** Wednesday, July 8, 2015 4:53:36 PM
**To:** Matt Heinze
**Subject:** RE: Willowood AzoxyProp Xtra


Thank youŞ   Is it in Fresno?


*Josh Cox*

LMG Ag Products

*Cell: (559) 737-1080*

Outside Counsel Only

WW014131

*Fax: (559) 553-6218*

*josh@lmgagproducts.com*

*www.lmgagproducts.com*

**From:** Matt Heinze [mailto:matth@willowoodusa.com]
**Sent:** Wednesday, July 08, 2015 4:34 PM
**To:** Josh Cox
**Subject:** Willowood AzoxyProp Xtra

Josh,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**

**Western Region Account Manager**

**Willowood USA, LLC**

**9709 N. Price Ave.**

**Fresno, CA 93720**

**(559) 936-0444 M**



No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6037 / Virus Database: 4365/10189 - Release Date: 07/08/15

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6037 / Virus Database: 4365/10189 - Release Date: 07/08/15

Outside Counsel Only

WW014132

| From: | Randy Hepler <rhepler@gtipros.com> |
|---|---|
| Sent: | 7/8/2015 7:36:41 PM -0400 |
| To: | Matt Heinze <matth@willowoodusa.com> |
| Subject: | RE: Willowood AzoxyProp Xtra |
| Attachments: | image001.jpg; image002.jpg; image003.png |

Thanks


Randy Hepler

Business Unit Manager

Office: 559-638-6311 | Dir: 559-480-3027 | Fax: 559-354-0496

 


**From:** Matt Heinze [mailto:matth@willowoodusa.com]
**Sent:** Wednesday, July 08, 2015 4:27 PM
**To:** Randy Hepler
**Cc:** Ron Landseadal; Juanita Isaak
**Subject:** Willowood AzoxyProp Xtra


Randy,


Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.


Thanks,


**Matt Heinze**

**Western Region Account Manager**

**Willowood USA, LLC**


Outside Counsel Only

WW014137

9709 N. Price Ave.

Fresno, CA 93720

(559) 936-0444 M



utside Counsel Only

WW014138

| From: | Matt Heinze <matth@willowoodusa.com> |
|---|---|
| Sent: | 7/13/2015 12:08:11 PM -0400 |
| To: | Terry Talbot <ttalbot@ccfsinc.com> |
| Subject: | Re: Willowood AzoxyProp Xtra |
| Attachments: | ED4A4842-630B-40E1-A38F-31D47A3F54A3[42].png; |
| | ED4A4842-630B-40E1-A38F-31D47A3F54A3[82].png |

Terry,

Yes, the NET is $125/gal.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



**From:** Terry Talbot <ttalbot@ccfsinc.com>
**Date:** Friday, July 10, 2015 at 6:36 PM
**To:** Matt Heinze <matth@willowoodusa.com>
**Subject:** Re: Willowood AzoxyProp Xtra

Thanks Matt. Azoxy still netting around $125 or??

Terry Talbot Jr.
President
Colusa County Farm Supply
530 682-5809 Mobile
530 473-2851 Office

Outside Counsel Only

WW014142

On Jul 8, 2015, at 4:36 PM, Matt Heinze <matth@willowoodusa.com> wrote:

Terry,

Wanted to let you know that we have decreased our price on AzoxyProp Xtra (Quilt Xcel) to $80/gal plus mil. Please let me know if you have any questions.

Thanks,

**Matt Heinze**
**Western Region Account Manager**
**Willowood USA, LLC**
**9709 N. Price Ave.**
**Fresno, CA 93720**
**(559) 936-0444 M**



Outside Counsel Only

WW014143