# Exhibit 11

Syngenta v. Willowood
Case No. 15-cv-274

Pl's Ex. 48

| | |
|---|---|
| From: | Matt Heinze <matth@willowoodusa.com> |
| Sent: | 6/16/2014 12:08:04 PM -0400 |
| To: | Joseph Middione <joem@willowoodusa.com> |
| Subject: | Re: Azoxy Pricing |

Joe,

    I told Mike that we would be in the range, but couldn't give a true price because we weren't registered yet. I did tell him we would be competitive in the market place. I think he took that out of context. I apologize for you getting the ass chewing. Definitely wasn't the intent. I will be sure to not say anything until we have a set pricing.

**Matt Heinze**
Western Region Account Manager
Willowood USA, LLC
9709 N. Price Ave.
Fresno, CA 93720
(559) 936-0444 M

**WILLOWOOD USA**

---

**From:** Joseph Middione <joem@willowoodusa.com>
**Date:** Monday, June 16, 2014 at 8:57 AM
**To:** Matt Heinze <matth@willowoodusa.com>
**Subject:** Azoxy Pricing

Matt,

Got my ass chewed out today because you told Mike Griffith that our Azoxy pricing would be around $150/gal. I thought we discussed not communicating price to anyone other than saying we would be competitive?

Not a fun conversation to have. The retail business is very complicated and a buying group such as IAP makes it even more confusing. Some things are better left unsaid and this was one of those cases.

We can discuss later……

**J. Middione Jr.**
Chief Operating Officer
Willowood USA, LLC
1099 E. Champlain Dr. - Suite A254
Fresno, CA 93720
(559) 288-5674 Mobile
(559) 434-0812 Office

**WILLOWOOD USA**

Outside Counsel Only

WW012693

Case 1:15-cv-00274-CCE-JEP   Document 164-12   Filed 05/01/17   Page 2 of 2