# Exhibit 12

Syngenta v. Willowood
Case No. 15-cv-274

Pl's Ex. 58

| | |
|---|---|
| From: | Joe Middione <joem@willowoodusa.com> |
| Sent: | 1/7/2016 2:16:37 PM -0500 |
| To: | Brian Heinze <brianh@willowoodusa.com>; Andy King <andyk@willowoodusa.com> |
| Subject: | Re: AzoxyProp |
| Attachments: | 91C59496-843D-4E8E-92AB-7B95317C233F[1].png; 4F4F2806-7FD7-46B5-A56F-0F932511C749[209].jpg; 91C59496-843D-4E8E-92AB-7B95317C233F[6].png; 4F4F2806-7FD7-46B5-A56F-0F932511C749[232].jpg |

Go for it!

**J. Middione Jr.**
Chief Operating Officer
Willowood USA, LLC
929 W. Sunset Blvd. - Suite 21-318
St. George, Utah 84770
(559) 288-5674 Mobile



Follow us on LinkedIN by clicking here:
https://www.linkedin.com/company/willowoodusa

---

From: Brian Heinze <brianh@willowoodusa.com>
Date: Thursday, January 7, 2016 at 11:41 AM
To: Joseph Middione <joem@willowoodusa.com>, Andy King <andyk@willowoodusa.com>
Subject: Re: AzoxyProp

I'll go $85/pallets and $83/gallon on TL with terms.

$82/TL for cash,

**Brian Heinze**
President & CEO
Willowood USA, LLC

Outside Counsel Only

WW010580

Case 1:15-cv-00274-CCE-JEP   Document 164-13   Filed 05/01/17   Page 2 of 7

1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office



From: Joe Middione <joem@willowoodusa.com>
Date: Thursday, January 7, 2016 at 7:08 AM
To: Brian Heinze <brianh@willowoodusa.com>, Andy King <andyk@willowoodusa.com>
Subject: Re: AzoxyProp

Guess you could go $80-83. Hope it doesn't bite us.

**J. Middione Jr.**
Chief Operating Officer
Willowood USA, LLC
929 W. Sunset Blvd. - Suite 21-318
St. George, Utah 84770
(559) 288-5674 Mobile

Outside Counsel Only

WW010581

Case 1:15-cv-00274-CCE-JEP    Document 164-13    Filed 05/01/17    Page 3 of 7



Follow us on LinkedIN by clicking here:
https://www.linkedin.com/company/willowoodusa

**From:** Brian Heinze <brianh@willowoodusa.com>
**Date:** Thursday, January 7, 2016 at 6:49 AM
**To:** Joseph Middione <joem@willowoodusa.com>, Andy King <andyk@willowoodusa.com>
**Subject:** Re: AzoxyProp

What about for a TL if paid for now?

**Brian Heinze**
President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office

Outside Counsel Only

WW010582



---

**From:** Joe Middione <joem@willowoodusa.com>
**Date:** Thursday, January 7, 2016 at 5:26 AM
**To:** Andy King <andyk@willowoodusa.com>
**Cc:** Brian Heinze <brianh@willowoodusa.com>
**Subject:** Re: AzoxyProp

Agreed. Shoot for $85 delivered

JM

Sent from my iPad

On Jan 7, 2016, at 5:20 AM, Andy King <andyk@willowoodusa.com> wrote:

> Innvictis is at $100 on Azoxy and $75 on AzoxyProp. They are probably pricing Titan Pro and OPF at $105 and $80. Select Source, TP, OPF, Spinner, Reichman and Fry all talk. If you can get $85, great, but I think they will come back asking for $80.
>
> **Andy King**
> **National Sales Manager**
> **Willowood USA, LLC**
> **2544 Bridle Path Ct.**
> **Cape Girardeau, MO  63701**
> **(573) 576-7272 Mobile**
> **(573) 339-9349 Office**
> <image001.jpg>
>
> **From:** Brian Heinze
> **Sent:** Thursday, January 7, 2016 5:42 AM
> **To:** Joe Middione <joem@willowoodusa.com>; Andy King <andyk@willowoodusa.com>

Outside Counsel Only

WW010583

**Subject:** FW: AzoxyProp

Guys,

I was going to price this at $85/gallon in 2 pallet minimums and $80/gallon

Do we want to offer any incentive for TL pricing?

Let me know what you think.

Thanks,

**Brian Heinze**
President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office
<image003.png>

**From:** Luke Snyder <luke.snyder@selectsourcellc.net>
**Date:** Wednesday, January 6, 2016 at 4:53 PM
**To:** Brian Heinze <brianh@willowoodusa.com>
**Cc:** Exum Lewis <exum.lewis@selectsourcellc.net>
**Subject:** Re: AzoxyProp

Brian,

Please quote us a truckload delivered to Evansville IN 47725 and pallet quantities. If you have a minimum order for free delivery that would be helpful too.

Luke Snyder
Select Source, LLC
Mobile: 1-812-430-8786
Office: 1-812-867-8921
www.sellectsourcellc.net

On Jan 6, 2016, at 4:26 PM, Brian Heinze <brianh@willowoodusa.com> wrote:

> Luke,
>
> Happy New Year to you and X as well.
>
> I know 2016 is going to be a great season for us both.
>
> We do have good supplies of both Azoxy 2 SC and Azoxy Prop Xtra currently.
>
> Let me know how much you are looking for.

Outside Counsel Only

WW010584

Thanks,

**Brian Heinze**
President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office
<91C59496-843D-4E8E-92AB-7B95317C233F[34].png>

**From:** Luke Snyder <luke.snyder@selectsourcellc.net>
**Date:** Wednesday, January 6, 2016 at 9:56 AM
**To:** Brian Heinze <brianh@willowoodusa.com>
**Cc:** Exum Lewis <exum.lewis@selectsourcellc.net>
**Subject:** AzoxyProp

Brian,

Happy New Year! Wanted to check in and see if you have any AzoxyProp? I have some pre-pay guys asking if there's any available. Please let me know when you get a chance.

Luke Snyder
Select Source, LLC
Office: 1-812-437-9400
Fax: 1-812-867-8928
Mobile: 1-812-430-8786
luke.snyder@selectsourcellc.net

Outside Counsel Only                                                                                              WW010585

Case 1:15-cv-00274-CCE-JEP    Document 164-13    Filed 05/01/17    Page 7 of 7