# Exhibit 13

| | |
|---|---|
| From: | Brian Heinze <brianh@willowoodusa.com> |
| Sent: | 6/24/2014 11:12:00 AM -0400 |
| To: | ssj <ssj@willowoodhk.com>; sathish <sathish@willowoodhk.com>; jackf <jackf@willowoodusa.com> |
| CC: | fei <fei@willowoodhk.com>; kitty <kitty@willowoodhk.com>; amys <amys@willowoodusa.com>; nikis <nikis@willowoodusa.com>; denisem <denisem@willowoodusa.com>; Vijay Mundhra <vijay@willowoodhk.com> |
| Subject: | Re: Air Shipments - Azoxystrobin- POSITION |
| Attachments: | 4554_WL.jpg; image001(06-24-15-11-54).png; FF8DA4A6-CA50-468A-8950-772814716FC5[578].png |

SSJ,

The final 15MT needs to ship by July 2nd.

We cannot afford to have the toll manufacturer not have the technical to continue the campaign.

If that happens, they will clean out the system and we will not be able to produce the entire quantity needed for this season.

Please do whatever you can to one the second and third shipments up a day or two so we can keep on schedule.

Thanks,

**Brian Heinze**
**President & CEO**
**Willowood USA, LLC**
**1600 NW Garden Valley Blvd., Suite 120**
**Roseburg, OR 97471**
**(541) 643-6746 Mobile**
**(541) 679-9963 Office**



EXHIBIT
Mundhra 78
8-23-16

Outside Counsel Only

WW003071

Case 1:15-cv-00274-CCE-JEP   Document 164-14   Filed 05/01/17   Page 2 of 5



**From:** SSJ <ssj@willowoodhk.com>
**Date:** Tuesday, June 24, 2014 12:17 AM
**To:** 'sathish' <sathish@willowoodhk.com>, jackf <jackf@willowoodusa.com>
**Cc:** fei <fei@willowoodhk.com>, 'kitty' <kitty@willowoodhk.com>, Brian Heinze <brianh@willowoodusa.com>, amys <amys@willowoodusa.com>, Niki Sulffridge <nikis@willowoodusa.com>, Denise Mathis <denisem@willowoodusa.com>, Vijay Mundhra <vijay@willowoodhk.com>
**Subject:** Re: RE: Air Shipments - Azoxystrobin- POSITION

They will finished delivery the balance 15 mts before 2nd, July, also 5mts for each delivery.

Best Regards
2014-06-24

-------------------------------------------------

SSJ
General Manager
Willowood (Hangzhou) Co., Ltd
Add: Room 2003, Golden Plaza, No 118
Qingchun Road, Hangzhou, China
Tel: +86-571-87700367
Fax: +86-571-87700371
Email:ssj@willowoodhk.com

Outside Counsel Only

WW003072



**From:** sathish
**Date:** 2014-06-24 10:24
**To:** 'Jack Firkins'; 'ssj'
**CC:** 'fei'; 'Kitty Yeung'; 'Brian Heinze'; 'Amy Stewart'; 'Niki Sulffridge'; 'Denise Mathis'; 'vijay'
**Subject:** RE: Air Shipments - Azoxystrobin- POSITION

Dear Jack,

Please note the details on the shipment :-

First 5,000 kg scheduled to depart June 26 – destination Memphis airport, where Willowood USA will pick it up and deliver it to final destination. Please send all shipment documents as soon as possible. I am arranging clearance of the shipment, and will need the shipment documents to do this.

As of now this shipment is as scheduled, will be shipped in the name of NUAGCO as consignee

Next 10,000 kg. - expected to ship on or about June 30. Is the routing the same?

Goods will reach our warehouse in another 2 days time and presently scheduled to ship on 30th june in the name of WILLOWOOD AZOXYSTROBIN LLC as consignee.

Last 15,000 kg. What is estimated ship date, and what is the routing?

Today Mr.Ssj will check and confirm the delivery and shipment details on this balance 15MT

Concern. Air shipment capacity is very tight for the next week or two. How confident are you that you will to be able to get all of the product shipped on schedule?

As per the present position space is no problem, let us hope all will be smooth

With best regards

Sathish

**From:** Jack Firkins [mailto:jackf@willowoodusa.com]

Outside Counsel Only

WW003073

Case 1:15-cv-00274-CCE-JEP   Document 164-14   Filed 05/01/17   Page 4 of 5

**Sent:** Tuesday, June 24, 2014 5:04 AM
**To:** sathish shetty
**Cc:** fei; Kitty Yeung; Brian Heinze; Amy Stewart; Niki Sulffridge; Denise Mathis
**Subject:** Air Shipments - Azoxystrobin -(146)

Dear Sathish,

Please update us on all shipping plans and timing.

First 5,000 kg scheduled to depart June 26 – destination Memphis airport, where Willowood USA will pick it up and deliver it to final destination. Please send all shipment documents as soon as possible. I am arranging clearance of the shipment, and will need the shipment documents to do this.

Next 10,000 kg. - expected to ship on or about June 30. Is the routing the same?

Last 15,000 kg. What is estimated ship date, and what is the routing?

Concern. Air shipment capacity is very tight for the next week or two. How confident are you that you will to be able to get all of the product shipped on schedule?

***Jack Firkins***
Technical Director
Willowood USA, LLC
1600 NW Garden Valley Blvd, Suite 120
Roseburg, OR 97471
Mobile: 541-817-9320
Office: 541-679-9963
Home Office: 360-210-5726
Fax: 541-679-4650
E-mail: jackf@willowoodusa.com