# Exhibit 14

| | |
|---|---|
| From: | Joe Middione <joem@willowoodusa.com> |
| Sent: | 11/17/2014 6:49:51 PM -0500 |
| To: | Andy King <andyk@willowoodusa.com> |
| Subject: | FW: azoxystrobin shipment |
| Attachments: | image001.jpg; 4F4F2806-7FD7-46B5-A56F-0F932511C749[55].jpg |

**J. Middione Jr.**
**Chief Operating Officer**
**Willowood USA, LLC**
**1099 E. Champlain Dr. - Suite A254**
**Fresno, CA 93720**
**(559) 288-5674 Mobile**
**(559) 434-0812 Office**



---

**From:** Vijay Mundhra <vijay@willowoodhk.com>
**Date:** Sunday, November 16, 2014 at 10:45 PM
**To:** Brian Heinze <brianh@willowoodusa.com>, 'sathish' <sathish@willowoodhk.com>, 'kitty' <kitty@willowoodhk.com>
**Cc:** Niki Sulffridge <nikis@willowoodusa.com>, Joseph Middione <joem@willowoodusa.com>, 'Ssj' <ssj@willowoodhk.com>, 'Fei' <fei@willowoodhk.com>
**Subject:** RE: azoxystrobin shipment

Brian,

I am sorry but I beg to differ.

If we go back all the way :-

1) Formulation development work should be done while the tech submission is made, not sure why you do not have a qualified formulation till date
2) You are well aware from long time what your tolling slot is for this product, why are you asking to ship the product at 11th hour on nov 11th, why haven't this been planned at your

Outside Counsel Only



WW008930

Case 1:15-cv-00274-CCE-JEP    Document 164-15    Filed 05/01/17    Page 2 of 11

end earlier.
3) You know that special bags are required for this, why were these not arranged earlier ? In fact SSJ had to remind you about these bags as till such time no one at your end had noticed this.
4) You have confirmed on Nov 11th to ship the product, the factory needs some time to pack it and send it to the port, Fei has booked the vessel on nov 21st, what else can anyone else do to make it faster.
5) We shipped Propiconazole in record time on 3rd nov as soon as your confirmed it to make sure you get it by mid nov.
6) Fei only asked if she should ship whole quantity together on 25th instead of in 2 fcl on 21st and 25th, the 2nd fcl could not have been shipped before as the bags only arrived just now.

I would rather like to ask you and Niki why this was not planned in time before leading to a situation where we might end up missing the season ?

If at all Agraform does not formulate this for us, I do not believe that there is no other formulator in all of USA that can not formulate this product when the main season starts from March. The only reason why we are importing early is because Agraform chooses to provide a production slot 3 months earlier than what we need.

I would much appreciate if yu can send us the production schedule that we have been talking about for weeks now which needs to be updated at your end.

Regards

Vijay

---

**From:** Brian Heinze [mailto:brianh@willowoodusa.com]
**Sent:** Monday, November 17, 2014 1:57 PM
**To:** Vijay Mundhra; sathish; kitty
**Subject:** FW: azoxystrobin shipment

Vijay, Sathish and Kitty.

Someone really needs to be following thru on our shipments.

Below please find the email string where Fei & SSJ asks if we want 12MT of Azoxystrobin shipped on November 10th and I say yes, ship it immediately.

Now Fei says she will ship the entire quantity of 22.5MT on November 25th.

With this we will miss our tolling slot and not be able to sell the goods and deliver the revenue back to the HK office by the end of the year as expected by Vijay.

Please explain the delay.

Thanks,

**Brian Heinze**

Outside Counsel Only

WW008931

Case 1:15-cv-00274-CCE-JEP    Document 164-15    Filed 05/01/17    Page 3 of 11

President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120i
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office



From: Brian Heinze <brianh@willowoodusa.com>
Date: Wednesday, November 12, 2014 at 9:10 PM
To: SSJ <ssj@willowoodhk.com>, Vijay Mundhra <vijay@willowoodhk.com>, fei <fei@willowoodhk.com>
Cc: Niki Sulffridge <nikis@willowoodusa.com>
Subject: Re: azoxystrobin shipment

Yes, please ship it immediately.

Thanks,

**Brian Heinze**
President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office



From: SSJ <ssj@willowoodhk.com>
Date: Monday, November 10, 2014 8:48 PM
To: Brian Heinze <brianh@willowoodusa.com>, Vijay Mundhra <vijay@willowoodhk.com>, fei <fei@willowoodhk.com>
Cc: Niki Sulffridge <nikis@willowoodusa.com>
Subject: Re: Fw: azoxystrobin shipment

Dear Brian

Since the new order of bag still not arrvied China, can not we move forward with 12tons firstly?

From: fei
Date: 2014 11-06 17:00
To: nikis; brianh
CC: kitty; sathish; 'Vijay Mundhra'; amys; jackf; denisem
Subject: Re: Re: azoxystrobin shipment

Dear Brian and Niki,

Outside Counsel Only

WW008932

If so, should we ship 12000kgs cargo by 20'GP first? Pls confirm!

**Best Regards**

---

*Fei*
*Willowood(Hangzhou)Co.,Ltd*
*Room2003,Golden Plaza,No.118 Qingchun Road,Hangzhou,China*
*Tel No:+86 571 28006787  fax No.:+86 571 87700371*
*Mob:+86 13567184654  Email:fei@willowoodhk.com*
2014-11-06

**From:** Niki Sulffridge
**Date:** 2014-11-06 02:48
**To:** Brian Heinze; fei
**CC:** kitty; sathish; 'Vijay Mundhra'; Amy Stewart; Jack Firkins; Denise Mathis
**Subject:** Re: azoxystrobin shipment

I found out today that the bags are NOT available out of China and I am working to get them airfreighted from the USA to China. I am also trying to get the package performance information that was requested but am not having a lot of luck. I'll keep trying and will keep you all posted. I understand the urgency and will stay on it.

### Niki Sulffridge
**Production Planner**
**Willowood USA, LLC**
**1600 NW Garden Valley Blvd., Suite 120**
**Roseburg, OR 97471**
**(541) 679-9963 Office**
**(541) 679-4650 Fax**



**From:** Brian Heinze <brianh@willowoodusa.com>
**Date:** Tuesday, November 4, 2014 6:51 PM
**To:** fei <fei@willowoodhk.com>, Nichole Sulffridge <nikis@willowoodusa.com>
**Cc:** Kitty Yeung <kitty@willowoodhk.com>, Sathish Shetty <sathish@willowoodhk.com>, 'Vijay Mundhra' <vijaymundhra@gmail.com>, Amy Stewart <amys@willowoodusa.com>, Jack Firkins <jackf@willowoodusa.com>, Denise Mathis <denisem@willowoodusa.com>
**Subject:** Re: azoxystrobin shipment

Niki,

What is the status on the bag release?

Outside Counsel Only

WW008933

**Brian Heinze**
President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office



**From:** fei <fei@willowoodhk.com>
**Date:** Tuesday, November 4, 2014 7:41 PM
**To:** Brian Heinze <brianh@willowoodusa.com>, Niki Sulffridge <nikis@willowoodusa.com>
**Cc:** kitty <kitty@willowoodhk.com>, sathish <sathish@willowoodhk.com>, 'Vijay Mundhra' <vijaymundhra@gmail.com>, Amy Stewart <amys@willowoodusa.com>, Jack Firkins <jackf@willowoodusa.com>, Denise Mathis <denisem@willowoodusa.com>
**Subject:** Re: Re: azoxystrobin shipment

Noted, then we will book vessel ,ship 1x40'GP to St. Louis.

Now only waiting for the bags. If you have started to deliver it,pls advice the tracking information,we can follow it.

*Best Regards*
-------------------------------------------------
*Fei*
*Willowood(Hangzhou)Co.,Ltd*
*Room2003,Golden Plaza,No.118 Qingchun Road,Hangzhou,China*
*Tel No:+86 571 28006787 fax No.:+86 571 87700371*
*Mob:+86 13567184654 Email:fei@willowoodhk.com*
2014-11-05

---

**From:** Brian Heinze
**Date:** 2014-11-05 10:33
**To:** fei; Niki Sulffridge
**CC:** kitty; sathish; 'Vijay Mundhra'; Amy Stewart; Jack Firkins; Denise Mathis
**Subject:** Re. azoxystrobin shipment
Yes.

**Brian Heinze**
President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471

Outside Counsel Only

WW008934

(541) 643-6746 Mobile
(541) 679-9963 Office



From: fei <fei@willowoodhk.com>
Date: Monday, November 3, 2014 11:03 PM
To: Brian Heinze <brianh@willowoodusa.com>, Niki Sulffridge <nikis@willowoodusa.com>
Cc: kitty <kitty@willowoodhk.com>, sathish <sathish@willowoodhk.com>, 'Vijay Mundhra' <vijaymundhra@gmail.com>, Amy Stewart <amys@willowoodusa.com>, Jack Firkins <jackf@willowoodusa.com>, Denise Mathis <denisem@willowoodusa.com>
Subject: Re: Re: azoxystrobin shipment

Dear Brian,

You mean we ship it to St.Louis, then Denise will arrange the truck? If he can find a warehouse for devanning?

***Best Regards***

-------------------------------------------------------
***Fei***
*Willowood(Hangzhou)Co.,Ltd*
*Room2003,Golden Plaza,No.118 Qingchun Road,Hangzhou,China*
*Tel No:+86 571 28006787  fax No.:+86 571 87700371*
*Mob:+86 13567184654  Email:fei@willowoodhk.com*
2014-11-04

---

From: Brian Heinze
Date: 2014-11-04 03:48
To: fei; Niki Sulffridge
CC: kitty; sathish; 'Vijay Mundhra'; Amy Stewart; Jack Firkins; Denise Mathis
Subject: Re: azoxystrobin shipment
Fei,

If you can get the goods off loaded in St. Louis, Denise can set up trucks to deliver the goods to Agraform.

I think the trucking expense should be between $3-500 per truck.

With that in mind, we will still save around $2,200 in doing so.

Outside Counsel Only

WW008935

Please keep us posted as you know more.

Thanks,

**Brian Heinze**
President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office



**From:** fei <fei@willowoodhk.com>
**Date:** Sunday, November 2, 2014 11:11 PM
**To:** Brian Heinze <brianh@willowoodusa.com>, Niki Sulffridge <nikis@willowoodusa.com>
**Cc:** kitty <kitty@willowoodhk.com>, sathish <sathish@willowoodhk.com>, 'Vijay Mundhra' <vijaymundhra@gmail.com>, Amy Stewart <amys@willowoodusa.com>, Jack Firkins <jackf@willowoodusa.com>
**Subject:** Re: Re: azoxystrobin shipment

Dear Brian and Niki,

For Azoxystrobin tech, 2x20'GP to MO 63111,the freight is $4200.00x2=$8400.00

1x40'GP to ST LOUIS, MO RAMP,the freight is $5250.00/40'GP, but the truck cost and devanning cost is pending, they need to find a warehouse first.

Can you estimate the whole the cost ? Then we can decide how to ship it.

*Best Regards*
-------------------------------------------------------
*Fei*
*Willowood(Hangzhou)Co.,Ltd*
*Room2003,Golden Plaza,No.118 Qingchun*

Outside Counsel Only

WW008936

Road,Hangzhou,China
Tel No:+86 571 28006787 fax No.:+86 571 87700371
Mob:+86 13567184654 Email:fei@willowoodhk.com
2014-11-03

**From:** fei
**Date:** 2014-10-28 18:21
**To:** brianh; nikis
**CC:** kitty; sathish, 'Vijay Mundhra'; amys; jackf
**Subject:** Re: Re: azoxystrobin shipment

Dear Brian,

I understand, we can let agent to arrange this for you! Our purpose is saving the cost and ship it fast and safely.

Can you advice the final address to me? then I can give check the cost with agent, we can compare the cost and the transit time.

**Best Regards**
-------------------------------------------------
------
**Fei**
Willowood(Hangzhou)Co.,Ltd
Room2003,Golden Plaza,No.118 Qingchun Road,Hangzhou,China
Tel No:+86 571 28006787 fax No.:+86 571 87700371
Mob:+86 13567184654 Email:fei@willowoodhk.com
2014-10-28

**From:** Brian Heinze
**Date:** 2014-10-28 18:11
**To:** Niki Sulffridge; fei
**CC:** kitty; sathish; Vijay Mundhra; Amy Stewart; Jack Firkins
**Subject:** Re: azoxystrobin shipment

Fei,

These shipments need to be made door to door.

We have always done this and I am also

Outside Counsel Only

WW008937

confused why you would ask us to move the goods once they arrive to the US.

Please make sure the goods are rated door to door.

We don't have the staffing to handle the inland portion of the shipments, plus it adds significant cost to the freight.

Thanks,

**Brian Heinze**
President & CEO
Willowood USA, LLC
1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 643-6746 Mobile
(541) 679-9963 Office



**From:** Niki Sulffridge
<nikis@willowoodusa.com>
**Date:** Monday, October 27, 2014
10:44 AM
**To:** fei <fei@willowoodhk.com>
**Cc:** kitty <kitty@willowoodhk.com>,
sathish <sathish@willowoodhk.com>,
Brian Heinze
<brianh@willowoodusa.com>, Vijay
Mundhra
<vijaymundhra@gmail.com>, Amy
Stewart <amys@willowoodusa.com>,
Jack Firkins
<jackf@willowoodusa.com>
**Subject:** Re: azoxystrobin shipment

Fei, Amy Stewart handles anything to do with logistics, please remember to send these types of things to her with a copy to me. I'm confused as to why we are having to take responsibility at the seaport when we always order door to door, would you please explain?

**Niki Sulffridge**
Production Planner
Willowood USA, LLC

Outside Counsel Only

WW008938

1600 NW Garden Valley Blvd., Suite 120
Roseburg, OR 97471
(541) 679-9963 Office
(541) 679-4650 Fax



**From:** fei <fei@willowoodhk.com>
**Date:** Monday, October 27, 2014 12:13 AM
**To:** Nichole Sulffridge <nikis@willowoodusa.com>
**Cc:** Kitty Yeung <kitty@willowoodhk.com>, Sathish Shetty <sathish@willowoodhk.com>
**Subject:** azoxystrobin shipment

Dear Niki,

We can load 22.5mts Azoxy Tech in 40'GP, but we only can ship it to **Seaport**.Pls arrange the next leg after you clearance.

*Best Regards*

-------------------------------------------------
*Fei*
*Willowood(Hangzhou)Co.,Ltd*
*Room2003,Golden Plaza,No.118 Qingc hun Road,Hangzhou,China*
*Tel No:+86 571 28006787  fax No.:+86 571 87700371*
*Mob:+86 13567184654  Email:fei@willowoodhk.com*
2014-10-27

Outside Counsel Only                                                                 WW008939

Case 1:15-cv-00274-CCE-JEP    Document 164-15    Filed 05/01/17    Page 11 of 11