# Exhibit 15

| | |
|---|---|
| From: | Vijay Mundhra <vijay@willowoodhk.com> |
| Sent: | 8/20/2015 10:44:21 PM -0400 |
| To: | Brian Heinze <brianh@willowoodusa.com> |
| CC: | Joe Middione <joem@willowoodusa.com>; Andy King <andyk@willowoodusa.com> |
| Subject: | RE: Fall Azoxy Run |
| Attachments: | image003.jpg; image002.jpg; image004.jpg |

Brian,

I will do my best and make it happen.

---

**From:** Brian Heinze [mailto:brianh@willowoodusa.com]
**Sent:** Friday, August 21, 2015 2:00 AM
**To:** Vijay Mundhra
**Cc:** Joe Middione; Andy King
**Subject:** Re: Fall Azoxy Run

Thanks Vijay!

Again, we need to make sure this arrives to Agraform by the end of October or else we will not make all of it on time to sell in in December,

**Brian Heinze**

**President & CEO**

**Willowood USA, LLC**

**1600 NW Garden Valley Blvd., Suite 120**

**Roseburg, OR 97471**

**(541) 643-6746 Mobile**

**(541) 679-9963 Office**



**From:** Vijay Mundhra <vijay@willowoodhk.com>

EXHIBIT
Mundhra 81
8-23-16

Outside Counsel Only

WW011039

Case 1:15-cv-00274-CCE-JEP    Document 164-16    Filed 05/01/17    Page 2 of 9

Date: Wednesday, August 19, 2015 at 8:02 PM
To: Brian Heinze <brianh@willowoodusa.com>
Cc: Joe Middione <joem@willowoodusa.com>, Andy King <andyk@willowoodusa.com>
Subject: RE: Fall Azoxy Run

Brian,

Astec has confirmed they will deliver the product within 3 weeks, wwe plan to ship mid September so no reason why it can not arrive end October.

I am not satisfied with Azoxy prices being offered by Zenith and am still negotiating it I hope it to be below 29/kg and will settle it within this week and revert.

Regards

Vijay

---

From: Brian Heinze [mailto:brianh@willowoodusa.com]
Sent: Thursday, August 20, 2015 3:01 AM
To: Vijay Mundhra
Cc: Joe Middione; Andy King
Subject: Re: Fall Azoxy Run

Excellent!

Astec it is.

As previously mentioned, my only concern is timing.

Please do whatever you can to get both technicals shipped as soon as possible.

Outside Counsel Only

WW011040

If the goods do not arrive until late October and Agraform has any issues, we may not get all the material produced prior to the end of the year,

**Brian Heinze**

President & CEO

Willowood USA, LLC

1600 NW Garden Valley Blvd., Suite 120

Roseburg, OR 97471

(541) 643-6746 Mobile

(541) 679-9963 Office

---

From: Vijay Mundhra <vijay@willowoodhk.com>
Date: Wednesday, August 19, 2015 at 3:04 AM
To: Brian Heinze <brianh@willowoodusa.com>
Cc: Joe Middione <joem@willowoodusa.com>, Andy King <andyk@willowoodusa.com>
Subject: RE: Fall Azoxy Run

Brian,

Sorry, I made a mistake I my earlier e mail, price from Astec is 15.2/kg for 95% and from Seven c is 15.8/kg for 95% both on 90 days basis, further buying from Astec will allow us the benefit of 6.5% import tax.

Hope its clear.

Regards

Vijay

Outside Counsel Only

WW011041

**From:** Brian Heinze [mailto:brianh@willowoodusa.com]
**Sent:** Wednesday, August 19, 2015 4:09 AM
**To:** Vijay Mundhra
**Cc:** Joe Middione; Andy King
**Subject:** Re: Fall Azoxy Run

Vijay,

Astec's Propiconazole Technical is only 95% whereas Seven Continents is 96 98% based on price.

Please provide an apples to apples comparison on price without consideration of the GSP benefit to us.

Listed below are the quantities of both technical that we will need to arrive to Agraform by mid-October and no later that November 1st:

Azoxystrobin Technical   28MT from Zenith

Propiconazole Technical   24MT from Astec or Seven Continents based on price and required delivery date.

Thanks and let me know if you have any other questions,

**Brian Heinze**

**President & CEO**

**Willowood USA, LLC**

**1600 NW Garden Valley Blvd., Suite 120**

**Roseburg, OR 97471**

**(541) 643-6746 Mobile**

**(541) 679-9963 Office**

Outside Counsel Only

WW011042



**From:** Vijay Mundhra <vijay@willowoodhk.com>
**Date:** Monday, August 17, 2015 at 7:31 PM
**To:** Brian Heinze <brianh@willowoodusa.com>
**Cc:** Joe Middione <joem@willowoodusa.com>, Andy King <andyk@willowoodusa.com>
**Subject:** RE: Fall Azoxy Run

Brian,

As we have 6.5% duty advantage from India, I think it makes all the sense to import Propiconazole tech from India, there price is equally competitive if not better and I do not see any problem on delivery if informed in time now.

Pls let me know the quantity required ASAP as I assume it will required to be shipped by sept middle.

Regards

Vijay

---

**From:** Brian Heinze [mailto:brianh@willowoodusa.com]
**Sent:** Tuesday, August 18, 2015 6:28 AM
**To:** Vijay Mundhra
**Cc:** Joe Middione; Andy King
**Subject:** FW: Fall Azoxy Run

Vijay,

We need to start planning for both our Azxoy and Prop Technicals for this upcoming campaign.

To make it quicker and easier I think both should come from China unless you think Astec can deliver

Outside Counsel Only

WW011043

the Prop technical on time to meet this tolling slot.

Please let me know your thoughts.

Thanks,

**Brian Heinze**

**President & CEO**

**Willowood USA, LLC**

**1600 NW Garden Valley Blvd., Suite 120**

**Roseburg, OR97471**

**(541) 643-6746 Mobile**

**(541) 679-9963 Office**



---

**From:** Ron Cunningham <ron.cunningham@agraform.com>
**Date:** Monday, August 17, 2015 at 3:12 PM
**To:** Brian Heinze <brianh@willowoodusa.com>
**Cc:** Doug Baskett <doug.baskett@agraform.com>, Bill McVeagh <bill.mcveagh@agraform.com>, Kent Boncek <kboncek@agraform.com>, Curt Rosse <crosse@agraform.com>
**Subject:** Fall Azoxy Run

Hi Brian,

Just want to confirm that we do have a train available for the Azoxy (10-20k gal) & Azoxy/Prop (30k gal) this fall.
Campaign target window: Start mid to late October and be complete by early December. (Back to Back runs with partial wash in between, same as last time)

Feel free to move forward in securing the tech & raw materials.

**Special Note:** Please call my cell when you get a chance, I have a quick question regarding registrations.

Outside Counsel Only

WW011044

Thanks,
Ron

--

*Contact Info:*
*Ron Cunningham*
*Cell: 314-971-5667*



*133 East Krauss Street*
*Saint LouisMO63111*
*Plant: 314-353-5325*
*Fax: 314-351-6958*
*Email: ron.cunningham@agraform.com*
*Web: http://www.agraform.com*

Outside Counsel Only                                                                                                      WW011045

Case 1:15-cv-00274-CCE-JEP   Document 164-16   Filed 05/01/17   Page 8 of 9