# Exhibit 16

| From: | Brian Heinze <brianh@willowoodusa.com> |
|---|---|
| Sent: | 12/23/2013 7:12:43 PM -0500 |
| To: | Vijay Mundhra <vijay@willowoodhk.com>; Joe Middione <joem@willowoodusa.com>; Andy King <andyk@willowoodusa.com> |
| Subject: | FW: Azoxystrobin |
| Attachments: | 20131223 Active Azoxystrobin registrations.txt |

Guys,

Here is the lists of active and pending registrations for Azoxystorbin.

Looks like NuFArm could be first, Cheminove second, WW USA third, followed by Albaugh.

Not sure who Irvita is.

I think we need to start getting our partners lined up early in 2014.

Let me know if you have questions,

**Brian Heinze**
**President & CEO**
**Willowood USA, LLC**
**1600 NW Garden Valley Blvd., Suite 120**
**Roseburg, OR 97471**
**(541) 643-6746 Mobile**
**(541) 679-9963 Office**

**WILLOWOOD USA**

**From:** Mike Kellogg <Mike@PyxisRC.com>
**Date:** Monday, December 23, 2013 3:39 PM
**To:** Brian Heinze <brianh@willowoodusa.com>
**Subject:** Azoxystrobin

Brian,

Per your request I've attached an NPIRS search listing the active azoxystrobin registrations. I've also attached a Word document listing the pending applications for companies who have submitted registration applications since 2011 for azoxystrobin.

Regards,
Mike Kellogg
Pyxis Regulatory Consulting, Inc.
4110 136th St. NW
Gig Harbor, WA 98332
T: 253-853-7369
F: 253-853-5516

ATTORNEYS' EYES ONLY

WW025053