# Exhibit 24

**RESERVED**