# Exhibit 26



| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Chemical Safety and Pollution Prevention<br>Office of Pesticide Programs<br>Registration Division (7504P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, DC 20460 | EPA Reg. Number:<br>87290-56 | Date of Issuance:<br>JUN 1 1 2014 |
|---|---|---|
| **NOTICE OF PESTICIDE:**<br>X   Registration<br>___ Reregistration<br>Under FIFRA, as amended | Term of Issuance:<br>Conditional<br><br>Name of Pesticide Product:<br>**Willowood AzoxyProp Xtra** | |

| Name and Address of Registrant (include ZIP Code):<br>**Willowood, LLC**<br>**1600 NW Garden Valley Blvd., Suite 120**<br>**Roseburg, OR 97471** | Mailed to:<br>**Pyxis Regulatory Consulting, Inc.**<br>**4110 136th St. NW**<br>**Gig Harbor, WA 98332** |
|---|---|

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act. Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

The application referred to above, submitted under the Federal Insecticide, Fungicide, and Rodenticide Act, as amended is acceptable under FIFRA sec. 3(c)(7)(A) subject to the following conditions:

1. You must submit and/or cite all data required for registration/reregistration/ registration review of your product when the Agency requires all registrants of similar products to submit such data.

2. You are required to comply with the azoxystrobin Data Call-In identified below in a timely and adequate manner and submit your responses to Kelly Ballard. DCI#

Page 1 of 2

| Signature of Approving Official:<br><br>*Shaja B. Joyner* (signature)<br><br>Shaja B. Joyner, Product Manager (20)<br>Fungicide Branch/Registration Division/OPP/OCSPP (7504P) | Date:<br><br>JUN 1 1 2014 |
|---|---|

EPA Form 8570-6