Exhibit 27



| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Chemical Safety and Pollution Prevention<br>Office of Pesticide Programs<br>Registration Division (7504P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, DC 20460 | EPA Reg. Number:<br>42750-261 | Date of Issuance:<br>JUL 02 2014 |
|---|---|---|
| **NOTICE OF PESTICIDE:**<br>**X** Registration<br>___ Reregistration<br>Under FIFRA, as amended | Term of Issuance:<br>Conditional | |
| | Name of Pesticide Product:<br>**Azoxystrobin 22.9% SC** | |

**Name and Address of Registrant (include ZIP Code):**
**Albaugh, LLC**
**P.O. Box 2127**
**Valdosta, GA 31604-2127**

Note: Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act. Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

The application referred to above, submitted under the Federal Insecticide, Fungicide, and Rodenticide Act, as amended is acceptable under FIFRA sec. 3(c)(7)(A) subject to the following conditions:

1. You must submit and/or cite all data required for registration/reregistration/registration review of your product when the Agency requires all registrants of similar products to submit such data.

2. You are required to comply with the azoxystrobin Data Call-In identified below in a timely and adequate manner and submit your responses to Kelly Ballard. DCI#

Page 1 of 2

**Signature of Approving Official:**

Shaja B. Joyner, Product Manager (20)
Fungicide Branch/Registration Division/OPP/OCSPP (7504P)

**Date:** JUL 02 2014

EPA Form 8570-6

| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Chemical Safety and Pollution Prevention<br>Office of Pesticide Programs<br>Registration Division (7504P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, DC 20460<br><br>NOTICE OF PESTICIDE:<br>__X__ Registration<br>_____ Reregistration<br>(Under FIFRA, as amended) | EPA Reg.<br>42750-262 | Date of Issuance:<br>JUN 23 2014 |
|---|---|---|
| | | Term of Issuance:<br>**Conditional** |
| | Name of Pesticide Product:<br>**Azoxystrobin TGAI** | |

| Name and Address of Registrant (include ZIP Code):<br>Albaugh, Inc.<br>P.O. Box 2127<br>Valdosta, GA 31604-2127 | Attn:<br>Morris Gaskins |
|---|---|

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act. Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

The application referred to above, submitted under the Federal Insecticide, Fungicide, and Rodenticide Act, as amended is acceptable under FIFRA sec. 3(c)(7)(A) subject to the following conditions:

1. You must submit and/or cite all data required for registration/reregistration/ registration review of your product when the Agency requires all registrants of similar products to submit such data.

2. You are required to comply with the azoxystrobin Data Call-in identified below in a timely and adequate manner and submit your responses to Kelly Ballard. DCI# GDCI-128810-892, issued on 11/9/2011. A copy of the DCI is attached.

Continued on page 2

| Signature of Approving Official:<br><br>Shaja B. Joyner<br>Product Manager 20, Fungicide Branch | Date:<br>JUN 23 2014 |
|---|---|

EPA Form 8570-6

Case 1:15-cv-00274-CCE-JEP   Document 164-28   Filed 05/01/17   Page 3 of 10

|  U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460<br>**NOTICE OF PESTICIDE:**<br>  X  Registration<br>____ Reregistration<br>(under FIFRA, as amended) | **EPA Reg. Number:**<br>42750-284 | **Date of Issuance:**<br>3/19/2015 |
|---|---|---|
| | **Term of Issuance:**<br>Conditional | |
| | **Name of Pesticide Product:**<br>Azoxystrobin 9.6% ST Fungicide | |

| **Name and Address of Registrant (include ZIP Code):**<br>Albaugh, LLC<br>P.O. Box 2127<br>Valdosta, GA 31604-2127 | **Mailed To:**<br>Morris Gaskins |
|---|---|

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

| **Signature of Approving Official:**<br><br>Shaja B. Joyner, Product Manager 20<br>Fungicide and Herbicide Branch<br>Registration Division (7505P) | **Date:**<br>3/19/2015 |
|---|---|

EPA Form 8570-6

Registration Notice Conditional v.20141114

| | U.S. ENVIRONMENTAL PROTECTION AGENCY | EPA Reg. Number: | Date of Issuance: |
|---|---|---|---|
|  | Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | 42750-285 | 12/23/2014 |
| | NOTICE OF PESTICIDE:<br>__X__ Registration<br>_____ Reregistration<br>(under FIFRA, as amended) | Term of Issuance:<br>Conditional | |
| | | Name of Pesticide Product:<br>Azoxystrobin 11% + Tebuconazole 18% FL | |

| Name and Address of Registrant (include ZIP Code): | Mailed To: |
|---|---|
| Albaugh, LLC<br>P.O. Box 2127<br>Valdosta, Georgia 31604-2127 | Morris Gaskins |

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

| Signature of Approving Official: | Date: |
|---|---|
| *[signature]*<br>Hope A. Johnson, Product Manager 21<br>Fungicide Branch, Registration Division (7505P) | 12/23/2014 |

EPA Form 8570-6

Registration Notice Conditional v.20141114

|  U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | **EPA Reg. Number:**<br>42750-289 | **Date of Issuance:**<br>6/12/2015 |
|---|---|---|
| **NOTICE OF PESTICIDE:**<br>__X__ Registration<br>____ Reregistration<br>(under FIFRA, as amended) | **Term of Issuance:**<br>Conditional | |
| | **Name of Pesticide Product:**<br>Azoxystrobin 13.5% + Propiconazole 11.7% SE | |

**Name and Address of Registrant (include ZIP Code):**

Morris Gaskins
Albaugh, LLC
P.O. Box 2127
Valdosta, Georgia 31604-2127

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

**Signature of Approving Official:**

*Shaja B. Joyner*

Shaja B. Joyner, Product Manager 20
Fungicide-Herbicide Branch
Registration Division 7505P

**Date:**

6/12/2015

EPA Form 8570-6

Registration Notice Conditional v.20150320

|  U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | **EPA Reg. Number:**<br><br>42750-290 | **Date of Issuance:**<br><br>6/12/15 |
|---|---|---|
| **NOTICE OF PESTICIDE:**<br>  X  Registration<br>      Reregistration<br>(under FIFRA, as amended) | **Term of Issuance:**<br><br>Conditional | |
| | **Name of Pesticide Product:**<br><br>Azoxystrobin 7.0% + Propiconazole 11.7% SE | |

**Name and Address of Registrant (include ZIP Code):**

Morris Gaskins
Albaugh, LLC
P.O. Box 2127
Valdosta, Georgia 31604-2127

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

| **Signature of Approving Official:**<br><br>*Shaja B. Joyner* [signature]<br><br>Shaja B. Joyner, Product Manager 20<br>Fungicide-Herbicide Branch<br>Registration Division 7505P | **Date:**<br><br>6/12/15 |
|---|---|

EPA Form 8570-6

| | U.S. ENVIRONMENTAL PROTECTION AGENCY | EPA Reg. Number: | Date of Issuance: |
|---|---|---|---|
|  | Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | 42750-291 | 6/22/15 |
| | NOTICE OF PESTICIDE:<br> X  Registration<br>___ Reregistration<br>(under FIFRA, as amended) | **Term of Issuance:**<br>Conditional | |
| | | **Name of Pesticide Product:**<br>Azoxystrobin 5.7% + Propiconazole 9.5% ME T&O | |

**Name and Address of Registrant (include ZIP Code):**

Morris Gaskins
Registrations Manager
Albaugh, LLC
P.O. Box 2127
Valdosta, GA 31604-2127

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

| **Signature of Approving Official:** | **Date:** |
|---|---|
| *Shaja B. Joyner* (signature)<br>Shaja B. Joyner, Product Manager 20<br>Fungicide-Herbicide Branch<br>Registration Division 7505P | 6/22/15 |

Registration Notice Conditional v.20150320

| | U.S. ENVIRONMENTAL PROTECTION AGENCY | EPA Reg. Number: | Date of Issuance: |
|---|---|---|---|
|  | Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | 42750-292 | 6/11/15 |
| | NOTICE OF PESTICIDE:<br> X  Registration<br>___ Reregistration<br>(under FIFRA, as amended) | **Term of Issuance:**<br>Conditional | |
| | | **Name of Pesticide Product:**<br>AZOXY 11% + TEB 26% FL | |

**Name and Address of Registrant (include ZIP Code):**

Morris Gaskins
Albaugh, LLC
1525 NE 36th Street
Ankeny, IA 50021

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

| **Signature of Approving Official:** | **Date:** |
|---|---|
| *[signature]*<br>Hope Johnson, Product Manager 21<br>Fungicide Branch, Registration Division (7505P) | 6/11/15 |

EPA Form 8570-6

Registration Notice Conditional v.20150320

|  U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | **EPA Reg. Number:**<br>42750-297 | **Date of Issuance:**<br>3/31/16 |
|---|---|---|
| **NOTICE OF PESTICIDE:**<br>__X__ Registration<br>____ Reregistration<br>(under FIFRA, as amended) | **Term of Issuance:**<br>Conditional | |
| | **Name of Pesticide Product:**<br>Azoxystrobin TGAI II | |

**Name and Address of Registrant (include ZIP Code):**

Ailis Gregory
Albaugh, LLC
P.O. Box 2127
Valdosta, GA 31604

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

| **Signature of Approving Official:**<br><br>*Shaja B. Joyner* (signature)<br><br>Shaja B. Joyner, Product Manager 20<br>Fungicide-Herbicide Branch<br>Registration Division 7505P | **Date:**<br><br>3/31/16 |
|---|---|

EPA Form 8570-6
Registration Notice Conditional v.20150320