# Exhibit 28

# U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of Chemical Safety and Pollution Prevention
Office of Pesticide Programs
Registration Division (7504P)
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

| | |
|---|---|
| EPA Reg. 67760-124 | Date of Issuance: APR 2 3 2014 |
| | Term of Issuance: **Conditional** |

**NOTICE OF PESTICIDE:**
    X    Registration
    ___ Reregistration
    (Under FIFRA, as amended)

Name of Pesticide Product:
**Azoxystrobin 250 G/L SC**

**Name and Address of Registrant (include ZIP Code):**
Cheminova, Inc.
1600 Wilson Blvd. Suite 700
Arlington, VA 22209

**Attn:**
Paula Bodey
Director, Regulatory Affairs

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act. Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

The application referred to above, submitted under the Federal Insecticide, Fungicide, and Rodenticide Act, as amended is acceptable under FIFRA sec. 3(c)(7)(A) subject to the following conditions:

1. You must submit and/or cite all data required for registration/reregistration/ registration review of your product when the Agency requires all registrants of similar products to submit such data.

2. You are required to comply with the azoxystrobin Data Call-in identified below in a timely and adequate manner and submit your responses to Kelly Ballard. DCI# GDCI-128810-892, issued on 11/9/2011. A copy of the DCI is attached.

Continued on page 2

Signature of Approving Official:
Shaja B. Joyner
Product Manager 20, Fungicide Branch

Date: 4/23/14

EPA Form 8570-6

|  U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460<br>**NOTICE OF PESTICIDE:**<br>  X  Registration<br>      Reregistration<br>(under FIFRA, as amended) | **EPA Reg. Number:**<br>67760-129 | **Date of Issuance:**<br>10/22/2014 |
|---|---|---|
| | **Term of Issuance:**<br>Conditional | |
| | **Name of Pesticide Product:**<br>Azoxystrobin 296 g/L + Flutriafol 218 g/L SC | |

**Name and Address of Registrant (include ZIP Code):**

Paula Bodey
Cheminova, Inc.
P.O. Box 110566
Research Triangle Park, NC 27709

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

| **Signature of Approving Official:**<br><br>*[signature]*<br><br>Shaja B. Joyner, Product Manager 20<br>Fungicide-Herbicide Branch<br>Registration Division 7505P | **Date:**<br><br>10/22/14 |
|---|---|

EPA Form 8570-6

Case 1:15-cv-00274-CCE-JEP     Document 164-29     Filed 05/01/17     Page 3 of 4     SYN 291255

|  U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Registration Division (7505P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | **EPA Reg. Number:**<br>67760-130 | **Date of Issuance:**<br>01/20/2015 |
|---|---|---|
| **NOTICE OF PESTICIDE:**<br>__X__ Registration<br>____ Reregistration<br>(under FIFRA, as amended) | **Term of Issuance:**<br>Conditional | |
| | **Name of Pesticide Product:**<br>Azoxystrobin 141.1 g/L & Propiconazole 122.2 g/L Fungicide | |

**Name and Address of Registrant (include ZIP Code):**

Jennifer DeCarlo
Cheminova, Inc.
1600 Wilson Blvd.
Arlington, VA 22209

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA section 3(c)(7)(A). You must comply with the following conditions:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product under FIFRA when the Agency requires all registrants of similar products to submit such data.

**Signature of Approving Official:**

*Shaja B. Joyner*
Shaja B. Joyner, Product Manager 20
Fungicide-Herbicide Branch
Registration Division 7505P

**Date:**
01/20/2015

EPA Form 8570-6

Registration Notice Conditional v.20141114