# Exhibit 29

**RESERVED**