# Exhibit 30

# FMC Buys Cheminova for $1.8 Billion and Revises Breakup

Andrew Noel and Jack Kaskey
September 8, 2014, 3:22 PM CDT

FMC Corp. agreed to acquire Danish pesticide maker Cheminova for $1.8 billion, including debt, as Chief Executive Officer Pierre Brondeau builds up the crop chemicals division and reduces the scale of a planned breakup.

The acquisition, to be completed in early 2015, will add to profit in the first full year, Philadelphia-based FMC said today in a statement. The price for the unit of Lemvig, Denmark-based Auriga Industries A/S includes $340 million of debt, Brondeau, who is also chairman of FMC, said on a conference call.

Brondeau is buying Cheminova as he revises a March plan <http://www.bloomberg.com/news/articles/2014-03-10/fmc-plans-split-to-separate-agricultural-lithium-units> to spin off all mineral businesses. He'll instead sell alkali chemical assets while retaining the unit that makes lithium, used in rechargeable batteries that power electronics. The moves will boost agricultural chemicals to 77 percent of revenue, from 55 percent, with sales in Europe to rise the most, FMC said.

"That's exactly where I wanted to go," Brondeau said today by phone. "I want a very high focus" on agriculture, health and nutrition, he said.

Proceeds from FMC's planned sale of its alkali chemicals business, the world's largest maker of natural soda ash used to make paper and glass, will allow it to pay down some of the debt needed to complete the purchase of Cheminova, Brondeau said.

FMC rose 0.8 percent to $66.12 at the close in New York. Auriga gained 1.1 percent to 308.50 kroner in Copenhagen.

## Insecticide Focus

Cheminova has 2,200 employees and sales in more than 100 countries exceeding $1.2 billion last year. More than two-thirds of sales are in Europe and Latin America, with insecticides ranking as the biggest business, followed by herbicides and fungicides.

FMC is paying about 11.7 times earnings before interest, taxes, depreciation and amortization in the past 12 months, Cheminova Chief Financial Officer Rene Schneider said by phone. The Ebitda multiple is 11 times based on estimated full-year results, FMC Chief Financial Officer Paul W. Graves said on the conference call.

Cheminova's earnings before interest and taxes will rise to a "high teens" percentage of sales compared with a profit margin currently lower than 10 percent, Graves said. The gains will come from expanded sales opportunities and eliminating duplicate functions, he said.

Auriga plans to hold a special meeting of shareholders in October to approve the transaction, the company said in a separate statement.

FMC will retain its lithium unit, which makes the metal from brine in Argentina, because of change-in-control provisions in its mining contract with the South American country, Brondeau said.

## Reverse Spin

FMC was planning a so-called reverse spin in which the smaller minerals business would spin off the rest of the company to get around the change-in-control provisions, he said in the interview. A reverse spin won't work for the lithium unit alone, as it's too small to succeed independently, he said.

FMC, which already supplies lithium used by Panasonic Corp. to make batteries for Tesla Motors Inc., expects to be a supplier to Tesla's planned gigafactory <http://www.bloomberg.com/news/articles/2014-09-05/musk-sees-tesla-s-future-in-diamond-shaped-gigafactory-> in Nevada, Brondeau said.

"Maybe they are starting to see with the announcement from Tesla on the gigafactory that there is more opportunity in lithium than they had thought previously," James Sheehan, an Atlanta-based analyst at Suntrust Robinson Humphrey Inc. who rates FMC neutral, said by phone today.

The Cheminova deal follows Platform Specialty Products Corp.'s purchase of Chemtura Corp.'s agrochemicals business for about $1 billion earlier this year, in a further sign that makers of active ingredients and crop protection are being snapped up. Platform was co-founded by Nicolas Berggruen and backed by hedge fund manager Bill Ackman.

## 'Very Competitive'

"The sale process has been very competitive, with a lot of interest," Schneider said. With FMC, "the strategies match, with similar ambitions in research and development, and a good complementary in geography."

Cheminova competes with Syngenta AG, Dow Chemical Co. and BASF SE as well as Nufarm Ltd. and Adama Agricultural Solutions Ltd.

Alkali chemicals are "highly profitable and cash generative" and will attract "many interested buyers," Brondeau said in the statement. FMC is looking to complete the disposal by mid-2015.

Goldman Sachs acted as financial adviser to FMC and Wachtell, Lipton, Rosen & Katz acted as legal counsel. Citigroup provided additional financial advice and committed debt facilities.

JP Morgan Chase & Co. advised Auriga. After redistributing the proceeds of the sale to shareholders, Auriga will be dissolved, Schneider said.

Terms of Service  Trademarks  Privacy Policy
©2017 Bloomberg L.P. All Rights Reserved
Careers  Made in NYC  Advertise  Ad Choices  Website Feedback  Help

Case 1:15-cv-00274-CCE-JEP     Document 164-31     Filed 05/01/17     Page 5 of 5