# Exhibit 31



Select Page

# AZOXY 2SC

Azoxy 2SC is a broad spectrum, systemic fungicide that provides excellent, long lasting disease control on a number of key crops including, but not limited to: corn, potato, soybean, vegetables, grapes and nut crops. Improves overall plant health by controlling key yield-robbing diseases.



For specific use instructions see back or refer to Willowood Azoxy 2SC product label.

**ACTIVE INGREDIENT:**

Azoxystrobin: methyl (*E*)-2-{2-[6-(2-cyanophenoxy) pyrimidin-4-yloxy]phenyl}-3-methoxyacrylate*............................................24.5%
**OTHER INGREDIENTS:** ................................................................................... 77.1%
**TOTAL:** ........................................................................................................ **100.0%**
Contains 2.08 lbs. of active ingredient per gallon.
*IUPAC

**Willowood Azoxy 2SC State Registrations**

(Go to Agrian.com for current state registration information).

Agrian Label Search



**EPA Reg. No.** 87290-44

**Category:** Fungicide

**Documents:**

 Specimen Label

 SDS

**Crops:** Alfalfa, Citrus, Corn, Grapes, Grass Seed, Rice, Soybeans, Sugar Beets, Tree Fruit and Nuts, Vegetables

ABOUND® and QUADRIS® are registered trademarks of Syngenta Group Company.



© 2017 Willowood USA. All Rights Reserved.