# Exhibit 32



Select Page

# AZOXYPROP XTRA

Willowood AzoxyProp Xtra is a broad-spectrum, multiple mode-of action, preventative fungicide with systemic and curative properties recommended for the control of many important plant diseases.

Willowood AzoxyProp Xtra may be applied as a foliar spray in alternating spray programs or in tank mixes with other crop protection products.

For specific use instructions see back or refer to Willowood AzoxyProp Xtra product label.



**ACTIVE INGREDIENT:**

Azoxystrobin:................................................................................................13.5%
Propiconazole:...............................................................................................11.7%
**OTHER INGREDIENTS:** ...............................................................................<u>74.8%</u>
**TOTAL:** ................................................................................................... **100.0%**

Contains 1.02 lb. a.i. propiconazole and 1.18 lb. a.i. azoxystrobin per gallon. Willowood AzoxyProp Xtra is a suspo-emulsion formulation.

**Willowood AzoxyProp Xtra State Registrations**

(Go to Agrian.com for current state registration information).

Agrian Label Search



**EPA Reg. No.** 87290-56

**Category:** Fungicide

**Documents:**

 Specimen Label

 SDS

**Crops:** Corn, Grass Seed, Rice, Soybeans, Sugar Beets, Vegetables

QUILT XCEL® is a registered trademark of Syngenta Group Company.



© 2017 Willowood USA. All Rights Reserved.