# Exhibit 34

# CROP INSURANCE TODAY

MAY 2016 • VOL. 49, NO. 2

**2015** The Year In Review

Industry Leaders Meet, **Plan for the Future**

PUBLICATION OF NATIONAL CROP INSURANCE SERVICES®

### Table 2. Major Revenue Policy Base Prices[1]

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | % CHANGE 2014-15 | % CHANGE 2015-16 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wheat, Winter ($/bu) (KS) | 8.77 | 5.42 | 7.14 | 8.62 | 8.78 | 7.02 | 6.30 | 5.20 | -10.3 | -17.5 |
| Wheat, Spring ($/bu) (ND) | 6.20 | 5.43 | 9.89 | 7.84 | 8.44 | 6.51 | 5.85 | 5.13 | -10.1 | -12.3 |
| Corn ($/bu) (IL) | 4.04 | 3.99 | 6.01 | 5.68 | 5.65 | 4.62 | 4.15 | 3.86 | -10.2 | -7.0 |
| Soybeans ($/bu) (IL) | 8.80 | 9.23 | 13.49 | 12.55 | 12.87 | 11.36 | 9.37 | 8.85 | -14.3 | -9.0 |
| Upland Cotton ($/lb) (MS) | 0.55 | 0.72 | 1.15 | 0.94 | 0.81 | 0.78 | 0.63 | 0.62 | -19.2 | -1.6 |
| RICE ($/cwt) | 13.10 | 14.00 | 16.10 | 14.70 | 15.70 | 13.90 | [2] | 11.90 | [2] | [2] |

[1] Revenue Protection for 2011-15 and Revenue Assurance for prior years.
[2] Due to insufficient futures price data, revenue insurance is not available in 2015.
Source: Various RMA Manager's Bulletins

the December delivery futures contract was used. RMA uses the volatility factor to simulate an expected price distribution for the crop. This distribution is then used to simulate price risk and establish the price risk factor of the premium rate for revenue plans associated with that crop. Accordingly, a high IV indicates a greater likelihood for larger price movements while a lower IV implies a more stable market with futures prices expected to move within a smaller range. Other things being equal, the higher the IV the higher the premium for the same insurance policy option and level of coverage.

Historical values for IVs for selected major crops are shown in Table 3. In 2015, the IV for all crops, except winter wheat, increased implying that the futures market was signaling price risk was expected to be greater in 2015. However, as indicated in Figure 11, prices for major crops, such as corn, traded in a relatively narrow range helping to contribute to a positive gross underwriting gain overall.

The changes in futures prices during 2015 from the time the base prices were established and the harvest period are shown in Figure 12. The harvest prices shown are the average daily prices for the harvest month for the related base price futures contract. The harvest prices are important as they are used to calculate revenue to establish the level of indemnity for Revenue Protection (RP) policies. A general weakening in the soybean and corn markets resulted in around an eight percent decline in harvest prices from their base levels for 2015. These were substantially less than the large drop in harvest prices in corn, 24 percent, and soybeans, 28 percent, in 2014. Increasing stocks, level to slightly higher production, and sluggish demand in 2015 contributed to the fall off in harvest period wheat prices.

*[Information sources for this section include: USDA, Foreign Agricultural Service, P,S&D data base; USDA; Office of the Chief Economist; World Agricultural Supply and*



Figure 12. **Prices for 2015 RP and RP-HPE Plans of Insurance**

### Table 3. Volatility Factors

| | Historical Price Volatility[1] | Volatility Factor[2] | | | | | | | | % CHANGE | % CHANGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1968-2014 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2014-15 | 2015-16 |
| Wheat, Winter ($/bu) | 0.20 | 0.33 | 0.27 | 0.33 | 0.26 | 0.24 | 0.19 | 0.17 | 0.22 | -10.5 | 29.4 |
| Wheat, Spring ($/bu) | 0.23 | 0.25 | 0.24 | 0.25 | 0.19 | 0.15 | 0.14 | 0.15 | 0.15 | 7.1 | 0.0 |
| Corn ($/bu) | 0.21 | 0.37 | 0.28 | 0.29 | 0.22 | 0.20 | 0.19 | 0.21 | 0.17 | 10.5 | -19.0 |
| Soybeans ($/bu) | 0.18 | 0.31 | 0.20 | 0.23 | 0.18 | 0.17 | 0.13 | 0.16 | 0.12 | 23.1 | -25.0 |
| Cotton ($/lb) | 0.24 | 0.27 | 0.21 | 0.40 | 0.19 | 0.17 | 0.15 | 0.16 | 0.14 | 6.7 | -12.5 |
| Rice | 0.23 | 0.22 | 0.19 | 0.22 | 0.14 | 0.11 | 0.10 | [3] | 0.15 | [3] | [3] |

[1] Historical volatility values are obtained by fitting log-normal distribution to the time series of the ratio of the harvest price to the base price from 1968 to 2014. For each year in that time period, the harvest and base prices are calculated by using relevant futures prices in that year. Source: Barchart.com
[2] Revenue Protection for 2011-16 and Revenue Assurance for prior years.
[3] Due to insufficient futures price data, revenue insurance is not available in 2015
Source: Various RMA Manger's Bulletins

Case 1:15-cv-00274-CCE-JEP   Document 164-35   Filed 05/01/17   Page 3 of 3