IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No: 1:15-CV-274<br>) |
| WILLOWOOD, LLC, WILLOWOOD USA, LLC, WILLOWOOD AZOXYSTROBIN, LLC, and WILLOWOOD LIMITED, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## SYNGENTA'S AMENDED EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii) and Civil Local Rule 40.1(c), Plaintiff Syngenta Crop Protection, LLC ("Syngenta") provides its Amended Exhibit List. This Amended Exhibit List updates Syngenta's original Exhibit List filed on June 1, 2017 (Dk. 189). In contrast to Willowood's repeated additions of potential trial exhibits in its First through Fourth Amended Exhibit lists, Syngenta's Amended Exhibit List removes or otherwise limits the number of Plaintiff's Trial Exhibits in an effort to narrow the parties' disputes and to streamline trial. Syngenta's Amended Exhibit List contains substantially fewer exhibits than Syngenta's original Exhibit List, to focus on exhibits that have the greatest potential to be used at the trial beginning in less than one week.

In the attached **Exhibit A**, Syngenta identifies the items for possible presentation at

1

trial only to the extent that the exhibit or some portion thereof is admissible pursuant to the Federal Rules of Evidence. By listing these items herein, Syngenta does not admit their relevance or admissibility in this proceeding, and Syngenta reserves the right to object to the admission of any of these items, or at least parts thereof. Syngenta reserves the right to present any item identified on Defendants' exhibit list, whether or not Defendants offer the item at trial. Syngenta also expressly reserves the right to offer or otherwise use at trial any document or exhibit necessary to rebut or respond to any evidence offered by another party or for purposes of impeachment.

**Dated**: August 29, 2017

| | |
|---|---|
| By:  /s/ Hari Santhanam<br>    Russell E. Levine, P.C.<br>    Hari Santhanam<br>    Kourtney Baltzer<br>    Meredith Zinanni<br>    KIRKLAND & ELLIS LLP<br>    300 North LaSalle<br>    Chicago, Illinois 60654<br>    Telephone: (312) 862-2000<br>    Facsimile: (312) 862-2200<br>    russell.levine@kirkland.com<br>    hari.santhanam@kirkland.com<br>    kourtney.baltzer@kirkland.com | By:   /s/  Richard A Coughlin<br>    Richard A Coughlin<br>    North Carolina State Bar No. 19894<br>    C. Bailey King<br>    North Carolina State Bar No. 34043<br>    Whit D. Pierce<br>    North Carolina State Bar No. 46327<br>    SMITH MOORE LEATHERWOOD LLP<br>    300 N. Greene Street, Suite 1400<br>    Greensboro, North Carolina 27401<br>    Telephone: (336) 378-5200<br>    Facsimile: (336) 378-5400<br>    rick.coughlin@smithmoorelaw.com<br>    bailey.king@smithmoorelaw.com<br>    whit.pierce@smithmoorelaw.com |

*Attorneys for Plaintiff Syngenta Crop Protection, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This the 29th day of August, 2017.

/s/ *Hari Santhanam*
Hari Santhanam