# EXHIBIT A

| Plaintiff's Trial Ex. | Bates Range (if applicable) | Description |
|---|---|---|
| 1 | | Certified copy of U.S. Patent No. 5,602,076 |
| 2 | | Certified copy of U.S. Patent No. 5,633,256 |
| 3 | | Certified copy of U.S. Patent No. 5,847,138 |
| 4 | | Certified copy of U.S. Patent No. 8,124,761 |
| 5 | | Curriculum Vitae of Dr. Joseph Fortunak (Appx. A to Fortunak Report) |
| 6.a | SYN 284073-83 | Syngenta DABCO Testing Protocol |
| 6.b | SYN 010181-89 | Syngenta DABCO Testing Results (Part 1) |
| 6.c | SYN 284084-101 | Syngenta DABCO Testing Results (Part 2) |
| 6.d | SYN 287769-816 | Syngenta DABCO Testing Results (Part 3) |
| 7 | WW 022213-221 | Email from V. Mundhra to B. Heinz re DABCO content in Azoxystrobin samples |
| 8 | | [Intentionally Omitted] |
| 9 | WW 019062-193 | EPA Process Submission |
| 10 | | U.S. Patent Application Pub. No. 2003/0092723 (Weintritt) |
| 11 | | Certified copy of File History of U.S. Patent No. 8,124,761 |

| 12 | WW 000001-4 | Intra-Willowood Requirements Purchase Agreement |
|---|---|---|
| 13 | WW 000005-6 | First Amendment to Intra- Willowood Requirements Purchase Agreement |
| 14 | WW 000007-12 | Intra-Willowood Supply Agreement |
| 15 | WW 0000013-16 | Willowood-TaiHe Supply Agreement |
| 16 | WW 000042-53 | Invoices from W-Ltd to W-USA for Azoxystrobin Technical |
| 17.a | | Print out of W-Ltd. Website - Home Page (Not Annotated) |
| 17.b | | [Intentionally Omitted] |
| 17.c | | Print out of W-Ltd. Website - About Us Page (Not Annotated) |
| 17.d | | [Intentionally Omitted] |
| 17.e | | Print out of W-Ltd. Website - Worldwide Offices Page (Not Annotated) |
| 17.f | | [Intentionally Omitted] |
| 17.g | | Print out of W-Ltd. Website - W-USA Page (Not Annotated) |
| 17.h | | [Intentionally Omitted] |
| 17.i | | Print out of W-USA Website - About Us Page (Not Annotated) |
| 17.j | | [Intentionally Omitted] |

| 17.k | | Print out of W-USA Website - Meet the Team Page (Not Annotated) |
|------|--|---------------------------------------------------------------------|
| 17.l | | [Intentionally Omitted] |
| 18 | | Feb. 1, 2010  Press  Release  re Formation of W- USA |
| 19 | WW 026288-297 | Email from B. Heinze to A. Stewart enclosing document re TaiHe Azoxystrobin manufacturing process |
| 20 | WW 026238-50 | Email from C. Hayden to B. Heinze et al. re patent issues and Azoxystrobin manufacturing process, enclosing documents re same |
| 21 | WW 026332-43 | Email from M. Vijay to C. Hayden et al. enclosing photos of factories |
| 22 | WW 026251-54 | Email from C. Hayden to B. Heinze et al. re TaiHe Azoxystrobin manufacturing steps |
| 23 | WW 026362 | Email from C. Hayden to P. Davis et al. re update of Azoxystrobin opinion to reflect Federal Circuit 2015 case law |
| 24 | WW 026302-04 | Email from B.  Heinze  to  V. Mundhra re Azoxy  patent; 3rd parties     and manufacturing process |
| 25 | WW 026320-26 | Email from V. Mundhra to B. Heinze et al. re Azoxy patent and documentation of manufacturing process |
| 26 | WW 026370 | Email from B. Heinze to A. King et al. re Azoxystrobin manufacturing process; patent attorney |
| 27 | WW 026363-69 | Email from V. Mundhra to SSJ et al. re TaiHe Azoxystrobin manufacturing process |
| 28 | WW 026371-77 | Email from V. Mundhra to B. Heinze re Azoxystrobin manufacturing process |

| 29 | WW 026298-301 | Email from V. Mundhra to SSJ et al. re Azoxy patent; 3rd parties and manufacturing process |
|---|---|---|
| 30 | WW 022176-184 | Email from Sophia to V. Mundhra et al., enclosing document re TaiHe Azoxystrobin manufacturing process |
| 31 | WW 026344-48 | Email from V. Mundhra to B. Heinze et al. re Azoxystrobin; chemical zones; written opinions needed |
| 32 | WW 026353-59 | Email from V. Mundhra to SSJ et al. re Azoxystrobin manufacturing process |
| 33 | WW 007367-76 | Safety Data Sheet - Willowood Azoxystrobin Technical |
| 34 | WW 006203-21 | Email from J. Firkins to B. Heinze et al. re SDS - Azoxy, Clom, Gluf Technicals |
| 35 | WW 021017-43 | Willowood USA Azoxyprop Xtra label |
| 36 | WW 001996-97 | Willowood Limited Invoice for Willowood Azoxystrobin, LLC |
| 37 | WW 003277 | Air Turnover Order Freight Release for primary importer Willowood Azoxystrobin, LLC |
| 38 | WW 026416-18 | Email from B. Heinze to V. Mundhra et al. re importation of azoxystrobin; lost profits |
| 39 | WG 00000032 | Email chain among Willowood employees re attempt to find manufacturer using alternative process |
| 40 | WW 008738-39 | Email from J. Middione to B. Heinze et al. re Azoxy 2SC label referencing Syngenta |
| 41 | PYX 006426-30 | Email from SSJ to Rajesh et al. re Azoxystrobin Manufacturing Process |
| 42 | PYX 006444-46 | Email from A. Tillman to C. Hayden re Azoxystrobin Technical |

4

| 43 | PYX 006447-65 | Email from B. Heinze to Rajesh re Azoxystrobin Manufacturing Process |
|----|---------------|---------------------------------------------------------------------|
| 44 | PYX 006466-69 | Email from A. Tillman to B. Heinze re Azoxystrobin Manufacturing Process |
| 45 | SYN 279607-08 | Letter from R. Levine to B. Heinze re potential infringement of U.S. Patent Nos. 5,602,076 and 5,633,256 |
| 46 | SYN 279609 | Letter from B. Heinze to R. Levine denying patent infringement; denying product in Pasco, Washington |
| 47 | SYN 279610-11 | Letter from R. Levine to B. Heinze re Azoxystrobin process patents; manufacturing specifications of Azoxystrobin |
| 48 | SYN 279612 | Letter from C. Hayden to R. Levine, denying Willowood's patent infringements and asserting entitlement to trade secrets |
| 49 | SYN 279613-18 | Letter from R. Levine to C. Hayden, enclosing a draft confidentiality agreement |
| 50 | | [Intentionally Omitted] |
| 51 | | [Intentionally Omitted] |
| 52 | | Willowood Azoxy 2SC label submitted to EPA (Revised 4-23-2014) |
| 53 | WW 026430-508 | Willowood USA - Management Presentation |
| 54 | WW 003071-74 | Email from B. Heinze to V. Mundhra et al. re air shipments of Azoxystrobin |
| 55 | WW 008930-39 | Email from J. Middione to A. King re Azoxystrobin Shipment |

| 56 | WW 019926-36 | Email from B. Heinze to V. Mundhra et al. re air shipment Azoxy to U.S.; 220A air shipment documents |
| --- | --- | --- |
| 57 | WW 011039-45 | Email from V. Mundhra to B. Heinze et al. re fall Azoxy run; pricing |
| 58 | WW 014004-10 | Email from V. Mundhra to B. Heinze et al. re Weekly Report U.S. OXY delay; explosion in Chinese warehouse; miscommunication |
| 59 | WW 025053 | 12/23/2013 B. Heinze Email re getting partners lined up for azoxystrobin business |
| 60 | | Curriculum Vitae of Dr. Benjamin Wilner (Ex. 2 to Report) |
| 61 | | Dr. Benjamin Wilner's Damages Calculations Relating to Patent Claims as Reflected in the Exhibits to his 8/19/2016 Expert Report |
| 62 | WW 010082-83 | Email from J. Middione to M. Heinze et al. re Azoxy Prop Xtra, enclosing 2015 Pricing Matrix (Attachment does not have a bates number) |
| 63 | WW 014576-654 | Collection of emails from M. Heinze to various clients re Willowood Azoxy 2SC price change |
| 64 | WW 014663 | Collection of emails from M. Heinze to clients re Willowood AzoxyProp Xtra price decrease |
| 65 | WW 012693 | Email from M. Heinze to J. Middione re Azoxy pricing |
| 66 | WW 010580-85 | Email from J. Middione to B. Heinze et al. re AzoxyProp prices per pallet |
| 67 | WW 008810-11 | Email from B. Heinze to J. Middione et al. re pricing of Azoxystrobin Technical and delivery |
| 68 | SYN 056311-12 | Email from A. Fisher to E. Tedford re Competitive Fungicides |

| | | |
|---|---|---|
| 69 | | [Intentionally Omitted] |
| 70 | | [Intentionally Omitted] |
| 70.a | SYN 283441-45 | Azoxystrobin Strategy Summary |
| 71 | | [Intentionally Omitted] |
| 72 | | [Intentionally Omitted] |
| 73 | | [Intentionally Omitted] |
| 74 | | W-USA, W-LLC, and W-Azoxy Answer to Complaint |
| 75 | | W-Ltd Answer to Complaint |
| 76 | | 3/15/2016 Willowood's First Supplemental Non- Infringement Contention and Invalidity Contentions |
| 77 | | 6/27/2016 Willowood's Second Supplemental Non- Infringement Contention and Invalidity Contentions |
| 78 | | July 29, 2016 Willowood's Response to Syngenta's First Set of Requests for Admission |
| 79 | | [Intentionally Omitted] |
| 80 | | [Intentionally Omitted] |
| 81 | | [Intentionally Omitted] |
| 82 | | Appx. C to 8/19/2016 Expert Report of Dr. Joseph Fortunak, SciFinder Search |

| 83 | | [Intentionally Omitted] |
|----|---|---|
| 84 | | [Intentionally Omitted] |
| 85 | | [Intentionally Omitted] |
| 86 | | [Intentionally Omitted] |
| 87 | | Ex. 5 to Wilner Report, Willowood Monthly Sales Data Summary |
| 88 | | Ex. 6 to Wilner Report, Summary of Syngenta AZ Products-at-Issue Actual Net Sales and Gross Profits |
| 89 | | Ex. 7 to Wilner Report, Summary of Syngenta AZ Products-at-Issue Budgeted Net Sales and Gross Profits |
| 90 | | Ex. 8 to Wilner Report, US Price by Crop v. Farm Income for 2012-2016 |
| 91 | | [Intentionally Omitted] |
| 92 | | [Intentionally Omitted] |
| 93 | | [Intentionally Omitted] |
| 94 | | [Intentionally Omitted] |
| 95 | | [Intentionally Omitted] |
| 96 | | [Intentionally Omitted] |
| 97 | | [Intentionally Omitted] |

| | | |
|---|---|---|
| 98 | | [Intentionally Omitted] |
| 99 | | [Intentionally Omitted] |
| 100 | | [Intentionally Omitted] |
| 101 | | [Intentionally Omitted] |
| 102 | | [Intentionally Omitted] |
| 103 | | [Intentionally Omitted] |
| 104 | | [Intentionally Omitted] |
| 105 | | [Intentionally Omitted] |
| 106 | | [Intentionally Omitted] |
| 107 | | [Intentionally Omitted] |
| 108 | | [Intentionally Omitted] |
| 109 | | [Intentionally Omitted] |
| 110 | | [Intentionally Omitted] |
| 110.a | SYN 283412 | 2014-01 Gross to Net LP.xlsx (Azoxystrobin and Mesotrione Only) |
| 111 | | [Intentionally Omitted] |

| | | |
|---|---|---|
| 112 | | [Intentionally Omitted] |
| 113 | | [Intentionally Omitted] |
| 114 | | [Intentionally Omitted] |
| 115 | | [Intentionally Omitted] |
| 116 | | [Intentionally Omitted] |
| 117 | | [Intentionally Omitted] |
| 118 | | [Intentionally Omitted] |
| 119 | | [Intentionally Omitted] |
| 120 | | [Intentionally Omitted] |
| 121 | | [Intentionally Omitted] |
| 122 | | [Intentionally Omitted] |
| 123 | | [Intentionally Omitted] |
| 123.a | SYN 283434 | 2015-01 Gross to Net (Azoxystrobin and Mesotrione) |
| 124 | | [Intentionally Omitted] |
| 125 | | [Intentionally Omitted] |

10

| | | |
|---|---|---|
| 126 | | [Intentionally Omitted] |
| 127 | | [Intentionally Omitted] |
| 128 | | [Intentionally Omitted] |
| 129 | | [Intentionally Omitted] |
| 130 | | [Intentionally Omitted] |
| 131 | | [Intentionally Omitted] |
| 132 | | [Intentionally Omitted] |
| 133 | | [Intentionally Omitted] |
| 134 | | [Intentionally Omitted] |
| 135 | | [Intentionally Omitted] |
| 136 | | [Intentionally Omitted] |
| 137 | | [Intentionally Omitted] |
| 138 | | [Intentionally Omitted] |
| 139 | | [Intentionally Omitted] |
| 140 | | [Intentionally Omitted] |

Case 1:15-cv-00274-CCE-JEP     Document 293-1     Filed 08/30/17     Page 12 of 34

| | | |
|---|---|---|
| 140.a | SYN283574 | 2016-01 Gross to Net Report.xlsx (Azoxystrobin and Mesotrione) |
| 141 | | [Intentionally Omitted] |
| 142 | SYN 283800 | Azoxystrobin_Imports_DEC_20 15.xlsx |
| 143 | | [Intentionally Omitted] |
| 144 | | [Intentionally Omitted] |
| 145 | | [Intentionally Omitted] |
| 146 | | [Intentionally Omitted] |
| 147 | | [Intentionally Omitted] |
| 148 | | [Intentionally Omitted] |
| 148.a | SYN 287760 | Gross to Net June LP (Azoxystrobin and Mesotrione) |
| 149 | SYN 287817 | Book5.xlsx (2012 - 2015 NA Functional Costs) |
| 150 | | [Intentionally Omitted] |
| 151 | | [Intentionally Omitted] |
| 152 | | [Intentionally Omitted] |
| 153 | | [Intentionally Omitted] |

| | | |
|---|---|---|
| 154 | | [Intentionally Omitted] |
| 155 | | [Intentionally Omitted] |
| 156 | | [Intentionally Omitted] |
| 157 | | [Intentionally Omitted] |
| 158 | | [Intentionally Omitted] |
| 159 | | [Intentionally Omitted] |
| 160 | | [Intentionally Omitted] |
| 161 | | [Intentionally Omitted] |
| 162 | | [Intentionally Omitted] |
| 163 | | [Intentionally Omitted] |
| 164 | | [Intentionally Omitted] |
| 165 | | [Intentionally Omitted] |
| 166 | | [Intentionally Omitted] |
| 167 | WW 014446-48 | Email from M. James to M. Heinze re Willowood USA Product Price Guide |
| 168 | WW 014445 | Email from C. Houchin to M. Heinze re Willowood USA Product Price Guide and upcoming 2014 products |

Case 1:15-cv-00274-CCE-JEP    Document 293-1    Filed 08/30/17    Page 14 of 34

| 169 | WW 014384 | Email from D. Miller to M. Heinze re Willowood USA meeting to discuss Propanil, Lambda and Azoxy volumes |
|---|---|---|
| 170 | | [Intentionally Omitted] |
| 171 | REI 00000036-37 | Email from B. Heinze to A. King et al. re Aframe Plus as Syngenta's new brand |
| 172 | WW 010133-136 | Email from B. Heinze to J. Middione re Azoxy; XS Ag pricing |
| 173 | WW 010721-22 | Email from B. Heinze to J. Middione et al. re Azoxystrobin pricing and discrepancies |
| 174 | WW 013662-66 | Email from J. Middione to P. Menagh et al. re price sheet, enclosing Willowood USA 2015 Distributor Price List |
| 175 | WW 010305-09 | Email from A. King to B. Heinze et al. re AzoxyProp pricing miscommunication |
| 176 | WW 010287-89 | Email from J. Middione to B. Heinze et al. re AzoxyProp pricing miscommunication |
| 177 | WW 011148-51 | Email from B. Heinze to C. Daniels et al. re Innv Azoxy Prop; miscommunication |
| 178 | WW 014534-36 | Email from M. Heinze to D. Mathis et al., enclosing Reichman Ag Products sales order |
| 179 | WW 013429-31 | Email from B. Heinze to A. King re product distribution |
| 180 | WW 008596 | Email from J. Middione to A. King et al. enclosing 2015 Azoxy pricing matrix |
| 181 | WW 010357-59 | Email from J. Middione to B. Heinze et al. re AzoxyProp pricing |
| 182 | WW 010692-96 | Email from J. Middione to C. Daniel re AzoxyProp pricing |
| 183 | WW 010576-77 | Email from J. Middione to C. Daniel et al. re AzoxyProp Xtra - T H Agrichemicals |

14

| 184 | WW 008583-84 | Email from A. King to B. Reichman et al. re Azoxy competitive pricing, enclosing 2015 Reichman Sales & |
|------|--------------|---|
| 185 | WW 009898-901 | Email from J. Middione to B. Heinze et al. re Azoxy 2SL; customer price changes |
| 186 | WW 008789-93 | Email from J. Middione to A. King et al. forwarding emails detailing net pricing; miscommunication |
| 187 | WW 021221-25 | Email from B. Heinze to J. Middione et al. re Tremont Azoxy issue |
| 188 | | [Intentionally Omitted] |
| 189 | REI 00000027 | 2/15/2015 A. King Email to B. Reichman re product pricing and discount |
| 190 | REI 00000030-35 | 12/10/2014 A. King Email to B. Reichman re Syngenta pricing |
| 191 | REI 00000036-37 | 10/20/2014 B. Heinze Email to B. Reichman re Syngenta Fighting Brands |
| 192 | REI 00000046-62 | Reichman purchase orders and sales records for Willowood azoxystrobin products |
| 193 | | Letter from H. Santhanam to X. Wu re date of oral deposition |
| 194 | | Letter from S. Tiller to X. Wu re documents requested of Yangcheng TaiHe Chemicals Co., Ltd. |
| 195 | | [Intentionally Omitted] |
| 196 | | [Intentionally Omitted] |
| 197 | | [Intentionally Omitted] |

15

| | | |
|---|---|---|
| 198 | | [Intentionally Omitted] |
| 199 | | [Intentionally Omitted] |
| 200 | | [Intentionally Omitted] |
| 201 | | [Intentionally Omitted] |
| 202 | | [Intentionally Omitted] |
| 203 | | [Intentionally Omitted] |
| 204 | | [Intentionally Omitted] |
| 205 | | [Intentionally Omitted] |
| 206 | | [Intentionally Omitted] |
| 207 | | [Intentionally Omitted] |
| 208 | | [Intentionally Omitted] |
| 209 | | [Intentionally Omitted] |
| 210 | | [Intentionally Omitted] |
| 211 | | [Intentionally Omitted] |
| 212 | | [Intentionally Omitted] |

Case 1:15-cv-00274-CCE-JEP     Document 293-1     Filed 08/30/17     Page 17 of 34

| 213 | SYN 272081-83 | Email from A. Fisher to C. Lippuner et al. enclosing Azoxystrobin generic February 2015 update |
|---|---|---|
| 214 | | [Intentionally Omitted] |
| 215 | | [Intentionally Omitted] |
| 216 | | [Intentionally Omitted] |
| 217 | | [Intentionally Omitted] |
| 218 | | [Intentionally Omitted] |
| 219 | | [Intentionally Omitted] |
| 220 | | [Intentionally Omitted] |
| 221 | | [Intentionally Omitted] |
| 222 | SYN 056234-44 | AZ Fungicide 2016 Pricing - Industry, Customer and Market Dynamics |
| 223 | | [Intentionally Omitted] |
| 224 | | [Intentionally Omitted] |
| 225 | | [Intentionally Omitted] |
| 225.a | SYN 283575-82 | Aframe/Aframe Plus AZT Fighting Brand |
| 226 | | [Intentionally Omitted] |

17

| 227 | | [Intentionally Omitted] |
|---|---|---|
| 228 | | [Intentionally Omitted] |
| 229 | | [Intentionally Omitted] |
| 230 | | [Intentionally Omitted] |
| 231 | | [Intentionally Omitted] |
| 232 | | [Intentionally Omitted] |
| 233 | | [Intentionally Omitted] |
| 234 | | [Intentionally Omitted] |
| 235 | SYN 055582-83 | Row Crop Fungicides Price |
| 236 | | [Intentionally Omitted] |
| 237 | | [Intentionally Omitted] |
| 238 | SYN 292658-741 | Zeneca Fine Chemicals Manufacturing Organization, Grangemouth Works - Process Technology Department Technical Memorandum - Evaluation of an Alternative Route: Introduction of the Methoxyacrylate Group at the Last Stage |
| 239 | | Andrew Noel & Jack Kaskey, FMC Buys Cheminova for $1.8 Billion and Revises Breakup Bloomberg News (September 8, 2014), https://www.bloomberg.com/ne ws/articles/201 4-09-08/fmc-to- buy-cheminova-for-1-8- billion- as-ceo-modifies-strategy (last visited May 1, 2017) |

| 240 | | Willowood USA, Azoxy 2SC, http://www.willowoodusa.com/products/fungicides/azoxy-2sc/ (last visited May 1, 2017) |
|---|---|---|
| 241 | | Willowood USA, AzoxyProp Xtra, http://www.willowoodusa.com/products/fungicides/azoxyprop-xtra/ (last visited May 1, 2017) |
| 242 | | Christina D. Romer, the Aftermath of Financial Crises: Each Time Really Is Different, (Oxford Univ. Apr. 28, 2015), *available at* http://eml.berkeley.edu/~cromer/Lectures/ Romer%20Hicks%20Lecture%20Written%20Version.pdf (last visited May 1, 2017) |
| 243 | | National Crop Insurance Sevices, 49 CROP INSURANCE TODAY 2 (May 2016), *available at* http://www.brightcopy.net/allen/cint/may2016/ index.php#/0 (last visited May 1, 2017) |
| 244 | | [Intentionally Omitted] |
| 245 | | [Intentionally Omitted] |
| 246 | | [Intentionally Omitted] |
| 247 | | [Intentionally Omitted] |
| 248 | | [Intentionally Omitted] |
| 249 | WW 000307-70 | Willowood, LLC, Product Identity and Composition, Description of the Materials Used, Description of the Formulation Process, Discussion of the Formation of Impurities, Certified Limits, and Analytical Methods to Verify Certified Limits for Willowood Azoxystrobin 2.08SC, Study No. WW-201309 (Aug. 13, 2013) |
| 250 | | [Intentionally Omitted] |

19

| | | |
|---|---|---|
| 251 | | [Intentionally Omitted] |
| 252 | | [Intentionally Omitted] |
| 253 | | [Intentionally Omitted] |
| 254 | | [Intentionally Omitted] |
| 255 | SYN 038212-13 | Email from Eric Larson to Rusty Harder, et al. on January 14, 2015 |
| 256 | | [Intentionally Omitted] |
| 257 | | [Intentionally Omitted] |
| 258 | | [Intentionally Omitted] |
| 259 | SYN 058305-06 | Second Amendment to Supply Agreement |
| 260 | | [Intentionally Omitted] |
| 261 | | [Intentionally Omitted] |
| 262 | | [Intentionally Omitted] |
| 263 | | [Intentionally Omitted] |
| 264 | | [Intentionally Omitted] |
| 265 | SYN 134640-42 | Email from Andrew Fisher to Jeff Cecil and Christian Lippuner on November 18, 2015 |

| | | |
|---|---|---|
| 266 | SYN 279486-539 | Syngenta Quadris Flowable Fungicide Label |
| 267 | SYN 279541-69 | Syngenta Quilt Xcel EPA Label |
| 268 | | [Intentionally Omitted] |
| 269 | SYN 283391-411 | Titan Pro Draft dated November 11, 2015 |
| 270 | | [Intentionally Omitted] |
| 271 | | [Intentionally Omitted] |
| 272 | | [Intentionally Omitted] |
| 273 | | [Intentionally Omitted] |
| 274 | | [Intentionally Omitted] |
| 275 | | [Intentionally Omitted] |
| 276 | SYN 284224-27 | First Amendment to Supply Agreement |
| 277 | SYN 284228-37 | Supply Agreement |
| 278 | | [Intentionally Omitted] |
| 279 | | [Intentionally Omitted] |
| 280 | | [Intentionally Omitted] |

| | | |
|---|---|---|
| 281 | | [Intentionally Omitted] |
| 282 | | [Intentionally Omitted] |
| 283 | | [Intentionally Omitted] |
| 284 | | [Intentionally Omitted] |
| 285 | | [Intentionally Omitted] |
| 286 | | [Intentionally Omitted] |
| 287 | | [Intentionally Omitted] |
| 288 | | [Intentionally Omitted] |
| 289 | | [Intentionally Omitted] |
| 290 | | [Intentionally Omitted] |
| 291 | | [Intentionally Omitted] |
| 292 | | [Intentionally Omitted] |
| 293 | | [Intentionally Omitted] |
| 294 | | [Intentionally Omitted] |
| 295 | | [Intentionally Omitted] |

Case 1:15-cv-00274-CCE-JEP     Document 293-1     Filed 08/30/17     Page 23 of 34

| | | |
|---|---|---|
| 296 | | [Intentionally Omitted] |
| 297 | | [Intentionally Omitted] |
| 298 | | [Intentionally Omitted] |
| 299 | | [Intentionally Omitted] |
| 300 | | [Intentionally Omitted] |
| 301 | | [Intentionally Omitted] |
| 302 | | [Intentionally Omitted] |
| 303 | | [Intentionally Omitted] |
| 304 | | [Intentionally Omitted] |
| 305 | | [Intentionally Omitted] |
| 306 | | [Intentionally Omitted] |
| 307 | | [Intentionally Omitted] |
| 308 | | [Intentionally Omitted] |
| 309 | | [Intentionally Omitted] |
| 310 | | [Intentionally Omitted] |

Case 1:15-cv-00274-CCE-JEP    Document 293-1    Filed 08/30/17    Page 24 of 34

| 311 | | [Intentionally Omitted] |
|-----|---|------------------------|
| 312 | | [Intentionally Omitted] |
| 313 | | [Intentionally Omitted] |
| 314 | | [Intentionally Omitted] |
| 315 | | [Intentionally Omitted] |
| 316 | | [Intentionally Omitted] |
| 317 | | [Intentionally Omitted] |
| 318 | | [Intentionally Omitted] |
| 319 | | [Intentionally Omitted] |
| 320 | | [Intentionally Omitted] |
| 321 | | [Intentionally Omitted] |
| 322 | | [Intentionally Omitted] |
| 323 | | [Intentionally Omitted] |
| 324 | | [Intentionally Omitted] |
| 325 | | [Intentionally Omitted] |

| | | |
|---|---|---|
| 326 | | [Intentionally Omitted] |
| 327 | | [Intentionally Omitted] |
| 328 | | [Intentionally Omitted] |
| 329 | | [Intentionally Omitted] |
| 330 | | [Intentionally Omitted] |
| 331 | | [Intentionally Omitted] |
| 332 | | [Intentionally Omitted] |
| 333 | | [Intentionally Omitted] |
| 334 | | [Intentionally Omitted] |
| 335 | | [Intentionally Omitted] |
| 336 | | [Intentionally Omitted] |
| 337 | | [Intentionally Omitted] |
| 338 | | [Intentionally Omitted] |
| 339 | | [Intentionally Omitted] |
| 340 | | [Intentionally Omitted] |

Case 1:15-cv-00274-CCE-JEP    Document 293-1    Filed 08/30/17    Page 26 of 34

| | | |
|---|---|---|
| 341 | | [Intentionally Omitted] |
| 342 | | [Intentionally Omitted] |
| 343 | | [Intentionally Omitted] |
| 344 | | [Intentionally Omitted] |
| 345 | | [Intentionally Omitted] |
| 346 | | [Intentionally Omitted] |
| 347 | | [Intentionally Omitted] |
| 348 | | [Intentionally Omitted] |
| 349 | WW 018965-69 | Greenfields Azoxystrobin Technical Registration |
| 350 | | [Intentionally Omitted] |
| 351 | | [Intentionally Omitted] |
| 352 | | [Intentionally Omitted] |
| 353 | | [Intentionally Omitted] |
| 354 | | [Intentionally Omitted] |
| 355 | | [Intentionally Omitted] |

| 356 | | [Intentionally Omitted] |
|-----|--|------------------------|
| 357 | | [Intentionally Omitted] |
| 358 | | [Intentionally Omitted] |
| 359 | | [Intentionally Omitted] |
| 360 | | [Intentionally Omitted] |
| 361 | | [Intentionally Omitted] |
| 362 | | [Intentionally Omitted] |
| 363 | | [Intentionally Omitted] |
| 364 | | [Intentionally Omitted] |
| 365 | | [Intentionally Omitted] |
| 366 | | [Intentionally Omitted] |
| 367 | | [Intentionally Omitted] |
| 368 | | [Intentionally Omitted] |
| 369 | | [Intentionally Omitted] |
| 370 | | [Intentionally Omitted] |

| | | |
|---|---|---|
| 371 | | [Intentionally Omitted] |
| 372 | | [Intentionally Omitted] |
| 373 | | [Intentionally Omitted] |
| 374 | | [Intentionally Omitted] |
| 375 | | [Intentionally Omitted] |
| 376 | | [Intentionally Omitted] |
| 377 | | [Intentionally Omitted] |
| 378 | | [Intentionally Omitted] |
| 379 | | [Intentionally Omitted] |
| 380 | | [Intentionally Omitted] |
| 381 | | [Intentionally Omitted] |
| 382 | | [Intentionally Omitted] |
| 383 | | [Intentionally Omitted] |
| 384 | | [Intentionally Omitted] |
| 385 | | [Intentionally Omitted] |

| | | |
|---|---|---|
| 386 | | [Intentionally Omitted] |
| 387 | | [Intentionally Omitted] |
| 388 | | [Intentionally Omitted] |
| 389 | | [Intentionally Omitted] |
| 390 | | [Intentionally Omitted] |
| 391 | | [Intentionally Omitted] |
| 392 | | [Intentionally Omitted] |
| 393 | | [Intentionally Omitted] |
| 394 | | [Intentionally Omitted] |
| 395 | | [Intentionally Omitted] |
| 396 | | [Intentionally Omitted] |
| 397 | | [Intentionally Omitted] |
| 398 | | [Intentionally Omitted] |
| 399 | | [Intentionally Omitted] |
| 400 | | [Intentionally Omitted] |

Case 1:15-cv-00274-CCE-JEP    Document 293-1    Filed 08/30/17    Page 30 of 34

| 401 | | [Intentionally Omitted] |
|-----|--|------------------------|
| 402 | | [Intentionally Omitted] |
| 403 | | [Intentionally Omitted] |
| 404 | | [Intentionally Omitted] |
| 405 | | [Intentionally Omitted] |
| 406 | | [Intentionally Omitted] |
| 407 | | [Intentionally Omitted] |
| 408 | | [Intentionally Omitted] |
| 409 | | [Intentionally Omitted] |
| 410 | | January 19, 2016 Willowood's Response to Syngenta's Interrogatories |
| 411 | | July 14, 2016 Willowood's Response to Syngenta's Fourth Set of Interrogatories |
| 412 | | June 2, 2016 Willowood's Response to Syngenta's Third Set of Interrogatories |
| 413 | | [Intentionally Omitted] |
| 414 | | Producer Price Index by Industry: Pesticide and Other Agricultural Chemical Manufacturing: Agricultural and Commercial Pesticides and Chemicals (fred.stlouisfed.org/series/PCU3 253203253201 ) |

| 415 | | [Intentionally Omitted] |
|---|---|---|
| 416 | | [Intentionally Omitted] |
| 417 | | [Intentionally Omitted] |
| 418 | | [Intentionally Omitted] |
| 419 | | [Intentionally Omitted] |
| 420 | WW 026274-76 | Data Compensation Consulting Agreement between Greenfields Marketing, Ltd. and Willowood USA, LLC |
| 421 | | [Intentionally Omitted] |
| 422 | | [Intentionally Omitted] |
| 423 | | [Intentionally Omitted] |
| 424 | | [Intentionally Omitted] |
| 425 | | [Intentionally Omitted] |
| 426 | | [Intentionally Omitted] |
| 427 | | [Intentionally Omitted] |
| 428 | | [Intentionally Omitted] |
| 429 | | [Intentionally Omitted] |

| 430 | | [Intentionally Omitted] |
|---|---|---|
| 431 | | [Intentionally Omitted] |
| 432 | | [Intentionally Omitted] |
| 433 | | [Intentionally Omitted] |
| 434 | | [Intentionally Omitted] |
| 435 | | [Intentionally Omitted] |
| 436 | | [Intentionally Omitted] |
| 437 | | [Intentionally Omitted] |
| 438 | LARIAT 0000 0243-50 | Indemnification and Contribution Agreement dated April 20, 2016 |
| 439 | LARIAT 0000 0255-61 | Management Agreement between Lariat Partners LP and Willowood USA, LLC dated April 20, 2016 |
| 440 | LARIAT 0000 0262-85 | Escrow Agreement between Willowood USA Holdings, LLC and Vijay Mundhra dated April 20, 2016 |
| 441 | LARIAT 0000 0316-93 | Unit Purchase Agreement between Willowood USA Holdings, LLC and Vijay Mundhra dated April 20, 2016 |
| 442 | | [Intentionally Omitted] |
| 443 | | [Intentionally Omitted] |

| 444 | | [Intentionally Omitted] |
|---|---|---|
| 445 | | [Intentionally Omitted] |
| 446 | | [Intentionally Omitted] |
| 447 | | [Intentionally Omitted] |
| 448 | | [Intentionally Omitted] |
| 449 | | [Intentionally Omitted] |
| 450 | | [Intentionally Omitted] |
| 451 | | [Intentionally Omitted] |
| 452 | | [Intentionally Omitted] |
| 453 | | [Intentionally Omitted] |