IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SYNGENTA CROP PROTECTION, LLC, )
)
Plaintiff, )
)
v. ) 1:15-CV-274
) VERDICT SHEET
WILLOWOOD LLC, et al., )
)
Defendants. )

**The Compound Patents**

1. Did Syngenta prove that Willowood Limited imported azoxystrobin technical into the United States or otherwise sold or offered for sale azoxystrobin technical in the United States?

    Yes ___ (for Syngenta)     No ✓ (for Willowood Limited)

2. What damages has Syngenta proven it is entitled to recover for infringement of the Compound Patents by the Defendants?

    Amount $ 75,600.00

3. Has Syngenta proven that the infringement of the Compound Patents by the Defendants was willful?

Yes as to Willowood USA & Willowood LLC ___ (for Syngenta)   No ✓ (for Willowood)

Yes as to Willowood Limited ___ (for Syngenta)   No ✓ (for Willowood)

**The '138 Process Patent**

4. Did Syngenta prove that the same entity carried out both the etherification and condensation reactions used to manufacture the Defendants' azoxystrobin technical, or, if not, that the Defendants directed or controlled the entities that carried out the etherification and condensation reactions used to manufacture the Defendants' azoxystrobin technical?

    Yes ___ (for Syngenta)     No ✓ (for Willowood)

*If you answered "No," do not answer Questions 5 and 6 and skip to Question 7.*
*If you answered "Yes," answer Questions 5 and 6.*

5. What amount of additional damages, if any, has Syngenta proven it is entitled to recover for any infringement of the '138 Process Patent by the Defendants?

    Amount $ _____

    *For Question 5, do not include here any damages you awarded in response to Question 2; this question is asking for the amount of additional damages Syngenta suffered as a result of the infringement of the process patent, if any.*

6. Has Syngenta proven that any infringement of the '138 Process Patent by the Defendants was willful?

    Yes____(for Syngenta)    No____(for Willowood)

### The '761 DABCO Patent

7. Did the Defendants prove that the condensation reaction used to manufacture its azoxystrobin technical is not performed in the presence of between 0.1 and 2.0 mol % DABCO?

    Yes____(for Willowood)    No √ (for Syngenta)

    *If you answered "Yes," do not answer Question 8; skip to Question 9.*
    *If you answered "No," answer Questions 8 and 9.*

8. What amount of additional damages, if any, has Syngenta proven it is entitled to recover for any infringement of the '761 DABCO Patent by the Defendants?

    Amount $ 900,000.00

    *For Question 8, do not include here any damages you awarded in response to Questions 2 and 5; this question is asking for the amount of additional damages Syngenta suffered as a result of the infringement of the DABCO patent, if any.*

9. Did the Defendants prove that the '761 DABCO Patent is invalid?

    Yes____(for Willowood)    No √ (for Syngenta)

This 13th day of September, 2017.

Amy D. Pettitt
FOREPERSON