Jury Question #1  9/13/17

Jury going to lunch at 1pm

Foreman has been selected

FILED SEP 13 2017 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By ___