Jury Question #2

- if Jury says "yes" to number 9, does this invalidate 7 or possibly 8?