Jury Question #3

Concerning #3 - please provide written instructions from judge to jury

FILED SEP 1 3 2017 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By