IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLOWOOD, LLC, WILLOWOOD USA, ) <br> LLC, WILLOWOOD AZOXYSTROBIN, ) <br> LLC, and WILLOWOOD LIMITED, ) <br> ) <br> Defendants. ) <br> ) | 1:15-CV-274 |

**PERMANENT INJUNCTION ORDER**

This matter is before the Court on Plaintiff Syngenta Crop Protection, LLC's ("Syngenta") Motion for a Permanent Injunction. Doc. 340. Based on the findings and reasons stated in a separate order, *see* Doc. 352, and in open court on November 15, 2017, which findings and reasons are incorporated by reference herein, the Motion is hereby **GRANTED.**

It is **ORDERED** that Willowood USA, LLC and Willowood, LLC; their officers, agents, servants, employees, and attorneys; and other persons who are in active concert or participation with them; (collectively, "Willowood") that receive actual notice of this order, are permanently enjoined and restrained, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d), from importing into the United States, or making, using, selling, or offering for sale in the United States, any technical or end-use products that comprise azoxystrobin made using a process that infringes Syngenta's U.S. Patent No. 8,124,761.

Pursuant to this Order, Willowood is enjoined and restrained from using (including formulating), offering to sell, or selling any azoxystrobin technical that was imported into the United States before the jury's verdict on September 13, 2017, and from using, offering to sell, or selling azoxystrobin end-use products comprising such azoxystrobin technical.  This order is effective through April 15, 2029, when U.S. Patent No. 8,124,761 expires.

This the 20th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE