IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No: 1:15-CV-274<br>) |
| WILLOWOOD, LLC, WILLOWOOD USA, LLC, WILLOWOOD AZOXYSTROBIN, LLC, and WILLOWOOD LIMITED, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEAL

Notice is given that Plaintiff Syngenta Crop Protection, LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from: **(1)** the Order denying Syngenta's Rule 50(b) motions (Dkt. 368) entered on January 30, 2018; **(2)** the Final Judgment (Dkt. 354) entered on November 20, 2017; **(3)** the Order granting-in-part Willowood's motion for summary judgment and dismissing Counts V and VI of Syngenta's Complaint (Dkt. 150) entered on April 10, 2017; **(4)** the Order ruling on the parties' cross-motions for summary judgment (Dkt. 141) entered on March 24, 2017; **(5)** the Order ruling on the parties' proposed final judgments (Dkt. 329) entered on October 3, 2017; **(6)** the Order dismissing Count VII of Syngenta's Complaint (Dkt. 74) entered on August 12, 2016; and **(7)** all previous orders, rulings, findings, and conclusions entered in this action.

**Dated**: February 5, 2018

By: _/s/ Hari Santhanam_  
    Russell E. Levine, P.C.  
    Hari Santhanam  
    Kourtney Baltzer  
    Meredith Zinanni  
    KIRKLAND & ELLIS LLP  
    300 North LaSalle  
    Chicago, Illinois 60654  
    Telephone: (312) 862-2000  
    Facsimile: (312) 862-2200  
    russell.levine@kirkland.com  
    hari.santhanam@kirkland.com  
    kourtney.baltzer@kirkland.com  
    meredith.zinanni@kirkland.com  

By: _/s/ Richard A. Coughlin_  
    Richard A Coughlin  
    North Carolina State Bar No. 19894  
    C. Bailey King  
    North Carolina State Bar No. 34043  
    Whit D. Pierce  
    North Carolina State Bar No. 46327  
    SMITH MOORE LEATHERWOOD LLP  
    300 N. Greene Street, Suite 1400  
    Greensboro, North Carolina 27401  
    Telephone: (336) 378-5200  
    Facsimile: (336) 378-5400  
    rick.coughlin@smithmoorelaw.com  
    bailey.king@smithmoorelaw.com  
    whit.pierce@smithmoorelaw.com  

*Attorneys for Plaintiff Syngenta Crop Protection, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This the 5th day of February, 2018.

*/s/ Hari Santhanam*
Hari Santhanam