IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SYNGENTA CROP PROTECTION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:15-CV-274 |
| WILLOWOOD, LLC, WILLOWOOD USA, LLC, WILLOWOOD AZOXYSTROBIN, LLC, and WILLOWOOD LIMITED, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Syngenta has requested an award of attorney's fees that it incurred in responding to Willowood's motion to modify this Court's permanent injunction, Docs. 367, 382, a motion that Willowood subsequently withdrew. *See* Doc. 380. The Court concludes that this is not an appropriate matter for the exercise of its inherent authority to impose attorney's fees.

It is **ORDERED** that Syngenta's request for attorney's fees is **DENIED**. The Clerk is directed to terminate Willowood's motion to modify the permanent injunction. Doc. 360.

This the 21st day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE