IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SYNGENTA CROP PROTECTION, LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:15-CV-274 |
| WILLOWOOD, LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER GRANTING WILLOWOOD'S CONSENT MOTION REQUESTING THAT THE COURT ACCEPT PAYMENT OF SUPERSEDEAS APPEAL BOND

Currently before the Court is the motion of Defendants Willowood, LLC and Willowood USA, LLC (collectively, "Willowood"), asking that the Court accept payment of a supersedeas appeal bond in the above-captioned matter in the total amount of $1,115,666.47. Having considered Willowood's motion, the Court finds good cause for the relief requested. Accordingly, it is hereby **ORDERED** that Willowood's Motion Requesting that the Court Accept Payment of Supersedeas Appeal Bond is **GRANTED**. The Clerk of Court is hereby directed to accept payment, by cash or certified check, of a supersedeas appeal bond in this matter in the total amount of $1,115,666.47. The Clerk of Court is further directed to hold the bond funds in an interest-bearing account or instrument under the Court Registry Investment System. At the conclusion of the appeal in this matter to the United States Court of Appeals for the Federal Circuit, any party may petition the Court for release of the bond funds.

This the 8th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE