# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:15-CV-274

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE REGARDING** |
| ) | **SUPERSEDEAS APPEAL BOND** |
| WILLOWOOD, LLC, WILLOWOOD USA, ) | |
| LLC, WILLOWOOD AZOXYSTROBIN, ) | |
| LLC, and WILLOWOOD LIMITED, ) | |
| ) | |
| Defendants. ) | |

Alan W. Duncan
N.C. State Bar No. 8736
L. Cooper Harrell
N.C. State Bar No. 27875
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone:  (336) 645-3320
Facsimile:  (336)645-3330
aduncan@mullinsduncan.com
charrell@mullinsduncan.com

Barry S. Neuman
WHITEFORD TAYLOR PRESTON LLP
1800 M Street, NW Suite 450N
Washington, DC 20036
Telephone: (202) 659-6761
Facsimile: (202) 327-6151
bneuman@wtplaw.com

Steven E. Tiller
Peter J. Davis
WHITEFORD TAYLOR PRESTON LLP
Seven Saint Paul Street, Suite 1300
Baltimore, Maryland 21202-1626
Telephone:  (410) 347-9425
Facsimile:   (410) 223-4325
stiller@wtplaw.com
pdavis@wtplaw.com

1

Defendants Willowood, LLC and Willowood, USA, LLC ("Willowood"), by their undersigned counsel, hereby submit the following notice regarding the requested supersedeas appeal bond in the above-captioned matter.

1. On June 6, 2018, Willowood filed a Consent Motion Requesting that the Court Accept Payment of Supersedeas Appeal Bond. [Dkt. 388].

2. On June 8, 2018, the Court entered an Order granting Willowood's motion. [Dkt. 390].

3. Soon after the Court entered the Order referenced above, the parties reached an agreement for Willowood to pay directly to Syngenta the monetary recovery stated in the final judgment, plus post-judgment interest.

4. Willowood made the agreed payment to Syngenta by wire transfer on June 18, 2018.

5. Because the monetary recovery stated in the final judgment has now been paid, there is no longer a basis or need for a supersedeas appeal bond.

6. For these reasons, Willowood hereby notifies the Court that a supersedeas appeal bond no longer is needed and, as such, no bond funds will be submitted to the Clerk of Court at this time.

7. The parties thank the Court for its time and are appreciative of the Court's willingness to accept and hold the bond funds.

This the 20th day of June, 2018.

**/s/ L. Cooper Harrell**
Alan W. Duncan
N.C. State Bar No. 8736
L. Cooper Harrell
N.C. State Bar No. 27875
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
aduncan@mullinsduncan.com
charrell@mullinsduncan.com


**/s/ Barry S. Neuman**
Barry S. Neuman
WHITEFORD TAYLOR PRESTON LLP
1800 M Street NW, Suite 450N
Washington, DC 20036
Telephone: 202.659.6761
Facsimile: 202.327.6151
bneuman@wtplaw.com

**/s/ Steven E. Tiller**
Steven E. Tiller
Peter J. Davis
WHITEFORD TAYLOR PRESTON LLP
7 Saint Paul Street
Baltimore, MD 21202
Telephone: 410.347.8738
Facsimile: 410.223.4304
stiller@wtplaw.com
pdavis@wtplaw.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This the 20th day of June, 2018.

**/s/ L. Cooper Harrell**
L. Cooper Harrell